| | |
|---|---|
| 1 | RODGER R. COLE (CSB NO. 178865) |
| 2 | rcole@fenwick.com<br>FENWICK & WEST LLP |
| 3 | Silicon Valley Center<br>801 California Street |
| 4 | Mountain View, CA  94041<br>Telephone:   (650) 988-8500 |
| 5 | Facsimile:    (650) 938-5200 |
| 6 | JENNIFER L. KELLY (CSB NO. 193416)<br>jkelly@fenwick.com |
| 7 | MARY E. MILIONIS (CSB NO. 238827)<br>mmilionis@fenwick.com |
| 8 | FENWICK & WEST LLP<br>555 California Street - 12th Floor |
| 9 | San Francisco, CA  94104<br>Telephone:   (415) 875-2300 |
| 10 | Facsimile:    (415) 281-1350 |
| 11 | Attorneys for Plaintiffs<br>Capcom Co., Ltd. and Capcom Entertainment, Inc. |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC., | Case No.  C 08-00904 JSW |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| THE MKR GROUP, INC., | |
| Defendant. | |

| | |
|---|---|
| CERTIFICATE OF SERVICE | CASE NO. C 08-00904 JSW |

# PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, California 94041. On the date set forth below, I served a copy of the following document(s):

ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

<u>Attorney for MKR</u>

Jonathan D. Reichman
Kenyon & Kenyon
One Broadway
New York, NY 10004-1007
E-mail:    jreichman@kenyon.com
Tel:         (212) 425-7200
Fax:        (212) 425-5288

[X] **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

[ ] **BY OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

[ ] **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

[X] **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

[ ] **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

CERTIFICATE OF SERVICE        1        CASE NO. C 08-00904 JSW

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States that the above is true and correct.

3
4  Date: August 15, 2008                    /s/ Victoria A. Pieretti
                                             Victoria A. Pieretti

5  25750/00401/LIT/1280468.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

COMPLAINT FOR DECL. RELIEF              2                    CASE NO. C 08-00904 JSW