RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:      (650) 988-8500
Facsimile:      (650) 938-5200

JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
555 California Street - 12th Floor
San Francisco, CA  94104
Telephone:      (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Plaintiffs
Capcom Co., Ltd. and Capcom Entertainment, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE MKR GROUP, INC.,<br><br>Defendant. | Case No.  C 08-00904 JSW<br><br>**AMENDED CERTIFICATE OF SERVICE** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

AMENDED CERTIFICATE OF SERVICE                                    CASE NO. C 08-00904 JSW

1   **PROOF OF SERVICE**

2       The undersigned declares as follows:

3       I am a citizen of the United States and employed in Santa Clara County, State of

4   California.  I am over the age of eighteen years and not a party to the within-entitled action.  My

5   business address is Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain

6   View, California  94041.  On February 15, 2008, I served a copy of the following document(s):

7               ORDER SETTING CASE MANAGEMENT CONFERENCE
            AND REQUIRING JOINT CASE MANAGEMENT
8               CONFERENCE STATEMENT

9   on the interested parties in the subject action by placing a true copy thereof as indicated below,

10  addressed as follows:

11      <u>Attorney for MKR</u>

12      Jonathan D. Reichman
    Kenyon & Kenyon
13  One Broadway
    New York, NY  10004-1007
14  E-mail:   jreichman@kenyon.com
    Tel:      (212) 425-7200
15  Fax:      (212) 425-5288

16  [x] **BY US MAIL:**  by placing the document(s) listed above in a sealed envelope for
        collection and mailing following our ordinary business practices.  I am readily familiar
17      with our ordinary business practices for collecting and processing mail for the United
        States Postal Service, and mail that I place for collection and processing is regularly
18      deposited with the United States Postal Service that same day with postage prepaid.

19
20  [ ] **BY OVERNIGHT COURIER:**  by placing the document(s) listed above in a sealed
        envelope with a prepaid shipping label for express delivery and causing such envelope to
21      be transmitted to an overnight delivery service for delivery by the next business day in the
        ordinary course of business.

22
23  [ ] **BY FACSIMILE:**  by causing to be transmitted via facsimile the document(s) listed
        above to the addressee(s) at the facsimile number(s) set forth above.

24  [x] **BY E-MAIL:**  by causing to be transmitted via e-mail the document(s) listed above to the
        addressee(s) at the e-mail address(es) listed above.
25
26  [ ] **BY PERSONAL DELIVERY:**  by causing to be personally delivered the document(s)
        listed above to the addressee(s) at the address(es) set forth above.
27
28

AMENDED CERTIFICATE OF SERVICE          1          CASE NO. C 08-00904 JSW

1    I declare under penalty of perjury under the laws of the State of California and the United

2  States that the above is true and correct.

3

4  Date:  February 19, 2008          /s/ Victoria A. Pieretti
                                                    Victoria A. Pieretti

5  25750/00401/LIT/1280559.1

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

AMENDED CERTIFICATE OF SERVICE          2          CASE NO. C 08-00904 JSW