1   Rodger R. Cole (CSB NO. 178865)
    rcole@fenwick.com
2   Jennifer L. Kelly (CSB NO. 193416)
    jkelly@fenwick.com
3   Mary E. Milionis (CSB NO. 238827)
    mmilionis@fenwick.com
4   FENWICK & WEST LLP
    801 California Street
5   Mountain View, California 94041
    Tel.: 650.988-8500
6   Fax: 650.938-5200

7   Attorneys for Plaintiffs
    CAPCOM CO., LTD. AND CAPCOM
8   ENTERTAINMENT, INC.

9   Mark Yuan (CSB NO. 246146)
    myuan@kenyon.com
10  KENYON & KENYON LLP
    River Park Towers
11  333 W. San Carlos St., Ste. 600
    San Jose, CA 95110
12  Tel: 408.975.7500
    Fax: 408.975.7501
13

14  Attorneys for Defendant
    THE MKR GROUP, INC.
15
                UNITED STATES DISTRICT COURT
16
              NORTHERN DISTRICT OF CALIFORNIA
17
                  SAN FRANCISCO DIVISION
18

19
    CAPCOM CO., LTD. AND CAPCOM          Case No.  3:08-CV-00904 (JSW)
20  ENTERTAINMENT, INC.,
                                         **STIPULATION AND ORDER TO EXTEND
21        Plaintiffs,                    TIME TO RESPOND TO COMPLAINT**

22        v.

23  THE MKR GROUP, INC.,

          Defendant.
24

25        IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO by and between the

26  parties, that the time in which Defendant THE MKR GROUP, INC. must move, answer or

27  otherwise plead in response to the Complaint filed by Plaintiffs CAPCOM CO., LTD. and

28  CAPCOM ENTERTAINMENT, INC. in this action is extended from April 14, 2008 to and

KENYON & KENYON
LLP
NEW YORK

1  including May 5, 2008.

2      There are no prior requests for extensions by the parties.

3  Dated: April ___, 2008

4

5  FENWICK & WEST LLP                    KENYON & KENYON LLP

6

7  By: _____        By: _____
8      Rodger R. Cole (CSB NO. 178865)       Mark Yuan (CSB NO. 246146)
       Jennifer L. Kelly (CSB NO. 193416)    Attorneys for Defendant
9      Mary E. Milionis (CSB NO. 238827)     THE MKR GROUP, INC.
       Attorneys for Plaintiffs
10     CAPCOM CO., LTD. AND CAPCOM
       ENTERTAINMENT, INC.

11

12  IT IS SO ORDERED:

13

14  _____            Date: _____
    United States District Judge
15

16

17

18

19

20  NY01 1508996 v1
21

22

23

24

25

26

27

28

KENYON & KENYON
LLP
NEW YORK

STIPULATION AND ORDER TO EXTEND TIME        - 2 -        CASE NO. 3:08-CV-00904 (JSW)
TO RESPOND TO COMPLAINT