Rodger R. Cole (CSB NO. 178865)
rcole@fenwick.com
Jennifer L. Kelly (CSB NO. 193416)
jkelly@fenwick.com
Mary E. Milionis (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, California 94041
Tel.: 650.988-8500
Fax: 650.938-5200

Attorneys for Plaintiffs
CAPCOM CO., LTD. AND CAPCOM
ENTERTAINMENT, INC.

Mark Yuan (CSB NO. 246146)
myuan@kenyon.com
KENYON & KENYON LLP
River Park Towers
333 W. San Carlos St., Ste. 600
San Jose, CA  95110
Tel:  408.975.7500
Fax:  408.975.7501

Attorneys for Defendant
THE MKR GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CAPCOM CO., LTD. AND CAPCOM
ENTERTAINMENT, INC.,

Plaintiffs,

v.

THE MKR GROUP, INC.,

Defendant.

Case No.  3:08-CV-00904 (JSW)

**STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO by and between the

parties, that the time in which Defendant THE MKR GROUP, INC. must move, answer or

otherwise plead in response to the Complaint filed by Plaintiffs CAPCOM CO., LTD. and

CAPCOM ENTERTAINMENT, INC. in this action is extended from April 14, 2008 to and

KENYON & KENYON
LLP
NEW YORK

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT

CASE NO.  3:08-CV-00904 (JSW)

1 including May 5, 2008.

2      There are no prior requests for extensions by the parties.

3 Dated: April _10_, 2008

4

5 FENWICK & WEST LLP                 KENYON & KENYON LLP

6

7 By: _____     By: _____

8     Rodger R. Cole (CSB NO. 178865)     Mark Yuan (CSB NO. 246146)
    Jennifer L. Kelly (CSB NO. 193416)     Attorneys for Defendant

9     Mary E. Milionis (CSB NO. 238827)     THE MKR GROUP, INC.
    Attorneys for Plaintiffs

10     CAPCOM CO., LTD. AND CAPCOM
    ENTERTAINMENT, INC.

11

12 IT IS SO ORDERED:

13

14 _____     Date:  April 14, 2008
    United States District Judge

15

16

17

18

19

20 NY01 1508996 v1

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND TIME     - 2 -     CASE NO. 3:08-CV-00904 (JSW)
TO RESPOND TO COMPLAINT