1  Rodger R. Cole (CSB NO. 178865)
   rcole@fenwick.com
2  Jennifer L. Kelly (CSB NO. 193416)
   jkelly@fenwick.com
3  Mary E. Milionis (CSB NO. 238827)
   mmilionis@fenwick.com
4  FENWICK & WEST LLP
   801 California Street
5  Mountain View, California 94041
   Tel.: 650.988-8500
6  Fax: 650.938-5200

7  Attorneys for Plaintiffs
   CAPCOM CO., LTD. AND CAPCOM
8  ENTERTAINMENT, INC.

9  Mark Yuan (CSB NO. 246146)
   myuan@kenyon.com
10 KENYON & KENYON LLP
   River Park Towers
11 333 W. San Carlos St., Ste. 600
   San Jose, CA 95110
12 Tel: 408.975.7500
   Fax: 408.975.7501
13

14 Attorneys for Defendant
   THE MKR GROUP, INC.
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC., | Case No. 3:08-CV-00904 (JSW) |
|---|---|
| Plaintiffs, v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| THE MKR GROUP, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO by and between the parties, that the time in which Defendant THE MKR GROUP, INC. ("MKR") must move, answer or otherwise plead in response to the Complaint filed by Plaintiffs CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC. (collectively, "Plaintiffs") in this action is extended from

KENYON & KENYON LLP
NEW YORK

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT                                    CASE NO. 3:08-CV-00904 (JSW)

May 5, 2008 to and including May 12, 2008.

IT IS FURTHER STIPULATED, CONSENTED AND AGREED TO by and between the parties, that the time in which Plaintiffs must move, answer or otherwise plead in response to any counterclaims filed by MKR shall be extended from June 2, 2008 to June 9, 2008.

There has been one prior request for extensions by the parties.

Dated: May 5, 2008

FENWICK & WEST LLP

By: _____
Rodger R. Cole (CSB NO. 178865)
Jennifer L. Kelly (CSB NO. 193416)
Mary E. Milionis (CSB NO. 238827)
Attorneys for Plaintiffs
CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC.

KENYON & KENYON LLP

By: _____
Mark Yuan (CSB NO. 246146)
Attorneys for Defendant
THE MKR GROUP, INC.

IT IS SO ORDERED:

_____        Date: _____
United States District Judge

25750/00400/LIT/1284822.3