1  Rodger R. Cole (CSB NO. 178865)
   rcole@fenwick.com
2  Jennifer L. Kelly (CSB NO. 193416)
   jkelly@fenwick.com
3  Mary E. Milionis (CSB NO. 238827)
   mmilionis@fenwick.com
4  FENWICK & WEST LLP
   801 California Street
5  Mountain View, California 94041
   Tel.: 650.988-8500
6  Fax: 650.938-5200

7  Attorneys for Plaintiffs
   CAPCOM CO., LTD. AND CAPCOM
8  ENTERTAINMENT, INC.

9  Mark Yuan (CSB NO. 246146)
   myuan@kenyon.com
10 KENYON & KENYON LLP
   River Park Towers
11 333 W. San Carlos St., Ste. 600
   San Jose, CA 95110
12 Tel: 408.975.7500
   Fax: 408.975.7501
13

14 Attorneys for Defendant
   THE MKR GROUP, INC.
15

16                          UNITED STATES DISTRICT COURT

17                        NORTHERN DISTRICT OF CALIFORNIA

18                              SAN FRANCISCO DIVISION

19

20 CAPCOM CO., LTD. AND CAPCOM          Case No.  3:08-CV-00904 (JSW)
   ENTERTAINMENT, INC.,
21                                      **STIPULATION AND ORDER TO EXTEND**
   Plaintiffs,                          **TIME TO RESPOND TO COMPLAINT**
22 v.

23 THE MKR GROUP, INC.,

24      Defendant.

25      IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO by and between the

26 parties, that the time in which Defendant THE MKR GROUP, INC. ("MKR") must move, answer

27 or otherwise plead in response to the Complaint filed by Plaintiffs CAPCOM CO., LTD. and

28 CAPCOM ENTERTAINMENT, INC. (collectively, "Plaintiffs") in this action is extended from

KENYON & KENYON
LLP
NEW YORK

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT                              CASE NO.  3:08-CV-00904 (JSW)

1   May 5, 2008 to and including May 12, 2008.

2        IT IS FURTHER STIPULATED, CONSENTED AND AGREED TO by and between the

3   parties, that the time in which Plaintiffs must move, answer or otherwise plead in response to any

4   counterclaims filed by MKR shall be extended from June 2, 2008 to June 9, 2008.

5        There has been one prior request for extensions by the parties.

6   Dated: May 5, 2008

7

8   FENWICK & WEST LLP                          KENYON & KENYON LLP

9

10  By: _____              By: _____
        Rodger R. Cole (CSB NO. 178865)             Mark Yuan (CSB NO. 246146)
11      Jennifer L. Kelly (CSB NO. 193416)          Attorneys for Defendant
        Mary E. Milionis (CSB NO. 238827)           THE MKR GROUP, INC.
12      Attorneys for Plaintiffs
        CAPCOM CO., LTD. AND CAPCOM
13      ENTERTAINMENT, INC.

14

15  IT IS SO ORDERED:

16

17  _____                  Date: ___May 7, 2008___
    United States District Judge
18

19

20

21  25750/00400/LIT/1284822.3

22

23

24

25

26

27

28