1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  JENNIFER L. KELLY (CSB NO. 193416)
   jkelly@fenwick.com
3  MARY E. MILIONIS (CSB NO. 238827)
   mmilionis@fenwick.com
4  FENWICK & WEST LLP
   Silicon Valley Center
5  801 California Street
   Mountain View, CA  94041
6  Telephone:     (650) 988-8500
   Facsimile:     (650) 938-5200
7
   Attorneys for Plaintiffs CAPCOM CO., LTD. AND
8  CAPCOM ENTERTAINMENT, INC. and
   Counterclaim-Defendant CAPCOM U.S.A., INC.

9  Mark Yuan (CSB NO. 246146)
   myuan@kenyon.com
10 KENYON & KENYON LLP
   River Park Towers
11 333 W. San Carlos St., Ste. 600
   San Jose, CA 95110
12 Telephone:     (408) 975-7500
   Facsimile:     (408) 975-7501
13
   Attorneys for Defendant and Counterclaim-Plaintiff
14 THE MKR GROUP, INC.

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC., | Case No.  CV-08-0904 JSW |
| 19              Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 20  v. | |
| 21  THE MKR GROUP, INC., | |
| 22              Defendant. | |
| 23  THE MKR GROUP, INC., | |
| 24              Counterclaim-Plaintiff, | |
| 25  v. | |
| 26  CAPCOM CO., LTD., CAPCOM ENTERTAINMENT, INC., AND CAPCOM U.S.A., INC. | |
| 27              Counterclaim-Defendants. | |

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: The parties agree to participate in Court-sponsored mediation. However, the parties do not agree on the timing of that mediation. Defendant and Counterclaim-Plaintiff The MKR Group, Inc.'s position is that mediation should occur within 60 days of the entry of this Order. Plaintiffs Capcom Co., Ltd. and Capcom Entertainment, Inc. and Counterclaim-Defendant Capcom U.S.A., Inc.'s (collectively, "Capcom") position is that mediation should not occur until after a ruling on the motion to dismiss MKR's counterclaims that Capcom intends to file on or before June 9, 2008. Capcom submits that mediation should occur within 60 days of entry of the order on such motion to dismiss.

Dated:     May 15, 2008            FENWICK & WEST LLP

                                    By:      /s/ Jennifer L. Kelly
                                                Jennifer L. Kelly

                                    Attorneys for Plaintiffs CAPCOM CO., LTD.,
                                    CAPCOM ENTERTAINMENT, INC. and
                                    Counterclaim-Defendant CAPCOM U.S.A.,
                                    INC.

Dated:     May 15, 2008            KENYON & KENYON LLP

                                    By:      /s/ Mark Yuan
                                                Mark Yuan

                                    Attorneys for Defendant and Counterclaim-
                                    Plaintiff THE MKR GROUP, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jennifer L. Kelly, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of May, 2008, at San Francisco, California.

Dated: May 15, 2008                    FENWICK & WEST LLP

                                       By:    /s/ Jennifer L. Kelly
                                              Jennifer L. Kelly

                                       Attorneys for Plaintiffs CAPCOM CO., LTD.,
                                       CAPCOM ENTERTAINMENT, INC. and
                                       Counterclaim-Defendant CAPCOM U.S.A., INC.

## **[PROPOSED] ORDER**

Pursuant to the above Stipulation, the captioned matter is hereby referred to Court-sponsored mediation. The deadline for completion of the mediation is: _____

_____.

**IT IS SO ORDERED**.

Dated: _____, 2008    By: _____
                                         The Honorable Jeffrey S. White
                                         United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT STIP. AND [PROPOSED] ORDER
SELECTING ADR PROCESS             4              CASE NO. CV-08-0904