1  Mark Yuan (CSB NO. 246146)
   myuan@kenyon.com
2  KENYON & KENYON LLP
   River Park Towers
3  333 W. San Carlos St., Ste. 600
   San Jose, CA  95110
4  Tel:   408.975.7500
   Fax:  408.975.7501
5

6  Attorneys for Defendant
   THE MKR GROUP, INC.
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  CAPCOM CO., LTD. AND CAPCOM            Case No.  3:08-CV-00904 (JSW)
    ENTERTAINMENT, INC.,
13                                         THE MKR GROUP, INC.'S AMENDED
    Plaintiffs,                            ANSWER, COUNTERCLAIMS AND THIRD-
14                                         PARTY COMPLAINT
    v.
15
    THE MKR GROUP, INC.,
16
    Defendant.
17                                         JURY TRIAL DEMANDED
    THE MKR GROUP, INC.,
18
    Counterclaim-Plaintiff and Third-Party
19  Plaintiff

20  v.

21  CAPCOM CO., LTD. AND CAPCOM
    ENTERTAINMENT, INC.,
22
    Counterclaim Defendants
23
    and
24
    CAPCOM U.S.A., INC.
25
    Third-Party Defendant
26

27

28

KENYON & KENYON
LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-
PARTY COMPLAINT                                          CASE NO.  3:08-CV-00904 (JSW)

1    Defendant/Counterclaim-Plaintiff The MKR Group, Inc. ("MKR"), as and for its Answer

2   to the Complaint filed by Capcom Co., Ltd. and Capcom Entertainment, Inc. (sometimes

3   collectively, "Capcom"), responds as follows, through its undersigned attorneys:

4        1.    Responding to the allegations set forth in paragraph 1 of the Complaint, MKR

5   admits that the Complaint purports to set forth claims for declaratory judgment, and otherwise

6   denies said allegations.

7        2.    Responding to the allegations set forth in paragraph 2 of the Complaint, MKR

8   admits that the Complaint purports to set forth claims for declaratory judgment, and otherwise

9   denies said allegations.

10        3.    Admitted.

11        4.    MKR admits that it transacts business through various agents and representatives

12   in the State of California.  The allegations set forth in paragraph 4 of the Complaint are otherwise

13   denied.

14        5.    MKR is without knowledge or information sufficient to form a belief as to the

15   truth of the allegations set forth in paragraph 5 of the Complaint concerning Capcom

16   Entertainment, Inc., and denies such allegations on this basis.  MKR otherwise denies the

17   remaining allegations of this paragraph.

18        6.    MKR is without knowledge or information sufficient to form a belief as to the

19   truth of the allegations set forth in paragraph 6 of the Complaint, and denies such allegations on

20   this basis.

21        7.    MKR is without knowledge or information sufficient to form a belief as to the

22   truth of the allegations set forth in paragraph 7 of the Complaint, and denies such allegations on

23   this basis.

24        8.    Admitted.

25        9.    MKR admits that it transacts business through various agents and representatives

26   in the State of California.  The allegations set forth in paragraph 9 are otherwise denied.

27

28

KENYON & KENYON
LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-          - 2 -          CASE NO.  3:08-CV-00904 (JSW)
PARTY COMPLAINT

10.     MKR is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 10 of the Complaint, and denies such allegations on this basis.

11.     MKR is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11 of the Complaint, and denies such allegations on this basis.

12.     Responding to the allegations set forth in paragraph 12 of the Complaint, MKR admits that Capcom released the "DEAD RISING" game ("DEAD RISING") on August 8, 2006, and that, prior thereto, Microsoft Corporation ("Microsoft") released a demo version of "DEAD RISING".  MKR is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 12 of the Complaint, and denies such allegations on this basis.

13.     MKR avers that the contents of "DEAD RISING" speak for themselves, and denies the allegations set forth in paragraph 13 of the Complaint on this basis.

14.     MKR admits that "DEAD RISING" has been commercially successful.  MKR is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 14 of the Complaint, and denies such allegations on this basis.

15.     MKR is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 15 of the Complaint, and denies such allegations on this basis.

16.     In response to the allegations of paragraph 16 of the Complaint, MKR admits that records of the United States Patent and Trademark Office ("USPTO") reflect that on May 20, 2005, Capcom Co., Ltd. apparently filed an intent to use application for the mark "DEAD RISING" for "computer game software; computer game cartridges; computer game cassettes; computer game discs; computer game tapes; video game cartridges; video game machines for use with television receivers; downloadable game software; downloadable computer games; downloadable game software for playing on mobile phones," which was assigned Application Serial No. 78/633,771.  MKR is without knowledge or information sufficient to form a belief as

KENYON & KENYON
LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-          - 3 -          CASE NO.  3:08-CV-00904 (JSW)
PARTY COMPLAINT

1    to the truth of the remaining allegations set forth in paragraph 16 of the Complaint, and denies

2    such allegations on this basis.

3        17.    MKR admits that the film "GEORGE A. ROMERO'S DAWN OF THE DEAD"

4    was released in 1979.  MKR avers that the content and marketing elements of "GEORGE A.

5    ROMERO'S DAWN OF THE DEAD" speak for themselves, and denies the remaining

6    allegations set forth in paragraph 17 of the Complaint on this basis.

7        18.    MKR admits that the 2004 remake of "GEORGE A. ROMERO'S DAWN OF

8    THE DEAD" (the "2004 Remake") was distributed in the United States, Canada and certain other

9    territories by Universal Pictures (pursuant to MKR's grant of a "one-picture" license) with

10   notable success in the marketplace.  MKR avers that the 2004 Remake credits the screenplay for

11   "GEORGE A. ROMERO'S DAWN OF THE DEAD" as its source.  The allegations set forth in

12   paragraph 18 of the Complaint are otherwise denied.

13       19.    MKR admits that it is the sole owner of all right, title and interest in and to the

14   United States copyright in "GEORGE A. ROMERO'S DAWN OF THE DEAD", created as a

15   work made for hire by George A. Romero and others, which is partially evidenced by its

16   ownership of Certificate of Registration (Reg. No. PA0000033519), issued by the United States

17   Register of Copyrights.  MKR further admits that the 2004 Remake, released by Universal

18   Pictures under license from MKR, is an authorized derivative work based on "GEORGE A.

19   ROMERO'S DAWN OF THE DEAD".  MKR admits that those elements from the 2004 Remake

20   which were copied from "GEORGE A. ROMERO'S DAWN OF THE DEAD" are owned by

21   MKR.  The allegations set forth in paragraph 19 of the Complaint are otherwise denied.

22       20.    MKR admits that it is the exclusive owner of the trademarks and service marks

23   "DAWN OF THE DEAD", "GEORGE A. ROMERO'S DAWN OF THE DEAD", and the

24   "Zombie Head" Design (collectively, the "DAWN OF THE DEAD Trademarks") for use in

25   connection with a wide variety of products and services, including without limitation computer

26   games.  MKR further admits that it owns federal trademark applications and registrations for

27   "GEORGE A. ROMERO'S DAWN OF THE DEAD" and the "Zombie Head" Design.  The

28   allegations set forth in paragraph 20 of the Complaint are otherwise denied.

21.     MKR admits that on March 17, 2006, MKR's agent, New Line Cinema Corporation ("New Line"), sent a letter to Capcom, the contents of which speak for themselves. MKR further admits that prior thereto, in or about April 2004, Capcom had approached MKR to enquire if the video game adaptation rights to either "GEORGE A. ROMERO'S DAWN OF THE DEAD" or the 2004 Remake were available, but then had not pursued a license. MKR subsequently became aware of Capcom's promotional "work in progress" video excerpts and still photographs from "DEAD RISING", which had been released on the Internet to promote the upcoming release of "DEAD RISING". MKR and New Line observed that a noticeable and significant number of images from "DEAD RISING" were strikingly similar to iconic images and characters in "GEORGE A. ROMERO'S DAWN OF THE DEAD" and/or the 2004 Remake, and that the setting for "DEAD RISING"'s images and clips appeared to be in and around a large indoor shopping mall. "DEAD RISING"'s plot further appeared to revolve around humans fighting large numbers of zombies ("the living dead") for control of this mall. The violence in "DEAD RISING" was graphic and highly stylized, which was also a critically and publicly acknowledged characteristic of "GEORGE A. ROMERO'S DAWN OF THE DEAD". (In fact, "GEORGE A. ROMERO'S DAWN OF THE DEAD" was released theatrically in the United States without a rating from the Motion Picture Association of America (the "MPAA") because the MPAA demanded too many cuts in order to achieve an "R" rating. In a similar fashion, "DEAD RISING" was banned in Germany in 2007 for excessive, stylized on-screen violence.) MKR's personnel then began to read video game industry press and fan blogs which also saw strong similarities between the major elements of "GEORGE A. ROMERO'S DAWN OF THE DEAD" and "DEAD RISING", and several journalists went so far as to write that "DEAD RISING" was clearly based on "GEORGE A. ROMERO'S DAWN OF THE DEAD". Some were less polite and blatantly wrote that "DEAD RISING" was a rip off of "GEORGE A. ROMERO'S DAWN OF THE DEAD". In particular, many noticed the similarity of titles, and the play on words between "DEAD RISING" and "DAWN OF THE DEAD". MKR thus began to believe that "DEAD RISING" was created by Capcom with the intent of trading on "GEORGE A. ROMERO'S DAWN OF THE DEAD", which had been found by a federal court some 25

1   years earlier to have achieved recognition and secondary meaning among the public.  *See, Dawn*

2   *Associates v. Links*, 203 U.S.P.Q. 831, 836 (N.D. Ill. 1978).  As a consequence of the foregoing,

3   New Line sent Capcom the above-referenced March 17, 2006 letter.  MKR further admits that

4   New Line also sent Capcom a letter dated June 9, 2006, the contents of which speak for

5   themselves.  The allegations set forth in paragraph 21 of the Complaint are otherwise denied.

6         22.      MKR admits that the parties engaged in settlement discussions; otherwise denied.

7         23.      MKR admits that Capcom released "DEAD RISING" on August 8, 2006 without

8   obtaining a license from MKR, despite having contacted MKR in or about April 2004 to enquire

9   about the availability of such a license.  MKR further admits that it did not commence litigation

10  against Capcom, because Capcom successfully dissuaded MKR from taking legal action to

11  protect its rights by Capcom's repeated professions of a desire to settle, while simultaneously

12  failing to follow through on same.  MKR further admits that a "notice" – which was neither

13  requested nor authorized by MKR – appears on the packaging for "DEAD RISING", which

14  states:

15                  "THIS GAME WAS NOT DEVELOPED,

16                  APPROVED OR LICENSED BY THE OWNERS

17                  OR CREATORS OF GEORGE A. ROMERO'S

18                  DAWN OF THE DEAD"

19

20  MKR is without knowledge or information sufficient to form a belief as to the truth of the

21  remaining allegations set forth in paragraph 23 of the Complaint, and denies such allegations on

22  this basis.

23         24.      MKR admits that since 2006 Capcom has successfully dissuaded MKR from

24  taking legal action to protect its rights by Capcom's repeated professions of a desire to settle,

25  while simultaneously failing to follow through on same.  MKR further admits that, through its

26  counsel, it notified Capcom as well as Microsoft, the distributor of demo versions of "DEAD

27  RISING", and Best Buy Corporation, one of the largest retailers of "DEAD RISING", of the

28

1    parties' inability to reach settlement.  The allegations set forth in paragraph 24 of the Complaint

2    are otherwise denied.

3        25.    MKR admits that on January 29, 2007, it filed a Notice of Opposition

4    (No. 91175392) against Capcom Co., Ltd.'s application to register "DEAD RISING" as a

5    trademark in the USPTO under Application Serial No. 78/633,771.  MKR avers that the contents

6    of such Notice of Opposition speak for themselves.  MKR further admits that on December 21,

7    2007, Capcom Co., Ltd. filed its Answer to such Notice of Opposition.  The remaining allegations

8    set forth in paragraph 25 of the Complaint are otherwise denied.

9        26.    MKR admits that its outside counsel sent a letter dated February 6, 2008 and copy

10   of a draft complaint, the contents of which speak for themselves.  The remaining allegations set

11   forth in paragraph 26 of the Complaint are otherwise denied.

12       27.    MKR denies the allegations set forth in paragraph 27 of the Complaint.

13       28.    MKR responds to the allegations realleged and incorporated by reference in

14   paragraph 28 of the Complaint in the same manner as set forth above.

15       29.    MKR denies the allegations set forth in paragraph 29 of the Complaint.

16       30.    MKR denies the allegations set forth in paragraph 30 of the Complaint.

17       31.    MKR denies the allegations set forth in paragraph 31 of the Complaint.

18       32.    MKR denies the allegations set forth in paragraph 32 of the Complaint.

19       33.    Responding to the allegations set forth in paragraph 33 of the Complaint, MKR

20   admits that the Complaint purports to set forth claims for declaratory judgment, and otherwise

21   denies said allegations.

22       34.    MKR responds to the allegations realleged and incorporated by reference in

23   paragraph 34 of the Complaint in the same manner as set forth above.

24       35.    MKR denies the allegations set forth in paragraph 35 of the Complaint.

25       36.    MKR denies the allegations set forth in paragraph 36 of the Complaint.

26       37.    MKR denies the allegations set forth in paragraph 37 of the Complaint.

27

28

1      38.    Responding to the allegations set forth in paragraph 38 of the Complaint, MKR

2  admits that the Complaint purports to set forth claims for declaratory judgment, and otherwise

3  denies said allegations.

4      39.    MKR responds to the allegations realleged and incorporated by reference in

5  paragraph 39 of the Complaint in the same manner as set forth above.

6      40.    MKR denies the allegations set forth in paragraph 40 of the Complaint.

7      41.    MKR denies the allegations set forth in paragraph 41 of the Complaint.

8      42.    Responding to the allegations set forth in paragraph 42 of the Complaint, MKR

9  admits that the Complaint purports to set forth claims for declaratory judgment, and otherwise

10  denies said allegations.

11      43.    MKR responds to the allegations realleged and incorporated by reference in

12  paragraph 43 of the Complaint in the same manner as set forth above.

13      44.    MKR denies the allegations set forth in paragraph 44 of the Complaint.

14      45.    MKR denies the allegations set forth in paragraph 45 of the Complaint.

15      46.    Responding to the allegations set forth in paragraph 46 of the Complaint, MKR

16  admits that the Complaint purports to set forth claims for declaratory judgment, and otherwise

17  denies said allegations.

18      47.    MKR responds to the allegations realleged and incorporated by reference in

19  paragraph 47 of the Complaint in the same manner as set forth above.

20      48.    MKR denies the allegations set forth in paragraph 48 of the Complaint.

21      49.    MKR denies the allegations set forth in paragraph 49 of the Complaint.

22      50.    MKR denies the allegations set forth in paragraph 50 of the Complaint.

23      51.    Responding to the allegations set forth in paragraph 51 of the Complaint, MKR

24  admits that the Complaint purports to set forth claims for declaratory judgment, and otherwise

25  denies said allegations.

26      52.    MKR responds to the allegations realleged and incorporated by reference in

27  paragraph 52 of the Complaint in the same manner as set forth above.

28      53.    MKR denies the allegations set forth in paragraph 53 of the Complaint.

KENYON & KENYON LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-
PARTY COMPLAINT

- 8 -

CASE NO.  3:08-CV-00904 (JSW)

54.    MKR denies the allegations set forth in paragraph 54 of the Complaint.

55.    MKR denies the allegations set forth in paragraph 55 of the Complaint.

56.    Responding to the allegations set forth in paragraph 56 of the Complaint, MKR admits that the Complaint purports to set forth claims for declaratory judgment, and otherwise denies said allegations.

<u>AFFIRMATIVE DEFENSES</u>

1.    The Complaint fails to state a claim on which relief can be granted.

2.    The Complaint is barred by unclean hands.

<u>COUNTERCLAIMS AND THIRD-PARTY COMPLAINT</u>

MKR hereby counterclaims, by and through its counsel, based upon knowledge with respect to itself and its own acts, and upon information and belief as to all other matters, against Capcom Co., Ltd. and Capcom Entertainment, Inc. and asserts its Third-Party Complaint against Third-Party Defendant Capcom U.S.A., Inc. (sometimes collectively, "Capcom"), as follows:

<u>INTRODUCTION</u>

1.    This is an action at law and in equity to remedy acts of, *inter alia*, copyright infringement, trademark infringement, false designation of origin and misrepresentation, false advertising, dilution, unfair competition, misappropriation and deceptive trade practices.

2.    Counterclaim-Plaintiff MKR is a New York corporation with its principal place of business at 1133 Avenue of the Americas, Suite 1621, New York, New York 10036.

3.    Counterclaim-Defendant Capcom Co. Ltd. is a corporation organized under the laws of Japan, with its principal place of business at 3-1-3 Uchihiranomachi, Chuo-ku, Osaka, Japan.  Counterclaim-Defendant Capcom Entertainment, Inc. is a California corporation with its principal place of business at 800 Concar Drive, Suite 300, San Mateo, California 94402.  Third-Party-Defendant Capcom U.S.A., Inc. is a California corporation with its principal place of

KENYON & KENYON
LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-
PARTY COMPLAINT

- 9 -

CASE NO.  3:08-CV-00904 (JSW)

1  business at 800 Concar Drive, Suite 300, San Mateo, California 94402.  Upon information and

2  belief, Capcom U.S.A., Inc. is a wholly-owned subsidiary of Capcom Co. Ltd., and Capcom

3  Entertainment, Inc. is, in turn, a wholly-owned subsidiary of Capcom U.S.A., Inc.

<u>JURISDICTION AND VENUE</u>

6      4.      These counterclaims arise under the Copyright Act of 1976, 17 U.S.C. § 101 *et*

7  *seq.*, the Lanham Act of 1946 (as amended), 15 U.S.C. § 1051 *et seq.*, and related state statutes

8  and common law doctrines.  Subject matter jurisdiction over this action is conferred upon this

9  Court by 15 U.S.C. §1121 and 28 U.S.C. §§ 1331, 1338 and 1367.  Additionally, because this

10  action concerns an amount in controversy which exceeds $75,000, exclusive of costs and interest,

11  and is between citizens of different states, subject matter jurisdiction is also proper pursuant to 28

12  U.S.C. § 1332.  This Court has supplemental jurisdiction over all state law claims under 28

13  U.S.C. § 1367(a), and under principles of pendent jurisdiction.

14      5.      Venue is proper pursuant to 28 U.S.C. § 1391(b) and (c) because Capcom is doing

15  and transacting business in this Judicial District; has substantial contacts with this Judicial

16  District; has advertised in this Judicial District; and has caused many of the tortious acts

17  complained of herein in this Judicial District.

<u>GENERAL ALLEGATIONS</u>

20      6.      MKR's primary business almost since its inception in 1977 has been to monetize

21  the value of the copyrights and trademarks it owns in and to two feature motion pictures,

22  "GEORGE A. ROMERO'S DAWN OF THE DEAD" (1979) and "MARTIN" (1978).  Through

23  authorized licensees, MKR is also a seller of ancillary merchandise.  Both of the foregoing films

24  were produced by MKR's president and principal shareholder, Richard P. Rubinstein, and both

25  films were directed by George A. Romero, one of the most respected and critically honored

26  "horror film" directors worldwide since the early 1970s.  The principal individual financial

27  beneficiaries of MKR's exploitation of its rights in and to "GEORGE A. ROMERO'S DAWN OF

28  THE DEAD" are Messrs. Rubinstein and Romero.  In addition, Mr. Rubinstein has been

KENYON & KENYON
LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-          - 10 -          CASE NO.  3:08-CV-00904 (JSW)
PARTY COMPLAINT

1  producing other financially and critically successful feature films and television programs in the

2  horror, fantasy and science fiction genres for almost thirty years, including "STEPHEN KING'S PET

3  SEMATARY" (1989), "STEPHEN KING'S THE STAND" (1994), "FRANK HERBERT'S DUNE" (2000),

4  and the 2004 remake of "GEORGE A. ROMERO'S DAWN OF THE DEAD" (the "2004

5  Remake"), which was distributed in the United States by Universal Pictures, grossing over 100

6  million dollars worldwide.

7       7.      MKR's "DAWN OF THE DEAD" motion pictures constitute an enormously

8  successful film franchise.  Both the original film and Universal's authorized remake are

9  extremely well known to the public; they have been profitable theatrically, on cable television,

10  and on DVD to this day.  "GEORGE A. ROMERO'S DAWN OF THE DEAD" was released on

11  or about May 24, 1979, and has been continuously exploited in the marketplace for more than 29

12  years.  It continues to earn significant revenue, as evidenced from the more than one million DVD

13  units which have been shipped  by its DVD distributor in the United States since 2004, and from

14  the October 4, 2007 Blu-ray DVD release by Starz Media, which earned MKR over $80,000 in

15  royalties within 90 days.  Considering that the budget for "GEORGE A. ROMERO'S DAWN OF

16  THE DEAD" was approximately $650,000, and the film earned over $7,000,000 in its first two

17  years of theatrical release, "GEORGE A. ROMERO'S DAWN OF THE DEAD" is one of the

18  most profitable horror films of all time.

19       8.      "GEORGE A. ROMERO'S DAWN OF THE DEAD" has garnered unparalleled

20  critical acclaim for over thirty years.  Roger Ebert, Pulitzer Prize-winning, renowned film critic

21  for *The Chicago Sun-Times*, noted that "'DAWN OF THE DEAD'" is one of the best horror films

22  ever made…," and gave the film his top four star rating.  A true and correct copy of Roger Ebert's

23  May 4, 1979 review of "GEORGE A. ROMERO'S DAWN OF THE DEAD" is attached hereto

24  as Exhibit "A."  In 2005, the DVD release of "GEORGE A. ROMERO'S DAWN OF THE

25  DEAD" won the Academy of Science Fiction, Fantasy & Horror Films' prestigious "Saturn

26  Award" for "Best DVD Classic Film Release."  (By comparison, E.T.: THE EXTRA-TERRESTRIAL

27  won this category in 2002.)

28

KENYON & KENYON
LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-
PARTY COMPLAINT

- 11 -

CASE NO.  3:08-CV-00904 (JSW)

9.    The 2004 Remake was produced and released by Universal Pictures under a one picture license from MKR.  The 2004 Remake was the most popular film in the United States on its opening weekend, grossing nearly 26.7 million dollars in U.S. box office receipts.  To date, the 2004 Remake -- with the 1979 film as its birthright -- has grossed over $100 million dollars in worldwide box office.  Film critics have also praised the 2004 Remake.  For example, *The Los Angeles Times* stated, "Good zombie fun, the remake of George A. Romero's 'DAWN OF THE DEAD' is the best proof in ages that cannibalizing old material sometimes works fiendishly well."  A true and correct copy of the March 19, 2004 review is attached hereto as Exhibit "B."

10.    MKR's DAWN OF THE DEAD motion pictures have spawned an extensive merchandise licensing program via MKR's licensing agent, New Line Cinema Corporation ("New Line"), a division of Time Warner, Inc.  Over ten licensees have been placed by New Line in the past two years, and MKR has received advances and royalties from authorized licensees who are selling such items as action figures, Dawn Shopping Mall replicas, t-shirts, wallets, belts, wristbands, Halloween costumes, Halloween masks, posters, calendars, playing cards, postcards, button pins, patches and stickers.  Illustrations of MKR's DAWN OF THE DEAD licensed merchandise are attached hereto as Exhibit "C."

11.    MKR is the exclusive owner of the trademarks and service marks "DAWN OF THE DEAD", "GEORGE A. ROMERO'S DAWN OF THE DEAD", and the "Zombie Head" Design (collectively, the "DAWN OF THE DEAD Trademarks") for use in connection with a wide variety of products and services, including without limitation computer games.  A list of these trademarks, including corresponding registrations and applications in the United States Patent and Trademark Office (the "PTO"), and true and correct copies of the registration certificates, are set forth in Exhibit "D" attached hereto.

12.    MKR's "DAWN OF THE DEAD" Motion Pictures uniquely combine zombies ("dead people who have returned to life to attack and eat the living") with the rise of shopping mall culture in the United States in the 1970s.  Mr. Romero uses the metaphor of flesh-eating zombies who take over a shopping mall as a device to showcase the insidious perils of consumerism and suburbia.  Ultimately, all of the worldly goods available in a shopping mall are

1  not enough to defeat the zombies.  By juxtaposing shockingly profane and gory zombies with the

2  hopelessly mundane and antiseptic shopping mall, Romero's unique take (the rights to which are

3  owned by MKR) allows the viewer to bear witness to rampant consumerism incapable of solving

4  the world's evils.

5          13.    Mr. Romero's unique commentary on suburban mall culture (the rights to which

6  are owned by MKR) is so well known that it is regularly discussed by commentators around the

7  world.  Indeed, during the past year alone (and almost thirty years after the release of the 1979

8  film), journalists in prominent magazines have written:

9          •    *The Economist*, December 22, 2007.

10         "George Romero's 'Dawn of the Dead' is ostensibly a story about a group of people

11  struggling to survive in a world taken over by flesh-eating zombies.  But it is also a commentary

12  on the lurid appeal of shopping malls.…

13         •    *Asia Times Online*, January 3, 2008.

14         "The American economy may very well come to resemble scenes from the

15  two *Dawn of the Dead* movies.  And that's the good news.

16         True and correct copies of the above-referenced articles are attached hereto as

17  Exhibit "E."

18         14.    In or about April 2004, an executive of Capcom U.S.A., Inc. contacted MKR to

19  enquire about the availability of a license to use elements from MKR's "DAWN OF THE

20  DEAD" motion pictures in a video game.  MKR advised the executive that the rights were

21  available.  However, Capcom failed to pursue the matter further, and no license was ever

22  negotiated or granted.  On or about March 17, 2006, MKR became aware of Capcom's

23  promotional videos for "DEAD RISING", which embodied scenes which were strikingly similar

24  to scenes in "GEORGE A. ROMERO'S DAWN OF THE DEAD" and the 2004 Remake.

25  MKR's belief that Capcom was intentionally capitalizing on the outstanding fame of the 1979

26  film to market "DEAD RISING" was swiftly confirmed by game industry experts and fans, who

27  also noted that "DEAD RISING" was a blatant "rip off" of the legendary 1979 film.

28

KENYON & KENYON
LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-
PARTY COMPLAINT                    - 13 -         CASE NO.  3:08-CV-00904 (JSW)

15.    On or about August 8, 2006, Capcom released "DEAD RISING" without the consent of MKR.  Capcom markets "DEAD RISING" as essentially a computer game version of MKR's "DAWN OF THE DEAD" motion pictures.  Moreover, both "GEORGE A. ROMERO'S DAWN OF THE DEAD" and "DEAD RISING" explore this conceit using eerily similar tone, mood and settings.  Both works are dark comedies.  In both, the zombies' recreational activities and the absurdly grotesque "kill scenes" provide unexpected comedic relief.  As noted above, both works are much more than a garden variety "slasher" film or "shoot 'em up" game, respectively.  Both works provide thoughtful social commentary on the "mall culture" zeitgeist, in addition to serving up a sizable portion of sensationalistic violence.  The violence and special effects in both works are very similar, and the gore, which is often absurd, ensures that both works are perceived as social commentaries.  Additional similarities between "GEORGE A. ROMERO'S DAWN OF THE DEAD" and "DEAD RISING" include (without limitation) the following:

a.    Both works are set in a bi-level "mega" shopping mall in a rural area.  The shopping mall is the center of these communities.

b.    Both works are set in motion by a helicopter that takes the lead characters to the mall which is under siege by crazed, flesh-eating zombies.  In addition, in both works, the helicopter is the survivors' means of escape from the zombie-infested mall.

c.    In both works, the leading male characters are hard-boiled, tough, cynical journalists.  Both works feature a subtext critique of sensationalistic journalism.  For example, "DEAD RISING"'s male protagonist, Frank West, who is a freelance photographer, is *literally* awarded points for taking photographs which capture graphic violence.

d.    At times, the works have similar dialogue.  For example, in "DEAD RISING", a survivor, dressed oddly in a shirt that Elvis may have owned, tells Frank West that "This [the zombie infested mall] is hell".  This line is a direct reference to the copyrighted memorable line from "GEORGE A. ROMERO'S DAWN OF THE DEAD" wherein a survivor says to Stephen, the traffic reporter: "When there's no more room in hell, the dead will walk the earth."  This line has been the tagline for the 1979 film since its initial release.

KENYON & KENYON LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-
PARTY COMPLAINT

- 14 -

CASE NO.  3:08-CV-00904 (JSW)

1    Many elements of the 1979 film are repeated in the 2004 Remake.

2    16.  Above and beyond copying the films' major elements, Capcom has sought to

3 capitalize on the fame of George A. Romero, and on the fame of the title "DAWN OF THE

4 DEAD", by using the similar title "DEAD RISING", and by placing a "notice" on the packaging

5 for "DEAD RISING" which reads:

6             "THIS GAME WAS NOT DEVELOPED,

7            APPROVED OR LICENSED BY THE OWNERS

8            OR CREATORS OF GEORGE A. ROMERO'S

9            DAWN OF THE DEAD"

10    This "notice" – which was neither authorized nor requested by MKR – actually highlights

11 the connection between MKR's "DAWN OF THE DEAD" motion pictures and "DEAD

12 RISING". It exploits Mr. Romero's fame, and the fame of the "DAWN OF THE DEAD" title, to

13 attract buyers. In addition, Capcom displays a colorable imitation of MKR's famous ZOMBIE

14 HEAD trademark on the packaging for "DEAD RISING". A true and correct copy of "DEAD

15 RISING"'s packaging is attached hereto as Exhibit "F."

16    17.  Capcom's wholesale exploitation of Mr. Romero's name, the "DAWN OF THE

17 DEAD" brand, and the films' major elements, is so brazen that the creator of "DEAD RISING",

18 Keiji Inafune, wore a "DAWN OF THE DEAD" t-shirt in an interview. In another interview, Mr.

19 Inafune admitted that he wanted to "create a different type of zombie game … [one with] a sort of

20 comical element … like in the George Romero movies." Mr. Inafune remarked, "[W]e also

21 wanted to add … what zombies are to us is a symbol of mankind's greed, of their desire to eat, of

22 their hunger. And that's what they're supposed to be in this game: a symbol." True and correct

23 copies of Mr. Inafune's interviews (with *Gamespy.com* and *TeamXbox.com*) are attached hereto

24 as Exhibit "G."

25    18.  A significant number of industry critics, commentators and reporters have

26 recognized the high degree of similarity between the films' major elements and "DEAD

27 RISING". For example:

28

KENYON & KENYON LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-
PARTY COMPLAINT

- 15 -

CASE NO. 3:08-CV-00904 (JSW)

1    a.  "The video game's setup is a complete theft of the 1978 George A. Romero

2 classic 'Dawn of the Dead,' right down to the Muzak being piped through the mall speakers."

3 *San Francisco Chronicle*, August 15, 2006.

4    b.  "*Dead Rising* is best described as an interactive version of George A.

5 Romero's horror flick, *Dawn of the Dead*, in which a flesh-eating mob of zombies attempts to

6 break into a shopping mall to attack the people inside."  *USA Today*, August 17, 2006.

7    c.  "It's a gorgeous and fully interactive game world ripped straight out of

8 George Romero's Dawn of the Dead.  Just like in that movie, the characters in Dead Rising

9 choose to take refuge in the best place to find food and weapons." *Computerandvideogames.com*,

10 March 23, 2006.

11    d.  "Taking a page directly from George Romero's classic gorefest *Dawn of*

12 *the Dead*, the majority of *Dead Rising*'s action takes place inside a large mall that's been overrun

13 by the undead."  *Gamespy.com*, January 6, 2006.

14    e.  "You won't have to look at more than a few frames of *Dead Rising* to

15 realize its similarities to Romero's *Dawn of the Dead*."  *Teamxbox.com*, May 12, 2006.

16    f.  "Lately however, zombie movies have gone from cheesy to cheesier,

17 taking a back seat to other horrifying tales until a few years ago when George A. Romero's

18 original *Dawn of the Dead* was remade for present times.  It was both satirical and horrifying,

19 taking a place in a world where zombies had overrun the rest of civilization, less a few survivors

20 who took to the once safe haven of a shopping mall.  Replace the title of *Dawn of the Dead* with

21 *Dead Rising* and you've basically got the premise for Capcom's first voyage on the Xbox 360."

22 *Teamxbox.com*, July 12, 2006.

23    g.  "[D]awn of the Dead"…took a satirical look at everything from the

24 consumer culture permeating American society to racism to the skewed way the media covers

25 disasters….I was a bit surprised, then, that Capcom would so obviously lift the setting for their

26 latest zombiefest, called *Dead Rising*, from George Romero's masterpiece.  Didn't they know that

27 fans would cry foul?"  *Gamespy.com*, July 6, 2006.

28

KENYON & KENYON
LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-
PARTY COMPLAINT

- 16 -

CASE NO.  3:08-CV-00904 (JSW)

h.    "[T]his is a game you should play for how well it appreciates, honors, and finally does justice to its subject material.  The front of the box carries this disclaimer: 'This game was not developed, approved, or licensed by the owners or creators of George A. Romero's Dawn of the Dead'.  Yeah, whatever, Capcom lawyers.  We've been waiting a long while for a developer to live up to the potential of Romero's vision.  And as we said at the top of this review: It's about time!"  *Yahoo! Games*, August 10, 2006.

True and correct copies of articles discussing the similarities between MKR's "DAWN OF THE DEAD" motion pictures and "DEAD RISING" are attached hereto as Exhibit "H."

19.    "DEAD RISING" has been incredibly popular.  On September 11, 2006, *Gamespot.com* reported that Capcom spent at least $6 million on television advertisements.  A true and correct copy of the *Gamespot* article is attached hereto as Exhibit "I."  On January 10, 2007, Capcom announced in a press release that it had sold over a million units of "DEAD RISING" by the end of December 2006.  A true and correct copy of the January 10, 2007 press release is attached hereto as Exhibit "J."  Moreover, *Joystiq.com* has reported a rumor that Capcom plans to develop and market sequels to "DEAD RISING".  A true and correct copy of the February 5, 2008 article is attached hereto as Exhibit "K."

20.    Due to "DEAD RISING"'s resounding success, it has been a major driver of Capcom's superior financial performance, from an overall corporate perspective, since the year it was released.  Further, the technology developed in "DEAD RISING"'s production, including the "MT Framework" game engine, has, through its use in "DEAD RISING", been a "hit" with the gaming community, and as a result, has been utilized by Capcom in other blockbuster titles.  "DEAD RISING"'s meteoric success also has contributed to making Xbox 360 one of the most successful game platforms.  According to *Game Daily* (January 17, 2008 edition), annual sales of the Xbox 360 console topped 4.62 million units in 2007.  A true and correct copy of the above-referenced article is attached hereto as Exhibit "L."

## PARTIES' DEALINGS

21.    In or about April 2004, Capcom U.S.A., Inc. approached MKR regarding a license to use elements from MKR's "DAWN OF THE DEAD" motion pictures in a video game. However, Capcom failed to pursue the matter further.

22.    In or about March 2006, MKR discovered that Capcom was proceeding with "DEAD RISING", and MKR immediately placed Capcom on notice of its objection by a letter dated March 17, 2006 from MKR's agent, New Line.  A true and correct copy of this letter is attached hereto as Exhibit "M."

23.    Later in 2006, MKR discovered that Capcom Co., Ltd. had applied to register "DEAD RISING" as a trademark in the USPTO under Application Serial No. 78/633,771.  On January 29, 2007, MKR filed a Notice of Opposition (No. 91175392) against this application before the Trademark Trial and Appeal Board of the USPTO.  This opposition proceeding is currently pending.

24.    Following their initial communications regarding this matter, the parties engaged in settlement discussions, but these discussions have been unsuccessful.  Moreover, in an effort to forestall MKR from taking legal action to protect its rights, Capcom strung MKR along by professing a desire to settle, while at the same time failing to respond to MKR's good faith settlement proposals.  For example, in November 2007, Capcom requested a suspension of the deadline for answering MKR's aforementioned Notice of Opposition, on the ground that settlement discussions were ongoing.  When MKR pointed out to Capcom that Capcom had yet to respond to MKR's settlement proposal of September 4, 2007, Capcom, through its counsel, represented that a response would promptly follow.  Based on this express representation, MKR consented to the suspension.  However, Capcom used the additional time *not* to respond to MKR's settlement proposal, but instead to prepare and file its Answer to the Notice of Opposition.  Capcom's actions – namely, procuring an extension of time under false pretenses – are reflective of its blatant disregard for MKR's rights throughout the history of this matter.

25.    By engaging in the aforesaid acts and conduct, Capcom has caused and will continue to cause grave injury to MKR's ability to profit from its intellectual property.  Given the enormous popularity of "DEAD RISING", as evidenced by sales of over a million units, MKR

1  has suffered irreparable harm, and has been wrongfully denied its rightful share of "DEAD
2  RISING"'s huge gross proceeds.

3                                    FIRST COUNTERCLAIM

4                                   COPYRIGHT INFRINGEMENT

5

6         26.    This count is to remedy acts of copyright infringement, and arises under 17
7  U.S.C. § 101 *et seq.*

8         27.    MKR repeats and realleges each and every allegation contained in paragraphs 1
9  through 25 of this Counterclaim as though fully set forth herein.

10        28.    The expression contained in "GEORGE A. ROMERO'S DAWN OF THE DEAD"
11 is wholly original, and is copyrightable subject matter under the copyright laws of the United
12 States.

13        29.    As of January 30, 1979, a Certificate of Registration was issued by the Register of
14 Copyrights for the 1979 film, and bears registration number PA0000033519.  A true and correct
15 copy of a print-out from the U.S. Copyright Office's database setting forth the particulars of this
16 registration is attached hereto as Exhibit "N".
17

18        30.    MKR is the sole owner of all right, title and interest in and to the copyright in the
19 1979 film and the expression it contains.  MKR has complied in all respects with the provisions
20 of the Copyright Act of 1976.

21        31.    The 2004 Remake is an authorized derivative work based on the 1979 film, and
22 was distributed and financed by Universal Pictures under a one-picture license from MKR.  Those
23 creative elements from the 2004 Remake which were replicated from the 1979 film are owned by
24 MKR.

25        32.    The expression contained in the 2004 Remake is wholly original, and is
26 copyrightable subject matter under the copyright laws of the United States.

27        33.    As of April 21, 2004, a Certificate of Registration was issued by the Register of
28

1  Copyrights for the 2004 Remake, and bears registration number PA0001212817.  A true and

2  correct copy of a print-out from the U.S. Copyright Office's database setting forth the particulars

3  of this registration is attached hereto as Exhibit "O."  MKR has complied in all respects with the

4  provisions of the Copyright Act of 1976.

5       34.    Capcom has knowingly and willfully copied major elements of the "DAWN OF

6  THE DEAD" motion pictures in the creation, distribution, promotion and marketing of "DEAD

7  RISING".  Capcom had direct access to the "DAWN OF THE DEAD" motion pictures by virtue

8  of the films' widespread distribution and exhibition beginning over 29 years ago.  Indeed,

9  "GEORGE A. ROMERO'S DAWN OF THE DEAD" is uniformly considered the seminal

10  zombie film, and, as noted *supra*, "DEAD RISING"'s creator even mentioned in an interview that

11  he based "DEAD RISING" on "GEORGE A. ROMERO'S DAWN OF THE DEAD".

12      35.    Capcom has infringed MKR's copyright rights in the "DAWN OF THE DEAD"

13  motion pictures.  Capcom knew or should have known that the "DAWN OF THE DEAD" motion

14  pictures are protected by copyright.  Capcom continues to infringe on MKR's rights in and to its

15  copyrighted works by producing, marketing and distributing "DEAD RISING", and, upon

16  information and belief, intends to produce a sequel to "DEAD RISING", and otherwise exploit

17  the copyrights associated with the "DAWN OF THE DEAD" motion pictures.

18      36.    The natural, probable and foreseeable consequence of Capcom's wrongful conduct

19  has been, and will continue to be, to deprive MKR of the benefits of exploiting its copyright

20  rights and of the licensing, marketing and promotion of the "DAWN OF THE DEAD" motion

21  pictures.

22      37.    As a direct and proximate result of Capcom's infringing use of MKR's

23  copyrighted material, Capcom has realized and will continue to realize profits and other benefits

24  rightfully belonging to MKR.  Accordingly, MKR has suffered and will continue to suffer severe

25  injuries and damage, and is entitled to those damages permitted by federal copyright law.  MKR

26  therefore seeks an award of damages pursuant to 17 U.S.C. § 504, as well as its costs and

27  attorneys' fees pursuant to 17 U.S.C. § 505, in amounts to be determined at the time of trial.

28

KENYON & KENYON
LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-
PARTY COMPLAINT
- 20 -
CASE NO.  3:08-CV-00904 (JSW)

38.     To halt the ever-mounting injury to MKR, MKR hereby requests that the Court issue temporary, preliminary and permanent injunctive relief, restraining Capcom from further infringing or otherwise violating MKR's copyright rights as herein described, and, in particular, from developing, producing or marketing a prequel, sequel, character spinoff, remake or other derivative work or ancillary product based upon "DEAD RISING".  MKR has no adequate remedy at law.

SECOND COUNTERCLAIM

VIOLATIONS OF LANHAM ACT

39.     This count is to remedy acts of trademark infringement, false designation of origin, false description and representation, unfair competition, false advertising in commerce, and dilution, and arises under 15 U.S.C. § 1051 *et seq.*

40.     MKR repeats and realleges each and every allegation contained in paragraphs 1 through 38 of this Counterclaim as though fully set forth herein.

41.     Capcom's extensive use in "DEAD RISING" of major elements from the "DAWN OF THE DEAD" motion pictures, and its marketing of "DEAD RISING" in ways which highlight such elements-- including without limitation use of the title "DEAD RISING," a Zombie Head image on packaging, and a "disclaimer" which displays George A. Romero's name and the "DAWN OF THE DEAD" title – reflect Capcom's intent to trade off of the fame of Mr. Romero and the "DAWN OF THE DEAD" franchise to entice consumers to purchase "DEAD RISING".  Specifically, Capcom seeks to lure consumers who are fans of Mr. Romero and "DAWN OF THE DEAD" into connecting them with "DEAD RISING".

42.     Capcom's unlawful and improper actions as set forth above are likely to cause confusion, mistake or deception as to the source, origin or sponsorship of "DEAD RISING", and to falsely mislead the trade and public into believing that "DEAD RISING" originates from, is affiliated or connected with, or is sponsored, authorized, approved or sanctioned by, MKR.

43.     MKR's "DAWN OF THE DEAD" Trademarks are inherently distinctive and, by virtue of MKR's extensive use, advertising and promotion of the "DAWN OF THE DEAD"

Trademarks as set forth above, the "DAWN OF THE DEAD" Trademarks serve as an exclusive designation of origin of MKR and of its goods and services, and as a symbol of the goodwill and unique reputation represented by the famous "DAWN OF THE DEAD" Trademarks. MKR's "DAWN OF THE DEAD" Trademarks have developed enormous secondary meaning and goodwill among the public and trade. Such secondary meaning (in favor of one of MKR's predecessors-in-interest) was expressly recognized in federal court almost thirty years ago. *See, Dawn Associates v. Links,* 203 U.S.P.Q. 831, 836 (N.D. Ill. 1978). MKR's trademark "DEAD RISING" is confusingly similar to MKR's trademark "DAWN OF THE DEAD". Equally unlawful is Capcom's displaying a colorable imitation of MKR's "Zombie Head" Design on "DEAD RISING"'s packaging.

44.     Capcom's activities constitute an infringement of MKR's registered "DAWN OF THE DEAD" Trademarks under § 32(1) of the Trademark Act (15 U.S.C. § 1114(1)).

45.     Capcom's activities constitute the use by Capcom of a false designation of origin; false description and representation in commerce; unfair competition; and false advertising in commerce, all in violation of § 43(a) of the Trademark Act (15 U.S.C. §1125(a)).

46.     MKR's "DAWN OF THE DEAD" Trademarks are famous marks under § 43 (c) of the Trademark Act (15 U.S.C. § 1125(c)). Capcom's unlawful activities alleged herein constitute dilution of the "DAWN OF THE DEAD" Trademarks in violation of 15 U.S.C. § 1125(c).

47.     Capcom's acts of trademark infringement, false designation of origin, false description and representation, unfair competition, false advertising and dilution have caused MKR to sustain monetary damage, loss and injury, in an amount to be determined at the time of trial.

48.     Capcom has engaged and continues to engage in this activity knowingly, deliberately and willfully, so as to justify the assessment of treble damages against it, in an amount to be determined at the time of trial.

49.     To halt the ever-mounting injury to MKR, MKR hereby requests that the Court

KENYON & KENYON
LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-
PARTY COMPLAINT                    - 22 -          CASE NO. 3:08-CV-00904 (JSW)

1   issue temporary, preliminary and permanent injunctive relief, restraining Capcom from further

2   infringing or otherwise violating MKR's intellectually property rights as herein described,

3   particularly with respect to pre-quels, sequels, spinoffs, remakes or other derivative works or

4   ancillary products based upon "DEAD RISING".  MKR has no adequate remedy at law.

5       50.    For the reasons hereinabove set forth, MKR hereby requests that the Court deny

6   registration to Capcom Application Serial No. 78/633,771 for "DEAD RISING," pursuant to § 37

7   of the Trademark Act (15 U.S.C. § 1119).

8                           THIRD COUNTERCLAIM

9                           VIOLATION OF CALIFORNIA

10                          BUSINESS AND PROFESSIONS CODE

11      51.    This count is to remedy acts of dilution, injury to business reputation, and

12  deceptive acts or practices, and arises under California Business and Professions Code, Sections

13  17200 *et seq.* and 14330.

14      52.    MKR repeats and realleges each and every allegation contained in paragraphs 1

15  through 50 of this Complaint as though fully set forth herein.

16      53.    Capcom's activities constitute dilution and injury to the business reputation of

17  MKR, in violation of MKR's rights under California Business and Professions Code § 14330.

18      54.    Capcom's activities constitute deceptive acts or practices in the conduct of

19  business, trade or commerce, or in the furnishing of services in the State of California, in

20  violation of California Business and Professions Code, Sections 17200 *et seq.*  MKR has been

21  injured by reason of such deceptive acts or practices.

22      55.    Capcom's violations of California Business and Professions Code, Sections 17200

23  *et seq.* and 14330 have caused MKR to sustain monetary damage, loss and injury, in an amount to

24  be determined at the time of trial.

25      56.    Capcom has engaged and continues to engage in this activity knowingly,

26  deliberately and willfully, so as to justify the assessment of exemplary and punitive damages

27  against it, in an amount to be determined at the time of trial.

28      57.    To halt the ever-mounting injury to MKR, MKR hereby requests that the Court

KENYON & KENYON
LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-          - 23 -          CASE NO.  3:08-CV-00904 (JSW)
PARTY COMPLAINT

1  issue temporary, preliminary and permanent injunctive relief, restraining Capcom from further

2  violating California Business and Professions Code Sections 17200 *et seq.* and 14330, as herein

3  described, particularly with respect to prequels, sequels, spinoffs, remakes or other derivative

4  works or ancillary products based upon "DEAD RISING".  MKR has no adequate remedy at law.

5  FOURTH COUNTERCLAIM

6  TRADEMARK INFRINGEMENT, UNFAIR COMPETITION,

7  MISAPPROPRIATION AND DILUTION (COMMON LAW)

8  58.    This count is to remedy acts of trademark infringement, unfair competition,

9  misappropriation and dilution under the common law of, *inter alia*, the State of California.

10  59.    MKR repeats and realleges each and every allegation contained in paragraphs 1

11  through 57 of this Complaint as though fully set forth herein.

12  60.    Capcom's activities as described herein constitute common law trademark

13  infringement; unfair competition; misappropriation of and trading upon the fine reputation and

14  goodwill of MKR; unjust diversion from MKR to Capcom of the benefits arising therefrom; and

15  dilution.

16  61.    Capcom's acts of common law trademark infringement, unfair competition,

17  misappropriation and dilution have caused MKR to sustain monetary damage, loss and injury, in

18  an amount to be determined at the time of trial.

19  62.    Capcom has engaged and continues to engage in this activity knowingly,

20  deliberately and willfully, so as to justify the assessment of exemplary and punitive damages

21  against it, in an amount to be determined at the time of trial.

22  63.    To halt the ever-mounting injury to MKR, MKR hereby requests that the Court

23  issue temporary, preliminary and permanent injunctive relief, restraining Capcom from further

24  infringing or otherwise violating MKR's intellectually property rights as described herein,

25  particularly with respect to prequels, sequels, spinoffs, remakes or other derivative works or

26  ancillary products based upon "DEAD RISING".  MKR has no adequate remedy at law.

27

28

KENYON & KENYON
LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-
PARTY COMPLAINT

- 24 -

CASE NO.  3:08-CV-00904 (JSW)

1

<u>DEMAND FOR JURY TRIAL</u>

2        Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, MKR demands a

3  trial by jury as to all issues in this lawsuit.

4

5

<u>PRAYER FOR RELIEF</u>

6     WHEREFORE, MKR prays for judgment against Capcom as follows:

7     A.     Dismiss Capcom's Complaint with prejudice in its entirety;

8     B.     That Capcom take nothing by its Complaint;

9     C.     For a temporary, preliminary and permanent injunction enjoining and restraining

10  the Capcom parties and each of their officers, agents, servants, employees and attorneys, and

11  those persons acting in concert or participation with them who receive actual notice of the Order

12  by personal service or otherwise, from:

13         (1)     producing, distributing, selling or otherwise exploiting any sequels,

14  prequels, spinoffs, remakes or other derivative works or ancillary products based upon "DEAD

15  RISING";

16         (2)     engaging in any infringement of MKR's copyright rights in and to the

17  "DAWN OF THE DEAD" motion pictures;

18         (3)     using MKR's "DAWN OF THE DEAD" Trademarks (however spelled,

19  whether capitalized, abbreviated, singular or plural, printed or stylized, whether used alone or in

20  combination with any word or words, and whether used in caption, text, orally or otherwise), or

21  any other reproduction, counterfeit, copy, colorable imitation or confusingly similar variation of

22  MKR's "DAWN OF THE DEAD" Trademarks, as trade names, trademarks or service marks, or

23  in any other manner which suggests in any way that Capcom and/or its activities, products or

24  services originate from, are affiliated with, or are sponsored, authorized, approved or sanctioned

25  by MKR, or that MKR and/or its activities, products or services are affiliated in any way with

26  Capcom;

27         (4)     infringing or diluting the "DAWN OF THE DEAD" Trademarks;

28         (5)     using in connection with Capcom's activities, products or services any

KENYON & KENYON
LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-
PARTY COMPLAINT

- 25 -

CASE NO. 3:08-CV-00904 (JSW)

1  false or deceptive designation, representation, description or advertisement of Capcom or of its

2  activities, products or services, whether by symbols, words or statements, which would damage or

3  injure MKR or give Capcom an unfair competitive advantage in the marketplace;

4        (6)    violating California Business and Professions Code, Sections 17200 *et seq.*

5  and 14330;

6        (7)    engaging in acts of state or common law trademark infringement, unfair

7  competition, misappropriation or dilution which would damage or injure MKR; or

8        (8)    inducing, encouraging, instigating, aiding, abetting or contributing to any

9  of the aforesaid acts.

10      D.    That Capcom file with the Court and serve on counsel for MKR within thirty (30)

11  days after service on Capcom of such Order, or within such extended time period as this Court

12  may direct, a report in writing and under oath, setting forth in detail the manner and form in

13  which Capcom has complied with the Order.

14      E.    For an award of Capcom's profits and MKR's damages resulting from Capcom's

15  unlawful acts set forth herein, in an amount to be proven at the time of trial, together with legal

16  interest from the date of accrual thereof.

17      F.    For an award of treble damages pursuant to 15 U.S.C. § 1117.

18      G.    For an award of punitive damages, in an amount to be proven at the time of trial.

19      H.    That MKR be awarded the costs of this civil action, together with MKR's

20  reasonable attorney fees, pursuant to 17 U.S.C. § 505, 15 U.S.C. § 1116 and/or 15 U.S.C. § 1117,

21  and the equity powers of the Court.

22      I..    That MKR be awarded such other and further relief as the Court may deem

23  equitable and proper.

24

25

26

27

28

KENYON & KENYON LLP
NEW YORK

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-
PARTY COMPLAINT
- 26 -
CASE NO. 3:08-CV-00904 (JSW)

1    Dated: May 12, 2008                    KENYON & KENYON LLP

2                                           Attorneys for Defendant
                                            MKR GROUP, INC.
3

4                                           _____/s/ Mark Yuan_____

5                                           Mark Yuan
                                            333 West San Carlos Street
6                                           Suite 600
                                            San Jose, California 95110
7                                           Tel:    (408) 975-7500
                                            Fax:    (408) 975-7501
8

9    Of Counsel:
     Jonathan D. Reichman
10   Mimi K. Rupp
     KENYON & KENYON LLP
11   One Broadway
     New York, New York 10004
12   Tel:    (212) 425-7200
     Fax:    (212) 425-5288
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE MKR GROUP, INC.'S AMENDED
ANSWER, COUNTERCLAIMS AND THIRD-          - 27 -          CASE NO.  3:08-CV-00904 (JSW)
PARTY COMPLAINT

# EXHIBIT A

This is a printer friendly version of an article from www.rogerebert.com
To print this article open the file menu and choose Print.

Back

## Dawn of the Dead

Release Date: 1979

Ebert Rating: ✶✶✶✶

By Roger Ebert May 4, 1979

"Dawn of the Dead" is one of the best horror films ever made -- and, as an inescapable result, one of
the most horrifying. It is gruesome, sickening, disgusting, violent, brutal and appalling. It is also
(excuse me for a second while I find my other list) brilliantly crafted, funny, droll, and savagely
merciless in its satiric view of the American consumer society. Nobody ever said art had to be in good
taste.

It's about a mysterious plague that sweeps the nation, causing the recently dead to rise from their
graves and roam the land, driven by an insatiable hunger for living flesh. No explanation is offered for
this behavior -- indeed, what explanation would suffice? -- but there is a moment at which a survivor
solemnly intones: "When there is no more room in hell, the dead will walk the Earth."

Who's that a quotation from? From George A. Romero, who wrote and directed "Dawn of the Dead"
as a sequel to his "Night of the Living Dead," which came out in 1968 and still plays the midnight
circuit as a cult classic.

If you have seen "Night," you will recall it as a terrifying horror film punctuated by such shocking
images as zombies tearing human flesh from limbs. "Dawn" includes many more scenes like that,
more graphic, more shocking, and in color. I am being rather blunt about this because there are many
people who will not want to see this film. You know who you are. Why are you still reading?

Well ... maybe because there's a little of the ghoulish voyeur in all of us. We like to be frightened. We
like a good creepy thrill. It's just, we say, that we don't want a movie to go too far. What's too far?
"The Exorcist"? "The Omen"? George Romero deliberately intends to go too far in "Dawn of the
Dead." He's dealing very consciously with the ways in which images can affect us, and if we sit
through the film (many people cannot) we make some curious discoveries.

One is that the fates of the zombies, who are destroyed wholesale in all sorts of terrible ways, don't
affect us so much after awhile. They aren't being killed, after all: They're already dead. They're even a
little comic, lurching about a shopping center and trying to plod up the down escalator. Romero
teases us with these passages of humor. We relax, we laugh, we see the satire in it all, and then --
pow! Another disembowelment, just when we were off guard.

His story opens in a chaotic television studio, where idiotic broadcasters are desperately transmitting
inaccurate information (one hopes the Emergency Broadcast System will do a whole lot better).
National Guard troops storm public housing, where zombies have been reported. There are 10
minutes of unrelieved violence, and then the story settles down into the saga of four survivors who
hijack a helicopter, land on the roof of a suburban shopping center, and barricade themselves inside
against the zombies.

Their eventual fates are not as interesting as their behavior in the meantime; there is nothing quite
like a plague of zombies to wonderfully focus your attention on what really matters to you. Romero
has his own ideas, too, and the shopping center becomes a brilliant setting for a series of comic and
satiric situations: Some low humor, some exquisitely sly.

But, even so, you may be asking, how can I defend this depraved trash? I do not defend it. I praise it. And it is not depraved, although some reviews have seen it that way. It is about depravity.

If you can see beyond the immediate impact of Romero's imagery, if you can experience the film as being more than just its violent extremes, a most unsettling thought may occur to you: The zombies in "Dawn of the Dead" are not the ones who are depraved. They are only acting according to their natures, and, and, gore dripping from their jaws, are blameless.

The depravity is in the healthy survivors, and the true immorality comes as two bands of human survivors fight each other for the shopping center. Now look who's fighting over the bones! But "Dawn" is even more complicated than that, because the survivors have courage, too, and a certain nobility at times, and a sense of humor, and loneliness and dread, and are not altogether unlike ourselves. A-ha.

**Cast & Credits**

With David Emge, Ken Foree, Scoff H. Reiniger and, Gaylen Ross.

United Film Distribution presents a film written and directed by George A. Romero and produced by Richard P. Rubenstein. Music by the Goblins with Dario Argento. Special effects by Tom Savini. Not Rated.

copyright 2005, rogerebert.com

# EXHIBIT B

calendarlive.com: 'Dawn of the Dead'                                    Page 1 of 2



http://www.calendarlive.com/movies/dargis/cl-et-dawn19,0,2682336.story

MOVIE REVIEW

'Dawn of the Dead'

"Dawn of the Dead" is the best proof in ages that cannibalizing old material sometimes works fiendishly well.

By Manohla Dargis
Times Staff Writer

March 19, 2004

Good zombie fun, the remake of George A. Romero's "Dawn of the Dead" is the best proof in ages that cannibalizing old material sometimes works fiendishly well. The story opens with a hush in a Milwaukee hospital as an emergency-room nurse (Sarah Polley) wearily moves through her final hour at work. Too exhausted to notice the casualties flooding into the ward, Ana returns home to her last untroubled sleep, only to wake to the nightmare vision of a child ripping a man's throat out with its teeth.

Jumping into her car, Ana makes a nerve-racking escape to the safest place on Earth or at least Wisconsin — the mall. There, along with seven other freaked-out refugees, she takes uneasy shelter. Protected by shatterproof glass and guns, and buffered by all the comforts of a modern shopping mecca, the men and women establish a society in miniature. When a truck crashes into the mall with a few more living stragglers, the group swells, then congeals into complacence. (The fine cast includes Jake Weber, Ving Rhames and Ty Burrell.) As zombies proliferate outside — malls apparently are destination sites even for the undead — the survivors pump iron in the sporting-goods store, whip up lattes at the Hallowed Grounds coffee bar and pledge allegiance either to one another or their own worst selves.

In Romero's original 1978 shocker — the middle chapter in his zombie trilogy that opens with 1968's "Night of the Living Dead" and closes with 1985's "Day of the Dead" — the heroine and her three male companions escape to a similar refuge. Inside this high temple of consumerism, where the living tend to resemble the waking dead anyway (save for the blood and bad grooming, of course), Romero mapped out a brilliant metaphor, an allegorical space in which the "me" generation could come to its frenzied end. Twenty-six years later, with the politics of consumption now an established academic field and shopping now considered a statement of identity, the political resonance of Romero's metaphor has been considerably blunted. But while the metaphor has lost its bite, the zombies have lost little of theirs.

Directed by newcomer Zack Snyder, with a script by James Gunn, the remake of "Dawn of the Dead" races along at a breakneck, at times exhausting pace. (I was wiped out from all my nervous twitching.) Like the zombies in Danny Boyle's "28 Days Later" and unlike Romero's bumbling, lumbering undead, the ghouls in the new movie move fast — very fast. The speeded-up rhythms are unsettling, not only because the zombies are continually rushing toward the camera like bugs toward a car windshield (and to similar splatter effect), but also because it forces the action into overdrive. An award-winning commercial director, Snyder knows the value of loud noises and hard slamming edits, and he sells the scares in his film with energetic economy.

This "Dawn of the Dead" doesn't break new ground, but it's a reminder of how good horror movies sweep you away with equal parts pleasure and dread. Although Snyder and his special effects team pour on the gore (they're keen on exploding zombie heads) what makes the film pop aren't the buckets of blood, but the filmmakers' commitment to genre fundamentals. One consequence of the mainstreaming of horror is that although movies and television are now awash in viscera, we tend to rationalize this turn toward the Grand Guignol with sober forensics. When Marg Helgenberger pokes around on TV's "CSI: Crime Scene Investigation," it's easy to pretend that all the ravaged flesh is finally in the service of law and order. There's no such pretense with these zombies — they live only so we can watch them die.

'Dawn of the Dead'

MPAA rating: R, for pervasive strong horror, violence and gore, language and sexuality

Times guidelines: Extreme gore, strong language, mild sex

Sarah Polley...Ana

Ving Rhames...Kenneth

Jake Weber...Michael

Mekhi Phifer...Andre

Ty Burrell...Steve

Universal Pictures presents a Strike Entertainment/New Amsterdam Entertainment production, released by Universal Pictures. Director Zack Snyder. Writer James Gunn. Based on a screenplay by George A. Romero. Producers Richard P. Rubinstein, Marc Abraham, Eric Newman. Director of photography Matthew F. Leonetti. Production designer Andrew Neskoromny. Editor Niven Howie. Music supervisor G. Marq Roswell. Music Tyler Bates. Special makeup effects David LeRoy Anderson. Costume designer Denise Cronenberg. Running time: 1 hour, 40 minutes.

In general release.

calendarlive.com: 'Dawn of the Dead'                                      Page 2 of 2

If you want other stories on this topic, search the Archives at latimes.com/archives.

Reprints
Article licensing and reprint options

Copyright 2008 Los Angeles Times

# EXHIBIT C







EXHIBIT C



GEORGE A. ROMERO'S DAWN OF THE DEAD.
Its logo, the zombie head and all associated
characters are TM of The MKR Group, Inc.
© 1978, 2006 The MKR Group, Inc.

Produced Under License by Raven Images Inc.









# EXHIBIT D

| Mark | Goods/Services | App No/ Reg. No. | App. Date/ Reg. Date |
|------|----------------|------------------|----------------------|
| GEORGE A. ROMERO'S DAWN OF THE DEAD | Internet services providing information via an electronic global computer network in the field of entertainment relating specifically to music, movies, and television; and providing general interest news, entertainment, and educational information via a global computer network | 3,298,999 | September 25, 2007 |
| GEORGE A. ROMERO'S DAWN OF THE DEAD | CD-ROMs featuring entertainment related to films; computer game software; computer game software and manuals sold as a unit; computer video game software; computer video game software and manuals sold as a unit; interactive video games; interactive computer games, downloadable computer game software; downloadable interactive entertainment software for playing computer games, downloadable interactive computer game software for playing video games; mouse pads; photographic slide transparencies; magnetically encoded telephone calling cards and transportation fare cards | 78/590,469 | March 18, 2005 |
| GEORGE A. ROMERO'S DAWN OF THE DEAD | Clothing for men, women and children, namely, caps, hats, head wear, masquerade costumes, and masks sold in connection therewith, belts, shirts, sweatshirts, t-shirts, and wristbands | 78/590,620 | March 18, 2005 |

| Mark | Goods/Services | App No/ Reg. No. | App. Date/ Reg. Date |
|---|---|---|---|
| | | | |
| GEORGE A. ROMERO'S DAWN OF THE DEAD | Printed matter and paper goods namely, stationery, writing paper, posters and calendars | 3,294,834 | September 18, 2007 |
| GEORGE A. ROMERO'S DAWN OF THE DEAD | Costume masks; dolls and toy action figures and accessories therefor | 3,299,000 | September 25, 2007 |
| GEORGE A. ROMERO'S DAWN OF THE DEAD | Pre-recorded video tapes, video cassettes, dvds and video discs, all featuring entertainment related to films; printed matter, namely, comic books and notepads; and toys, games and playthings, namely, board games | 3,158,842 | October 17, 2006 |
|  | CD-ROMs featuring entertainment related to films; computer game software; computer game software and manuals sold as a unit; computer video game software; computer video game software and manuals sold as a unit; interactive video games; interactive computer games, downloadable computer game software; downloadable interactive entertainment software for playing computer games, downloadable interactive computer game software for playing video games; mouse pads; photographic slide transparencies; magnetically encoded telephone calling cards and transportation fare cards | 78/591,266 | March 21, 2005 |

| Mark | Goods/Services | App No/ Reg. No. | App. Date/ Reg. Date |
|---|---|---|---|
|  | Printed matter and paper goods namely, stationery, writing paper, posters and calendars | 3,288,729 | September 4, 2007 |
|  | Clothing for men, women and children, namely, caps, hats, head wear, masquerade costumes, and masks sold in connection therewith, belts, shirts, sweatshirts, t-shirts, and wristbands | 78/591,321 | March 21, 2005 |
|  | Internet services providing information via an electronic global computer network in the field of entertainment relating specifically to music, movies, and television; and providing general interest news, entertainment, and educational information via a global computer network | 3,308,445 | October 9, 2007 |
|  | Costume masks; dolls and toy action figures and accessories therefor | 3,319,829 | October 23, 2007 |
|  | Pre-recorded video tapes, video cassettes, dvds and video discs, all featuring entertainment related to films; printed matter, namely, comic books and notepads; and toys, games and playthings, namely, board games | 3,063,738 | February 28, 2006 |

| Mark | Goods/Services | App No/ Reg. No. | App. Date/ Reg. Date |
|---|---|---|---|
|  | Printed matter and paper goods namely, stationery, writing paper, posters and calendars | 3,062,890 | February 28, 2006 |

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

Reg. No. 3,298,999

## United States Patent and Trademark Office

Registered Sep. 25, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

## GEORGE A. ROMERO'S
## DAWN OF THE DEAD

THE MKR GROUP, INC. (NEW YORK COR-
PORATION)
675 THIRD AVENUE, SUITE 2521
NEW YORK, NY 10017

FOR: INTERNET SERVICES PROVIDING INFOR-
MATION VIA AN ELECTRONIC GLOBAL COMPU-
TER NETWORK IN THE FIELD OF
ENTERTAINMENT RELATING SPECIFICALLY TO
MUSIC, MOVIES, AND TELEVISION; PROVIDING
GENERAL INTEREST NEWS, ENTERTAINMENT,
AND EDUCATIONAL INFORMATION VIA A GLO-
BAL COMPUTER NETWORK, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).

FIRST USE 4-4-2007; IN COMMERCE 4-4-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-
TURE(S) SHOWN IN THE MARK IDENTIFIES A
PARTICULAR LIVING INDIVIDUAL, WHOSE CON-
SENT(S) TO REGISTER IS SUBMITTED.

SN 78-590,579, FILED 3-18-2005.

PAMELA HIRSCHMAN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

United States Patent and Trademark Office

Reg. No. 3,299,000
Registered Sep. 25, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## GEORGE A. ROMERO'S
## DAWN OF THE DEAD

THE MKR GROUP, INC. (NEW YORK COR-
PORATION)

675 THIRD AVENUE, SUITE 2521

NEW YORK, NY 10017

FOR: DOLLS; COSTUME MASKS; TOY ACTION
FIGURES AND ACCESSORIES THEREFOR, IN
CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-31-2006; IN COMMERCE 3-31-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-
TURE(S) SHOWN IN THE MARK IDENTIFIES A
PARTICULAR LIVING INDIVIDUAL, WHOSE CON-
SENT(S) TO REGISTER IS SUBMITTED.

SN 78-590,663, FILED 3-18-2005.

PAMELA HIRSCHMAN, EXAMINING ATTORNEY

Int. Cls.: 9, 16 and 28

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,158,842

Registered Oct. 17, 2006

**TRADEMARK**
**PRINCIPAL REGISTER**

**GEORGE A. ROMERO'S**
**DAWN OF THE DEAD**

THE MKR GROUP, INC. (NEW YORK COR-
PORATION)
SUITE 2521
675 THIRD AVENUE
NEW YORK, NY 10017

FOR: PRE-RECORDED VIDEO TAPES, VIDEO
CASSETTES, DVDS AND VIDEO DISCS, ALL FEA-
TURING ENTERTAINMENT RELATED TO FILMS,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-1996; IN COMMERCE 2-0-1996.

FOR: PRINTED MATTER, NAMELY, COMIC
BOOKS AND NOTEPADS, IN CLASS 16 (U.S. CLS.
2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-0-2001; IN COMMERCE 11-0-2001.

FOR: TOYS, GAMES AND PLAYTHINGS, NAME-
LY, BOARD GAMES, IN CLASS 28 (U.S. CLS. 22, 23,
38 AND 50).

FIRST USE 8-0-1981; IN COMMERCE 8-0-1981.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-977,105, FILED 3-21-2005.

PAMELA HIRSCHMAN, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 3,288,729

**United States Patent and Trademark Office**

Registered Sep. 4, 2007

Corrected

OG Date Feb. 19, 2008

## TRADEMARK
### PRINCIPAL REGISTER



MKR GROUP, INC., THE (NEW YORK
 CORPORATION)
SUITE 2521
675 THIRD AVENUE
NEW YORK, NY 10017
 THE MARK CONSISTS OF AN ILLUS-
TRATION OF A HUMAN HEAD WITH A
DESIGN ON THE HEAD.

FOR: PRINTED MATTER AND PAPER
GOODS NAMELY, STATIONERY, WRIT-
ING PAPER, CALENDARS ; [ TRADING
CARDS ] * POSTERS *, IN CLASS 16 (U.S.
CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
 FIRST USE 11-30-2001; IN COMMERCE
11-30-2001.
 SER. NO. 78-591,289, FILED 3-21-2005.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 19, 2008.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

Reg. No. 3,308,445

**United States Patent and Trademark Office**     Registered Oct. 9, 2007

**SERVICE MARK**
**PRINCIPAL REGISTER**



MKR GROUP, INC., THE (NEW YORK COR-
  PORATION)
SUITE 2521
675 THIRD AVENUE
NEW YORK, NY 10017

FOR: INTERNET SERVICES PROVIDING INFOR-
MATION VIA AN ELECTRONIC GLOBAL COMPU-
TER NETWORK IN THE FIELD OF
ENTERTAINMENT RELATING SPECIFICALLY TO
MUSIC, MOVIES, AND TELEVISION; PROVIDING
GENERAL INTEREST NEWS, ENTERTAINMENT,
AND EDUCATIONAL INFORMATION VIA A GLO-

BAL COMPUTER NETWORK, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).

FIRST USE 3-14-2007; IN COMMERCE 3-14-2007.

THE MARK CONSISTS OF AN ILLUSTRATION
OF A HUMAN HEAD WITH A DESIGN ON THE
HEAD.

SN 78-590,710, FILED 3-18-2005.

PAUL F. GAST, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,319,829

Registered Oct. 23, 2007

## TRADEMARK
### PRINCIPAL REGISTER



THE MKR GROUP, INC. (NEW YORK COR-
PORATION)
675 THIRD AVENUE, SUITE 2521
NEW YORK, NY 10017

FOR: DOLLS; COSTUME MASKS; TOY ACTION
FIGURES AND ACCESSORIES THEREFOR, IN
CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-31-2006; IN COMMERCE 3-31-2006.

THE MARK CONSISTS OF AN ILLUSTRATION
OF A HUMAN HEAD WITH A DESIGN ON THE
HEAD.

SN 78-590,733, FILED 3-18-2005.

MICHELE SWAIN, EXAMINING ATTORNEY

Int. Cls.: 9 and 28

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,063,738
Registered Feb. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER



MKR GROUP, INC., THE (NEW YORK COR-
PORATION)
SUITE 2521
675 THIRD AVENUE
NEW YORK, NY 10017

FOR: PRE-RECORDED VIDEO TAPES, VIDEO
CASSETTES, DVDS AND VIDEO DISCS, ALL FEA-
TURING ENTERTAINMENT RELATED TO FILMS,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-1996; IN COMMERCE 2-0-1996.

FOR: TOYS, GAMES AND PLAYTHINGS, NAME-
LY, BOARD GAMES, IN CLASS 28 (U.S. CLS. 22, 23,
38 AND 50).

FIRST USE 8-0-1981; IN COMMERCE 8-0-1981.

THE MARK CONSISTS OF AN ILLUSTRATION
OF A HUMAN HEAD WITH A DESIGN ON THE
HEAD.

SER. NO. 78-591,466, FILED 3-21-2005.

PAUL F. GAST, EXAMINING ATTORNEY

Int. Cls.: 16 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 107

Reg. No. 3,062,890

## United States Patent and Trademark Office

Registered Feb. 28, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



THE MKR GROUP, INC. (NEW YORK COR-
PORATION)
SUITE 2521
675 THIRD AVENUE
NEW YORK, NY 10017

FOR: PRINTED MATTER, NAMELY, COMIC
BOOKS AND NOVELS, IN CLASS 16 (U.S. CLS. 2, 5,
22, 23, 29, 37, 38 AND 50).

FIRST USE 10-0-1978; IN COMMERCE 10-0-1978.

FOR: ENTERTAINMENT SERVICES, NAMELY,
MOTION PICTURE FILM PRODUCTION, IN CLASS
41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-0-1978; IN COMMERCE 4-0-1978.

THE MARK CONSISTS OF THE UPPER HALF OF
A BALD MALE HEAD WITH BLOOD DRIPPING
DOWN THE LEFT SIDE OF THE CORRODED
FACE.

SER. NO. 78-535,308, FILED 12-20-2004.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

# EXHIBIT E



# Birth, death and shopping

*The rise and fall of the shopping mall*

HE Southdale shopping centre in Minnesota has an atrium, a food court, fountains and acres of parking. Its shops include a Dairy Queen, a Victoria's Secret and a purveyor of comic T-shirts. It may not seem like a landmark, as important to architectural history as the Louvre or New York's Woolworth Tower. But it is. "Ohmigod!" chimes a group of teenage girls, on learning that they are standing in the world's first true shopping mall. "That is the coolest thing anybody has said to us *all day*."

In the past half century Southdale and its many imitators have transformed shopping habits, urban economies and teenage speech. America now has some 1,100 enclosed shopping malls, according to the International Council of Shopping Centres. Clones have appeared from Chennai to Martinique. Yet the mall's story is far from triumphal. Invented by a European socialist who hated cars and came to deride his own creation, it has a murky future. While malls continue to multiply outside America, they are gradually dying in the country that pioneered them.

Southdale's creator arrived in America as a refugee from Nazi-occupied Vienna. Victor Gruen was a Jewish bohemian who began to design shops for fellow immigrants in New York after failing in cabaret theatre. His work was admired partly for its uncluttered, modernist look, which seemed revolutionary in 1930s America. But Gruen's secret was the way he used arcades and eye-level display cases to lure customers into stores almost against their will. As a critic complained, his shops were like mousetraps. A few years later the same would be said of his shopping malls.

By the 1940s department stores were already moving to the suburbs. Some had begun to build adjacent strips of shops, which they filled with boutiques in an attempt to re-create urban shopping districts. In 1947 a shopping centre opened in Los Angeles featuring two department stores, a cluster of small shops and a large car park. It was, in effect, an outdoor shopping mall. Fine for balmy southern California, perhaps, but not for Minnesota's harsh climate. Commissioned to build a shopping centre at Southdale in 1956, Gruen threw a roof over the structure and installed an air-conditioning system to keep the temperature at 75°F (24°C)—which a contemporary press release called "Eternal Spring". The mall was born.

Gruen got an extraordinary number of things right first time. He built a sloping road around the perimeter of the mall, so that half of the shoppers entered on the ground floor and half on the first floor—something that became a standard feature of malls. Southdale's balconies were low, so that shoppers could see the shops on the floor above or below them. The car

park had animal signs to help shoppers remember the way back to their vehicles. It was as though Orville and Wilbur Wright had not just discovered powered flight but had built a plane with tray tables and a duty-free service.

Oddly, this most suburban American invention was supposed to evoke a European city centre. Hence Southdale's density and its atrium, where shoppers were expected to sit and debate over cups of coffee, just as they do in the Piazza San Marco or the Place Dauphine. Gruen exiled cars, which he thought noisy and anti-social, to the outside of his mall. Most contemporary critics thought Gruen had succeeded in bringing urbanity to the suburbs. Southdale was "more like downtown than downtown itself", claimed the *Architectural Record*. Another asserted, in a rare example of journalistic hyperbole that turned out to be absolutely right, that the indoor shopping mall was henceforth "part of the American way".

As Jeffrey Hardwick explains in his excellent biography, Gruen did not believe his creation would take business away from downtown shopping districts. He saw it as an adjunct to them. If indoor shopping centres harmed any businesses, Gruen dearly hoped it would be the fast-food stands and tacky strip malls that were sprouting like weeds along main roads. Southdale's first tenants shared this sanguine view. When it opened it was filled ➤

One of the most touching is a website devoted to Lakehurst mall near Chicago, which was demolished in 2004. Prodded by a local journalist, women and a few men write in with memories of back-to-school shopping trips, ear piercings, first jobs at Cinnabon and Orange Julius, early dates and even marriage proposals. Many are bereft at the mall's demolition, as though suffering the death of a pet. "You don't realise how much you miss something until it is gone," writes one. Others are almost apologetic: "If only we knew what we had, we would never have strayed to other malls."

As shopping malls decline, they sometimes come to resemble the civic centres that Gruen intended them to be. Attracted by cheap rents, community groups and police stations move in. On a trip to one of Gruen's creations, the now-desolate Carousel Mall in San Bernardino, your correspondent encountered a group of middle-aged Mexicans studying for the American citizenship test.

Not all malls have suffered from competition and the suburbs' transformation. Some have prospered by appealing to growing ethnic-minority groups. American malls are courting middle-class Latinos by adding butchers' shops and, in some cases, by decking themselves out to resemble Mexican villages. La Gran Plaza, in the Texas town of Fort Worth, lays on mariachi and reggaeton acts and is building a rodeo. Other malls changed their clientele without adjusting their look. Brent Cross shopping centre, one of Britain's earliest malls, now contains shops staffed by second- and third-generation Asians selling to new arrivals from eastern Europe.

**The mall goes downtown**

Yet without white, middle-aged women few British or American shopping centres could survive. One bold attempt to lure them back can be seen at the corner of Third Street and Fairfax Boulevard in Los Angeles. The Grove shopping centre, which opened in 2002, performs all the functions of a mall without looking at all like one. Like Southdale, it has fountains, flowers, piped music and a good selection of underwear. But the Grove is open to the elements, the plants are real and, rather than vaguely evoking a town centre, it is actually done up to look like one. Or rather (this being Los Angeles) a fantasy amalgam of several town centres.

Among the Grove's 40 or so buildings are a Caribbean house with shutters and a wooden balcony, an Art Deco cinema and a grand Beaux Arts building that houses a branch of the clothes shop Abercrombie & Fitch. Its fountains are choreographed to songs by Frank Sinatra and Sammy Davis junior. Every few minutes a tram trundles through the shopping centre. The tram's driver rings his bell almost constantly, because the other thing that distinguishes the Grove from an old-fashioned mall is that it is nearly always packed.

The Grove was built by Rick Caruso (below), a dapper man who owns eight shopping centres in southern California and has three more under way. His next project, a 16-acre development with a large public square, apartments and lots more fountains, will open in 2008 next to the Glendale Galleria. He also plans to build an open-air shopping centre by a race track in the city of Arcadia, where the weary will be transported from shop to shop in a horse-drawn carriage. It is a sign of the popularity of his developments, as well as the bleak future of conventional malls, that the owners of nearby shopping centres are fighting hard to stop him.

Mr Caruso doesn't think he builds malls. The industry term is "lifestyle centres"; he calls his creations simply "streets". Nor can he claim to have invented the outdoor shopping centre. Before Gruen's revolutionary designs, all shopping centres were open to the sky. But Mr Caruso has brought the open-air mall to a pitch of ersatz perfection. It is partly thanks to him, and particularly the Grove, that every new shopping centre built in America next year will be roofless (and several traditional shopping malls will tear off their roofs). Open-air centres will appear not just in temperate places like southern California but also in muggy Houston and frigid Massachusetts.

The mix-and-match appearance of the "lifestyle centres" is thought to be key to their appeal. Mr Caruso and his designers visit cities as diverse as Savannah and Capri to measure buildings and try to capture their appeal. Architectural styles are jumbled together with the aim of creating a festive, holiday atmosphere which people go to hang out in and end up spending money. "After all," says Mr Caruso, "you buy things when you're on holiday that you wouldn't buy otherwise." But Mr Caruso also claims, more boldly, that his creations are more "real" and authentic than conventional shopping centres.

It is an odd claim for a man whose signature style is a mish-mash of two continents' and several centuries' worth of architectural traditions. But, like Gruen half a century ago, Mr Caruso has a bold vision for his developments. Indeed, his vision is rather similar to Gruen's. Like the Austrian émigré, Mr Caruso believes that people are naturally gregarious, and that America has failed to provide them with places that meet their social needs. Like Gruen, he claims to be trying to create not just profitable shopping places but also more perfect city centres.

There is one crucial difference. Gruen wanted to improve upon the American city centre by modernising and Europeanising it. Mr Caruso, by contrast, looks to the past. He has tried to re-create a kind of prelapsarian downtown where there is no crime or homelessness. His romantic evocations of city centres are possible only because people have forgotten what downtowns used to be like. And they have forgotten, of course, largely because of the suburban shopping malls that Gruen built. It was necessary to kill the American city centre before bringing it back to life. ∎



Rick Caruso and his "lifestyle centre"

Printing...                                                                                 Page 1 of 9

**http://www.atimes.com**

**Shopping 'zombies' offer US hope**
By Julian Delasantellis

Like salmon driven upstream by instinctual forces beyond
their control, there is something deep down, probably at the
core of our DNA programming, that forces pundits to make
predictions for the new year in early January. Here's my
economic prediction for 2008. The American economy
may very well come to resemble scenes from the two
*Dawn of the Dead* movies.

And that's the good news.

First made in 1978 by horror maestro George Romero, as a
sequel to his 1968 classic *Night of the Living Dead*, remade
by Zack Snyder in 2004, *Dawn of the Dead* tells the story
of the

human race under siege from hordes of recently deceased
risen zombies, ambulating about with no higher brain
functions, only existing to feed lustily on the rapidly
decreasing numbers of actual people still around.

In both the 1978 original and the 2004 sequel, a hardy
group of human survivors seeks shelter and security in an
abandoned shopping mall, barricading themselves from the
zombies until some salvation for the human race can
emerge.

But the zombies still come. They mill around aimlessly in
the parking lot, (making them fine sporting practice for the
survivors, with their high-powered rifles filched from the
mall's sporting goods stores, shooting away what used to
be the zombies' brains) occasionally attempting to
overcome the survivors' improvised defenses to gain access
to the mall. The survivors are astounded, but then they
come to realize their mistake in seeking shelter in a
shopping mall. The zombies, even with most of their brains
decayed or shot away, still carry an inherent memory of the
malls as a place that once held a central focus of their lives.

As one of the survivors put it: "They're after the place.
They don't know why, they just remember. Remember that
they want to be in here."



Print this article

Email this article

Currency converter

Comment on this
article: Go to

**THE EDGE**
Your world, your forum

**RELATED ARTICLES**

Annus
financialitis
Dec 22

Credit due to a
wonderful life that
was
Dec 22

**READERS' PICKS**

http://www.atimes.com/atimes/printN.html                                    2/19/2008

Mindless zombies haunting shopping malls as if by
instinct, for reasons they barely know. You don't have to
wait until the end of the world to see that - you can see it
all the time, including during the recently concluded
holiday shopping season, in any American shopping mall.
And that just may be the salvation of the American
economy after all.

We're now coming up on what I consider to be the first
anniversary of the starter's pistol of the subprime crisis,
HSBC Holdings' February 5, 2007, announcement of the
problems at its Household Bank subsidiary that first alerted
the financial world to the putrescent swamp that US
housing finance had fallen into over the past few years.

I started writing about the seriousness of the problems with
subprimes in March; slowly, a lot of the pundit community
has followed suit. Many prominent economic analysts and
forecasters, among them former Federal Reserve chairman
Alan Greenspan, Economics Nobel Prize winner Joseph
Stiglitz and Goldman Sachs chief US economist Jan
Hatzius, are now putting the odds of a US recession
(technically defined as two quarters - six months - of
negative economic growth) at roughly 50-50.

Maybe they're right. But as someone who has followed
every twist and tribulation of the subprime crisis since its
inception, I'm starting to wonder if subprime's hype has
outrun its reality.

Subprime is one crisis with multiple manifestations. First is
the effect on the US housing sector.

A core reason why it is frequently so difficult to get a grip
on just where housing is at any one moment is the fact that
there are so many varied metrics that seek to provide
snapshots.

You have reports on home sales. Home prices. Home
inventories. New-home sales prices and volumes, existing-
home prices and sales volumes, new-home starts, pending
home sales, mortgages becoming delinquent, mortgages
entering foreclosure; all available for the nation as a whole,
and, more importantly, for the widely varied individual
regional markets that, amalgamated, comprise the national
housing picture.

It is true that, for the past year, most of the indicators have
marched in lockstep in one direction - down. Still, you
occasionally get outliers, reports that indicate things may

Ads by Google

**Short Sale Secrets**
Step-by-Step Guide
To Getting Banks
To Discount
Properties by 40%!
www.ShortSaleMagic.com

**Euroweek Free
Online**
Access Informed
Reports &
Euroweek Archives
with a Free Online
Trial
www.Euroweek.com/Free`

**Profit From China
Stocks**
Profit Today From
China's Growth
Free Report by
Expert Rober Hsu!
IPlaceReports.com

**Subprime
Newsroom**
The latest
information on
issues surrounding
subprime
foreclosures.
www.SubprimeNewsroom

not be as bad as they seem. Among these was the report on December 31 that sales of existing homes actually rose 0.4% in November. In contrast to sales of new homes - those omnipresent cookie-cutters, New England-style in the Arizona desert housing-development monstrosities that despoil the virgin landscape like indelible ink spots around America's outer suburbs - existing home sales seemed to have reached a plateau late in 2007, stabilizing at around an annual rate of about 5 million units.

Home prices are falling in the US, but it is important to keep that data in a geographical and historical perspective.

On all but the most superficial level of analysis, it is probably incorrect to think of a unified US housing market. The housing picture in the US more closely resembles an agglomerated average of all the different individualized local and regional housing markets.

Thus, the current price declines in US real estate values are concentrated in places such as the US Midwest, devastated by the continuing contraction in the US auto industry, and southern California and Florida, where real estate speculation was at its irrationally exuberant best up to the end of 2006. Most other markets have real estate prices stable to only declining marginally; in some markets, such as the Pacific Northwest and the area around Charlotte, North Carolina, real estate price appreciations continue, albeit at a more reasonable pace.

Here it is also important to look at the bigger picture. According to the Case-Shiller Real Home Price Index, US home prices fell about 3.4% in 2007. Even with the declines seemingly accelerating to around a 10% rate by the end of the year, that should be looked at in the context of a 52% rise in prices since 2001.

In other words, if you bought your home before, say, mid-2005, and unless you borrowed away the appreciated value of that home with home equity loans, your home can still be your piggy bank. You can still head to the mall with the other zombies.

It's true that every month about a quarter of a million Americans are losing their homes through foreclosure, and that number should continue through 2008. The subprime "teaser" mortgage resets should peak in April, then taper off into mid-2009. Still, if one is expecting the American consumer to go into spending mourning over the fate of his poor foreclosed brethren, one has not spent all that much time with American consumers lately.

Ads by Google

**Local Classifieds**
See Your Local
Classifieds Listings
Jobs, Cars, Pets,
Personals & More!
www.Kijiji.com

**Profit From China Stocks**
Profit Today From
China's Growth
Free Report by
Expert Rober Hsu!
iPlaceReports.com

**Local Newspapers**
Find Local
Newspapers &
News Stands -
dailies, weeklies,
tabloids.
News.YellowPages.com

**Printing**
Printing pages Save
on Printing
ShopExplorer.org

Just before Christmas, the US television network ABC had on its *Nightline* news program the most insightful broadcast report I've seen yet on how American society is adapting to the subprime crisis. Far from being a dour and foreboding account of sad homeowners gathering their paltry belongings in preparation for foreclosure, the report showed happy, giddy prospective homeowners on big tour buses, on an excursion, organized by a Stockton, California real estate agent (who provided the snacks and drinks), to view recently foreclosed properties.

The atmosphere on the buses was more approbation than Armageddon, more game show than Gotterdammerung: "You wanna get a good deal off someone else's life-wrecking misfortune - come on down!"

"It hadn't crossed my mind," one prospective homeowner replied when asked if he was giving any thought to the misfortunes of the previous homeowner. "I look at it as more or less an opportunity."

An opportunity to then join the zombies at the mall's home furnishing store, no doubt.

The other side of the subprime crisis coin is what the subprime securities did to the balance sheets of America's proudest and most austere names of commercial finance.

Through much of the late summer and autumn, I elaborated on this site how it was then being revealed how some of the bluest names of American blue-chip finance, names like Bear Stearns, UBS, Merrill Lynch and Citibank, had treated subprime-related and originated debt securities not as the highly speculative investments they have now revealed themselves to be, but as hot dogs at the quintessentially American "sport" called competitive eating, greedily stuffing as many subprime securities down their fat portfolio gullets as their trading desks could find.

When it became obvious just how little real value these securities actually contained, the tumbrels rumbled down Wall Street and the heads rolled, most prominent among them Merrill Lynch chief executive officer (CEO)Stanley O'Neal and Citigroup CEO Charles Prince, along with roughly 100,000 other finance-related jobs. So far, US financial conglomerates have "written down" (ie admitted as most likely worthless) about US$80 billion of subprime-related debt. Everybody knows there will much more to come; that the total amount of writedowns may finally end up in the $250 billion to $400 billion neighborhood.

Still, as 2007 drew to a close, Wall Street seemed quite complacent with the prospect of around another $300 billion or so of American finance capital being wiped out of existence.

With the exception of mortgage insurers such as MBIA (who probably sang "Auld Lang Syne" for themselves after learning that they will soon have a Warren Buffett financed entity as a competitor), most of the stocks of America's finance industry have held at the lows of mid-November, before Federal Reserve chairman Ben Bernanke raised the white flag and indicated his willingness to continue cutting rates. Some, like Morgan Stanley and Goldman Sachs, even show signs of the beginnings of a rally.

Perusing comments from traders, I see some credit accruing to Bernanke from this at least temporary respite from the long fall off the cliff that most of the financial sector suffered in 2007. A lot more is being given to the real heroes of the end of 2007, the sovereign wealth funds (SWFs) , the huge Asian and Middle East pools of government capital that are beginning to fulfill my prediction that, flying out of the sun like Han Solo in the Millennium Falcon, they would save the day for plucky little American finance capital. ( I first wrote of the likelihood of US finance capital being rescued by SWFs in my August 21 ATol piece When the big guns fail, call in China, and when the rescues actually commenced, my November 29 ATol piece, Selling the US by the dollar).

With the belief now pervading the markets that the SWFs are going to be buying up American finance, US traders are commensurately less willing to sell its stocks, figuring that it's better to hold on to them now in order to sell them dearer to the SWFs later.

Am I saying that the subprime crisis is over, that its once again morning in America, that all Americans can once more, after morning services at the megachurch, settle down in front of the 50-inch plasma TV with rack upon rack of baby-back pork ribs to watch Dallas defeat all comers in the NFL playoffs?

Not in the least. If it turns out that the total subprime bill is substantially in excess of the current projected figure, say past $500 billion or more, the bloodletting on Wall Street will resume, as it will should a major financial institution actually shutter its doors and fail.

What I am saying is that for the first time since at least last

Printing...                                                            Page 6 of 9

spring, Wall Street seems to think that it can see the far
side of the subprime crisis. Yes, there's plenty of bad news
now, and plenty more to come, but bad news is an essential
component of rising stock prices - the time to worry is
when the news is all good, not all bad. An old stock market
adage is that bull markets climb a wall of worry. At least
for now, Wall Street seems to think that it can at last see
over the wall.

Another old Wall Street adage, sometimes attributed to one
of the barons Rothschild, is to "buy when there's blood in
the streets". Maybe Stan O'Neal and Chuck Prince's
headless corpses fit the bill for that.

What about the American consumer and homeowner, the
other main actor in the subprime drama? A backbone of
conservative, free-market economic theory is what is called
the "rational expectations" school of economic thought.
This theory states that economic actors, be they investors,
business owners, farmers or consumers, keep tabs on the
economic news of the day, make an informed assessment
of what the news means for their individual future
prospects and then act accordingly. They spend and/or
invest more should they believe future prospects are bright
and cut back if things look less promising.

If rational expectations were right there is no way we
would have seen the roughly 3.6% rise in holiday retail
spending that America saw for this just concluded holiday
season. This was less than in the booming years of 2004-
2006, but still, you only had to go back to 2002 to find a
similarly "bad" holiday season. If you listened to many pre-
holiday economic prognosticators, you might have thought
that America was facing the worst holiday season since the
soup kitchens and breadlines of the Great Depression,
maybe the worst shopping season since the British burned
Washington in the war of 1812.

Why didn't rational expectations work? Why did
Americans ignore all the bad news to once again be
zombies at the mall?

One thing that the rational expectations theorists probably
didn't factor into their calculations as to why Americans
ignore economic news is that Americans just hate
economic news. Whenever it comes on the TV there is a
mad, desperate scramble for the remote control to change
the channel; anything, whether it be meetings of the local
sewage treatment committee on the community affairs
cable channel or Venezuelan soap operas, will get some
viewing time in preference to actually watching economics

news on TV.

Had it not be for the fact that the viewers of business cable channel CNBC have the most desirable demographics of all US television, in other words they're rich, the meager ratings of business and economics TV in America would not have survived past the 1980s.

So the reason that the news of the subprime crisis has not led to a greater contraction of US consumer spending is that most Americans have little or no comprehension or understanding of what the subprime crisis actually is. They know it involves big words and complicated concepts, and in high school or college they got out of their economics requirement by substituting another elective, basketweaving or woodworking, maybe "Contextual Critical Analysis of Bruce Springsteen-101".

What Americans do know is that they have jobs. At 4.7% the US unemployment rate is still very low, just 0.3% off the low for this cycle set in March, 2006. Former US president Harry Truman once said that Americans define a recession as a neighbor losing their job, a depression as them losing their own jobs. By that measure, with American employment still strong, Americans just don't see that much urgency in cutting back spending.

And that's what's keeping the US economy humming. If they don't see a few of the people they used to see in the neighborhood, because they've been foreclosed on and are thus now living in a rental property in a far less desirable location, well, that is sad, but look at the bright side. There's a lot less wait for the swings on the neighborhood jungle gym, or to get a latte every morning at Starbucks.

This is why it is so absolutely critical to follow the monthly US employment reports, starting with the report for December due out on the morning of January 4. As long as the US consumer has a job he is going to keep spending ("Saving? What's that, oh, I know, it's what the goalkeepers in soccer do!") and as long as the spending spree continues there is a safety net as to just how bad the subprime crisis is going to hurt the American, and by extension the world, economy.

Americans feel more secure if they see the headline unemployment number still low. A factor that is probably artificially keeping the employment numbers rosy is the fact that the layoffs in the US construction industry don't really show up in US employment numbers.

That is because it has been an unacknowledged but obvious fact that, for most of this decade, the boom in US real estate construction has been populated by America's signature reserve army of the unemployed, its undocumented, primarily Hispanic, illegal alien workforce. These workers weren't really counted among the officially employed during the boom, and, as housing construction employment now evaporates, they're not now counted as among the unemployed in the bust. (I wrote on the phenomenon of illegal immigrants building US housing in my March 29, 2007 ATol piece Exurbia-built on paradox and hypocrisy.) The hard-working builders of America's homes and hearths are proving to be as disposable as tissue paper, which, if you ever talk to the immigrants themselves, pretty much sums up how they feel America always saw them in the first place.

Like many other observers, I have been astounded at the continuing prosperity of the US economy during the latter half of 2007, a time when the nation's financial system essentially became dysfunctional.

The financial sector and "real" economic sectors are supposed to work in close tandem, with the financial system providing finance for investment and then having the real economy place the profits from that investment back into the financial sector to be turned into more productive new investments.

By all accounts, this transmission procedure broke down in the second half of 2007, as credit quality concerns arising from out of the subprime crisis caused lenders to pull back from loans to even the previously most creditworthy borrowers. Still, consumers kept spending, and the economy kept chugging along, posting a very impressive 3.9% growth rate for the third quarter of 2007.

Maybe we need a new metaphor for the relationship between finance and the real economy. Instead of being something like twin brothers working together in the family business, the free-market ideologues' total deregulation of the financial services industry in the early years of this decade has turned the real economy into the sound, sensible brother capably managing the family business, with the financial sector being the uncontrollably bipolar sibling, prone to extremes of giddy elation (as in the credit creation orgy of 2003-2006 that stoked the subprime crisis) and suicidal despair (as in the current crisis). Meanwhile, the real economy goes to work each day, earns a paycheck, supports its family and the country.

Case 5:08-cv-00904-RS     Document 14-2     Filed 05/15/2008     Page 41 of 93

Squeezing the metaphor until it screams, proper regulation of the financial sector is like Prozac. In the colloquial jargon of psychopharmacology, the financial sector needs to get back on its meds.

In what is, according to some media reports, the bleakest time in finance history since the moneychangers were driven from the Temple, Americans keep spending. How can they not? As that the French are justifiably proud of their culture and cuisine, the Germans their engineering and manufacturing prowess, what is it that Americans can be more proud about than their continued willingness to exhaust 200 years of built-up treasure on cheap trinkets that they will dispose of and replace in six months? No matter what the politicians bleat on in the Iowa cornfields about the centrality of Jesus in American life, the country's real unifying faith, affirmed no matter what race, color, creed, gender, or sexual orientation, is mindless consumerism.

In this, the nation's 1,100 enclosed shopping malls are temples to this national faith, with the 500-store Mall of America, in Bloomington, Minnesota, the faith's new Vatican, its shining food court on a hill.

With the consumerist religion flourishing as it is in America, it will take more than what we've seen from the subprime crisis so far to shake the foundations of the faith. A moral philosopher or theologian might question the value of the new creed to its believers' souls; then again, isn't the whole point of being a zombie that you've lost your soul?

*Julian Delasantellis is a management consultant, private investor and educator in international business in the US state of Washington. He can be reached at* juliandelasantellis@yahoo.com.

(Copyright 2008 Asia Times Online Ltd. All rights reserved. Please contact us about sales, syndication and republishing.)

# EXHIBIT F





EXHIBIT G

GameSpy.com | News | Cheats | Forums * Planet Sites | Action | RPG | Sports | Strategy * FilePlanet | Arena * Direct2Drive | Compare Prices

SEARCH: ○ The Web ● GameSpy [                    ]  SEARCH

Home
PC

Xbox 360
Xbox
PlayStation 3
PlayStation 2
Wii
GameCube

Sony PSP
Nintendo DS
Game Boy Advance
Wireless

○ Game Bios
○ News
○ Reviews
○ Previews
○ Screenshots
○ Movies
○ Columns
○ Features
○ Cheats
○ Release Dates
○ Forums

○ Downloads
○ Arena Ladders
○ Play Games
○ Newsletter

Halo Planet
Planet Far Cry
Planet Gears of War
Planet Elder Scrolls
Planet Call of Duty
All Planet Sites

○ Download Games
○ Compare Prices

○ XBOX TODAY!
○ Disable Ads
○ Log In
○ Founders' Club

## ∫ INTERVIEWS              *Interesting people talk...*

### Keiji Inafune Interview (X360)

Keiji Inafune, creator of *Mega Man*, spoke to the press about his upcoming Xbox 360 projects, *Dead Rising* and *Lost Planet.*
By Gerald Villoria | Feb. 21, 2006

Keiji Inafune, creator of *Mega Man*, spoke to the press at a roundtable interview about his upcoming Xbox 360 projects, *Dead Rising* and *Lost Planet.* Inafune answered questions regarding the inspirations behind these atmosphere-laden next-generation titles, and described some of the mechanics behind *Lost Planet's* gameplay.



START PLAYING NOW!

DOWNLOAD NOW
Direct2Drive!

VANGUARD
SAGA OF HEROES

DOWNLOAD NOW! Direct2Drive



GAME MEDIA

View All 173 Screens

age restricted

View All 43 Movies

Sponsored Links

All The Cheats, All The Xbox Games Download The Xbox Cheat Code Guide

Send this ringtone to your phone right now!

Get a Free Xbox & $500 for Games Guaranteed Free Limited Time Offer!

We give you the coolest games screenshots ever captured.

**GameSpy:** What sort of influences inspired *Dead Rising*?

**Keiji Inafune:** I've always liked zombie movies, so I really wanted to make a game based on what zombie movies from the 60s and 70s really represented. Up until now, you've seen zombies in games, and even *Resident Evil* is one of those games, but they've never really realized how those older zombie movies were, with a sort of comical element to them. So I wanted to create a different type of zombie game, one that sort of paid homage to the zombie movies of yesteryear, like in the George Romero movies.

**Press:** So if you're talking old zombie movies, how did you settle on your lead? The main character should have been a blonde woman running in fear?

**Keiji Inafune:** Actually, if you're going to look at the type of main characters that Romero uses a lot, usually it would be an African-American. You see a lot of them in his movies, and even in *Land of the Dead*, that was the head of the zombie patrol. So if we were going to put in anybody, that's probably who we should have put in. But what we wanted to go after with *Dead Rising* was an everyman, your average sort of person. Not anybody that looked super cool, not anybody that looked super ugly.


- Editorial Feedback
- Product Support



FilePlanet
Daily Download

Battlestations
Midway Demo
Premiere!

Special Features



X06 Coverage
News, previews,
videos and screens
from the big gig in
Barcelona.

- TGS 2006
- GCC 2006
- E3 2006



Co-op
Add our expertise to
your Google web
searches.

Add GameSpy to Google

If you look at Japanese games, they almost always have these beautiful, shiny, young people as the main character. And so we kind of wanted to avoid that. What's good about Western games is that you're able to have a wider variety. You're not just necessarily stuck using the exact same type of character over and over again. So we wanted to, with this game at least, try and take your average every day type of person and make them your main character.

For *Lost Planet* though, we have put in the beautiful, shiny characters. Don't worry, we have some Asian sensibility in that.



**GameSpy:** Playing *Dead Rising*, I felt a definite comedic influence and a reinventing of the zombie genre, like what was done recently in *28 Days Later* and *Shaun of the Dead*. Did those films also influence the game?

**Keiji Inafune:** Those movies that you mentioned, what those symbolize are a recreation of what the old zombie movies used to be. Those original zombie movies had a comical aspect to them; they weren't just scary movies. They were humorous to a certain degree. And so what you're probably seeing is the directors of those two movies taking it to the next level.

For us, with this game, we wanted to add in the homage, the parody, the comedy aspect that we felt was in the old zombie movies of yesteryear. But also, we wanted to add in what zombies are, and what zombies are to us is a symbol: of mankind's greed, of their desire to eat, of their hunger. And that's what they're supposed to be in this game: a symbol.

Next: Page 2 »
Page: 1 2 3

Dead Rising (X360)

| Shop at | Price | Seller Rating |
|---|---|---|
| | $59.99 | 6574 Reviews |
| | $59.99 | 93 Reviews |



| | | |
|---|---|---|
| Buy.com | $58.99 | 15227 Reviews |
| | $58.99 | 367 Reviews |

Compare Prices for All 18 Sellers ($35.03 - $73.47)

### Latest Interviews

- Yuke's Breaks Down *SmackDown Online* (11/21/06)
- The Breadth of Superman (11/21/06)
- Captain Kirk: The Next Generation (11/8/06)
- Sonic the Horndog (10/6/06)
- *Phantasy Star Universe* (9/27/06)

### Around the Network

Dead Rising at IGN
Dead Rising Cheats at IGN
Dead Rising Guide at IGN
Dead Rising at GameSpy
Dead Rising at TeamXbox
Dead Rising at GameStats
Dead Rising Cheats at CCG
Dead Rising at AskMen

By continuing past this page, and by your continued use of this site, you agree to be bound by and abide by the ...

Copyright 1996-2006, IGN Entertainment, Inc. ...

IGN's enterprise databases running Oracle, SQL and MySQL are professionally monitored and managed by ...



Home | Xbox 360 | TXSeps | Forums | Games | Previews | Reviews | News | Cheats | Guides | RSS | Contact Us

INSIDER'S CHOICE FOR XBOX INFORMATION

XBOX 360

○ The Web  ⊙ TeamXbox.com

## NAVIGATION       PREVIEW

### Content Sections

TeamXbox Home
Xbox News
Features
Editorials
Interviews
Xbox Events
Search TeamXbox
RSS Feeds

Xbox Games
Xbox Games
New Releases
Xbox Previews
Xbox Reviews
Editor's Choice
Reader Reviews
Xbox Cheats
Xbox Guides
Screenshots
Movies
Xbox Developers
Xbox Publishers

Xbox Hardware
Xbox Hardware
Xbox 360 FAQ
Xbox FAQ
Hardware Reviews
Hardware Articles
Screenshots
Manufacturers

Xbox Community
TXSeps
Xbox Forums
Xbox Chatroom
Reader Articles
Reader Mail Sack
TeamXbox Staff
Contact Us

Extras
Downloads

# Dead Rising Hands-On (Xbox 360)
By: Andy Eddy - "TXgames" (position)
February 18th, 2006

Dead Rising (Xbox 360)

REVIEWS       DETAILS       MOVIES       SCREENSHOTS       **INTERVIEWS**       CHEATS
INFO



...with the entire the time, Keiji Inafune, Director of Capcom's forthcoming Xbox 360 title Dead Rising, is sitting at the conference table wearing a Dawn of the Dead t-shirt. And after giving an early version a workout and posing some questions about the game to Inafune, it's clear that this was a conscious wardrobe choice.

HDTV 720p Support
Widescreen 16:9

**Though Dead Rising** may or may not be a direct tribute to George Romero's Night of the Living Dead series, there's no question that Inafune was inspired by it. In fact, as a result of his love for zombie movies, he notes that his goal is to make a zombie game like no other before it.

"Even though there are other zombie games out there," Inafune says through a translator, "Dead Rising more accurately depicts what zombie movies were supposed to be like, and what a zombie game should be. Zombies in general aren't these evil monsters. They should be more considered like props or at least something that just gets in the way."

Through that, Inafune has envisioned the game as being more than just fighting against the walking corpses—though there seems to be an endless flow of them at every corner of the mall you're working to move trapped journalist Frank through. The shadow of the game's biggest boss battle hangs over you throughout. It's a foe that is always nerve wracking to face, and there's no weapon provided or discovered that can adequately combat it.

The clock.







Sweepstakes
Scrapbook

Lost Odyssey Trailer
An epic, grand-scale battle
you'll definitely want to watch.

myspace.com
TX6 MySpace Themes
Let all the honeys know
how cool you are.

View Screenshots (209

[2] 2 3  ∞



Frank prepares for a blue-light special on exploding zombies.

"With this game, you are fighting against time and it's an enemy of sorts, and the second you take a stance of, 'Okay, time is going to become an enemy in the game and is going to be something you're racing against,' that instantly sets you up in the framework that the more time you give the player, the less of a challenge it is," Inafune explains. "The less time you have to complete a challenge, the more you feel the pressure, the stress of having to complete that task, so you have to make a game that's shorter. The second you say [it's a] shorter game, people are like, 'Oh, I'm not going to get my money's worth. I'm going to finish it and it's going to be done with or it's going to be boring.'

"So, what you have to do is make sure there are enough different things to do in this world—enough different options, different paths to take, but that person is going to invariably make a lot of mistakes along the way and may not complete the game until the seventh or eighth time they're playing through. You will maybe not rescue a character. You may say they're not important or too important that you'll get to this other location first, only then later to realize that, 'Wait a second...had I'd rescued that character, they would give me this other weapon or taught me a skill I'd need in order to complete that area.'

"By that rationale, we're kind of changing what games used to be," Inafune continues, "which was one way to beat the game and it used to be 15 hours of standard action. Now you'll play for less time in one playthrough, but there are so many different things to do that it's not just a thin, long-playing experience."

Sponsored Links

Xbox Game Cheat Codes
All The Cheats, All The Xbox Games
Download The Xbox Cheat Code Guide

Xbox 360 Skins- Next Gen
Huge Selection of Hot Designs
Our Skins Will Blow You Away!

Halo 3 Releasing 3/31/07
Pre-Order the X-Box 360 game
Free Shipping. $59.99 game

XBOX 360 cases
Change the Color of your 360: Black
Red, Blue, Green, Clear, or Chrome

CONNECTIONS

Dead Rising (Xbox 360)

Upcoming Action games:

Available Action games:

☐ Platinum Series Guide ☐ Boss Fight Guide: Dolphin Hunter (Xbox)

☐ Versus Sub-boss (Xbox 360) ☐ Superman Returns: The Videogame (Xbox 360)

☐ Ammo at Time Trial (360) ☐ Shadowrun (Xbox Live)

### Other Action Previews:

01/24/2007 - Bullet Witch Hands-on Preview (Xbox 360)

01/23/2007 - Lockdown Demo Impressions (Xbox 360)

01/05/2007 - Lockdown Hands-on Preview (Xbox 360)

12/21/2006 - Lockdown Updated Impressions (Xbox 360)

12/12/2006 - Lockdown Preview (Xbox 360)

### Around the Network:

Dead Rising at IGN                    Dead Rising at TeamXbox
Dead Rising Cheats at IGN             Dead Rising at GameStats
Dead Rising Guide at IGN              Dead Rising Theatre at CCG
Dead Rising at GameSpy                Dead Rising at AskMen

View Comments (7) | Submit Comment



IGN.com | GameSpy | Arcade | Arena | TeamXbox | GameStats | Planets | Vaults | VE3D | As CheatsCodesGuides | FilePlanet | 3D Gamers | Direct2Drive | Rotten Tomatoes | GamerMetric

About Us | Support | Advertise | Privacy Policy | User Agreement |
IGN's enterprise databases running Oracle, SQL and MySQL are professionally monitored and managed by Pythian Rem

EXHIBIT H

**SFGate.com**

## Annihilate the zombie mob with any nearby object

Peter Hartlaub
Tuesday, August 15, 2006





Dead Rising:

Horror-Action Game. (Capcom For Xbox 360.

$59.99. ESRB Rating: Mature.)

---

The premise of Dead Rising -- you're stuck in a shopping mall surrounded by zombies, and must band together with a group of survivors to ward off the flesh-eating horde -- will be familiar to anyone with an inkling of taste when it comes to horror cinema.

The video game's setup is a complete theft of the 1978 George A. Romero classic "Dawn of the Dead," right down to the Muzak being piped through the mall speakers.

But the action quickly heads in a unique direction, with less of the satirical elements of "Dawn" and more strategy. Dead Rising has a thicker plot than the film and is sometimes flawed, but Capcom's ultraviolent title for the Xbox 360 gets the basics right: It offers an incredible variety of ways to slaughter lumbering zombies.

While Romero may be the biggest name in zombies, Capcom isn't too far behind, distributing the Resident Evil zombie games, which have defied video game-franchise logic by continuing to improve with each sequel. While Resident Evil features a slow-building terror, Dead Rising is a comic riot of action from the first few moments -- somewhere between a Jackie Chan movie and your most violent Grand Theft Auto shootout. (In case you haven't figured it out, this isn't a good game for your nightmare-prone 8-year-old -- no matter how much he wants you to buy it.)

You play Frank, a freelance photographer who finds out something is amiss in the town of Willamette. He flies in to the mall by helicopter and has 72 hours to get some good photos, save a few dozen civilians and unravel a mystery that is easy to forget between the kill-or-be-killed battles with a pack of vicious zombies that seem to get more powerful as the game continues.

Dead Rising's selling point is the detailed environments, where anything and everything can be





Xbox Stranglehold screens video | Unreal Tournament 3: New movie | Unreal Tournament 3 confirmed

**Guitar Hero** (?)
Preview: We let on hands on the X-Plorer axe

**Feature: The worst box art ever**
Proof that you shouldn't judge a game by its cover

**VF5 Developer Diary #1**
Preview: VF5 lead designer's notebook

**Fatal Inertia**
Preview: Fires a rocket up the arse of PS3

All | PC | PlayStation | | | Nintendo | Mobile | DOWN YOUR PIPE    Search CVG...

All Xbox | Xbox | ...

BROWSE CVG

- Homepage
- Hardware
- Forums
- Competitions
- Golden Joysticks

**XBOX 360**

- Home
- News
- ...
- Reviews
- Features
- Interviews
- Cheats

- Contact us
- Feeds

Login

Not a member yet?
Click here to register!

Username:

Password:

Video

**Lost Planet: Extreme Condition** ...

Preview

Format Xbox 360
Developer Capcom
Publisher Capcom
Genre Action, Survival Horror

 **Zombies, outrageous gore, sick humour and insane action? We like the sound of that!**

3 Comments    Rise and shine. It seems like any other morning. The bedroom curtains yawn with a deep exhale of daylight as you rise among the long shadows. It's so peaceful - more than you can ever remember. No trilling of motors on the road outside. No neighbours' footsteps from the room upstairs. No birdsong.

You peer through the window, unfurling pavement after pavement of shambling, burbling figures. ZOMBIES! Panicked thoughts rush through your head, effortlessly keeping pace with the adrenaline. Will you stay put and try to hold out? Are your friends and family in danger? Is this your chance to kill without guilt? It's a fathomless dilemma... The REALLY scary thing about zombies isn't that they'll eat your flesh, it's what kind of person they'll turn you into.

Advertisement:

**LMA Manager 2006** ...
Screenshots



Related

... **BUY NOW**

**Dead Rising**

**Dead Rising**
**Dead Rising**

**Dead Rising**
**Dead Rising**

Dead Rising Producer Keiji Inafune has had big success in the past with Megaman and Onimusha, and Dead Rising is another title that hits all



Launch Player



SUBSCRIBE
TO ANY OF
THESE
MAGAZINES

More Magazines

PC Zone      OXM
Total Film   PSW
Next-Gen.biz  T3



FIVE GENERATIONS AT YOUR CONTROL

UBISOFT    *Bethesda*    OUT NOW

the right notes. It's a game where you make all the choices – where to go, who to save, how to survive. You have almost free reign to explore the zombie infested Willamette Mall and 72 hours to do it. It's a gorgeous and fully interactive game world ripped straight out of George A. Romero's Dawn of the Dead. Just like that movie, the characters in Dead Rising choose to take refuge in the best place to find food and weapons.

There are over 120 stores in the Willamette Parkview Mall, each one selling unique household items that are surprisingly effective at eradicating zombies. Every piece of hardware has a different strength and weakness, and some can even be used in a variety of ways - a bowling ball makes a great bludgeoning device, but it can also be bowled to strike down entire rows of zombies. A stack of kitchen plates might not look that powerful, but an experienced hurler will be able to fling them like a discus, taking zombies' heads clean off.

Weapons range from the conventional, such as shotguns, machineguns and antique swords to the downright comical, including custard pies, cuddly toys, handbags and lawnmowers. Impressively, there are over 260 items to pick up and use as weapons. That's more than you'll ever find in just one play through. But the most important thing is that most of them are really funny to use, especially if you have a taste for outrageous gore. You'll almost feel sorry for the zombies as you blow their brains out, slice them horizontally or vertically, chop their heads off, impale them on spikes or rip their guts out. And that's just the humanitarian stuff!



You can kill as many as you want because there's literally no end to the supply of zombies. One of Inafune-san's reasons for making Dead Rising is to test the Xbox 360 hardware, putting it under pressure to display over 100 flesh eaters at once. It's extremely impressive from a technical standpoint.

But if you can't eradicate all the zombies, what are the alternatives? The choices available to you are what lift Dead Rising well beyond a repetitive bloodsoaked beat 'em up. At the start of the game, you're informed that a helicopter will arrive at the mall in 72 hours (about 15 hours in real time). How to spend that duration is entirely up to you. Now you could just find a safe place to hide

Dead Rising text to remain illegible [2]
Dead Rising downloads shuffle onto Live [1]
Dead Rising exorcising its demos [1]
Dead Rising in Xbox Live demo [5]
New trailer: Dead Rising [2]

More Relat

Popular Now

Nintendo to offer original game downloads for Wii [10]
Mario Kart 64 - The verdict
Sony wishes GTHD was PGR 3 [59]
Mario Kart 64 hits VC [29]
What? In-game Duke Nukem Forever screenshot? [1]
Wii flight sim confirmed for landing [8]
Unreal Tournament 3 confirmed for Xbox 360 [13]
Tesco hacks 360 game prices apart [1]
ZootFly backs off from Ghostbusters game [1]
Bethesda already "several years" into Fallout 3 [10]
BioWare tight-lipped on PS3 development [5]
Rainbow Six: Vegas [1]
Wii News Channel launched
Unreal Tournament 2007 renamed... [15]
I Love Bees is back [5]
Silicon Knights "glad" E3 is dead [5]
Crysis [PC]

and wait there until the chopper arrives. Or you can get out there and try to rescue some of the mall's 100 other human residents. Your reason for doing this isn't just out of charity. Playing as photojournalist Frank, you're also looking for the big scoop and only the other survivors hold the key to why zombies walk the earth.

Like every good human drama, not every survivor actually wants your help. Some are terrified that you might be infected, some have been driven mad with fear and others want to kill you for your weapons and supplies. While the zombies are obstacles to overcome, it's the human opponents that really need to be feared.

Saving the right people does yield rewards though, especially when it comes to different ending sequences. However, you'll find it nearly impossible to save them all in one attempt. Because the survivors move around the mall independently during the 72 hours, you'll come across them at different times and in different places on each play through.

The constant passage of time also has other attention-grabbing effects on gameplay. As day becomes night, the mall takes on a much more threatening appearance. It's harder to spot the zombies, especially if you go outdoors where there isn't much light. To make matters worse, because zombies are creatures of darkness, they find a new sense of flesh-munching motivation. If you thought they were bad in the day, they're twice as fast and ferocious during the twilight hours.



Time also has an effect on some of the game items, particularly food. Naturally, it starts to spoil the longer it's left out on display. Some has a longer shelf life, but very little will be left once the 72 hours draws to a close. The longer you survive, the tougher it's going to get.

Don't be deceived though, you won't find any life-giving green herbs - this is a long way away from Resident Evil. Dead Rising is not a survival horror game in the traditional sense. There are no mutants or supernatural creatures. Neither are there any puzzles or jump-out-of-your-seat scary moments. In truth, the outrageous gore and hilarious weapons make this more of a 'survival comedy' than 'survival horror'.

Throughout our hands-on time, we couldn't stop giggling like a mischievous ten-year-old. It's our guarantee that there's nothing funnier on Xbox 360 than snipping off a zombie's legs using a giant pair of garden shears.

Inafune-San obviously shares our sick sense of humour, but he also has another reason for making Dead Rising a comical game. "Already, Capcom is making Resident Evil 5, so there is going to be a serious zombie game as well," he explains. "We've already covered so many genres in videogames up to now, but comedy is one of the few left to be established.

"It's a really hard sell to make a game funny. But now we're moving over to new hardware, it's just as important to create a different kind of gameplay and be original.

Age of Conan slips to October

Hellgate: London PC

Unreal Tournament 3: New movie

Looking Back... X3: Reunion

Feature: The worst box art ever

Bioshock PC

The new Ninja Gaiden 2?

UK PS3 launch confirmed - March 23, £425

I'm really happy if you can see that it's something funny and enjoyable as well."

The exciting combination of comedy, gore, extreme violence, zombies, wrestling and Capcom is a dream come true for us. It's almost EXACTLY what we would have scribbled crayon pictures of and sent off to Capcom if it had ever done a 'design a game' competition.



Dead Rising really shows how in touch the developer is with Xbox 360 gamers. Even at this stage, we can guarantee that this gorily satisfying meat grinder of a game is going to blow your expectations away.

So what exactly would Inafune-san do if a horde of moaning blood-thirsty zombies actually turned up at his office one morning? "I'd run my ass off... I'd run my ass off and not try to save anyone!", he laughs, "especially not my translator!"

Interactive

**Share this article:**


© Future Publishing all rights reserved

Read our Terms and Conditions | Read our Privacy Poi

GameSpy.com | News | Cheats | Forums | Planet Sites | Action | RPG | Sports | Strategy | FilePlanet | Arena | Direct2Drive | Compare Prices

SEARCH: ○ The Web ● GameSpy [_____] [SEARCH]

**Platforms**
Home
PC

Xbox 360
Xbox
PlayStation 3
PlayStation 2
Wii
GameCube

Sony PSP
Nintendo DS
Game Boy Advance
Wireless

**Editorial**
○ Game Bios
○ News
○ Reviews
○ Previews
○ Screenshots
○ Movies
○ Columns
○ Features
○ Cheats
○ Release Dates
○ Forums

**Resources**
○ Downloads
○ Arena Ladders
○ Play Games
○ Newsletter

**Planet Sites**
Halo Planet
Planet Far Cry
Planet Gears of War
Planet Elder Scrolls
Planet Call of Duty
All Planet Sites

**Our Games**
○ Download Games
○ Compare Prices

**Our Network**
○ JOIN TODAY!
○ Disable Ads
○ Log In
○ Founders' Club





International

2006

E3 2006 / Previews

**GAME MEDIA**



View All 173 Screens

View All 43 Movies

Sponsored Links
A gamer's best friend!
Helping you get to the last
level!

### Dead Rising (X360)

Publisher: **Capcom**
Genre: **Third-Person Action**
ESRB: **Mature**

Developer: **Capcom**
Release Date: **08/08/2006**
○ More Info on this Game

By Will Tuttle | Jan. 6, 2006
We take Capcom's gory zombie-killing game for a spin at
CES, spilling gallons of blood in the process.

**Spiffy**
Fairly varied types of combat; lots of
weapons; tons of enemies on-screen
at once.

**Iffy**
Action could get repetitive; outdoor
environments would be cool.

Is there anything better
than killing zombies? OK,
maybe it wouldn't be
that much fun in the real
world, what with their
constant attempts at
brain-eating and neck-
chomping, but a number
of video games have
successfully used the
undead as antagonists.
From *Resident Evil* to
*House of the Dead*,
plenty of games have
given us the ability to
shoot, stab, slice, and
explode zombies. The
titles are made more
entertaining by the fact that the bad guys aren't "real" people. You might
usually feel bad shooting a young woman in the face, but not if she's about
to try to feast on your cerebellum. Now, Capcom is about to push the
zombie-killing genre in an even more extreme direction with *Dead Rising*,
which we were able to check out yesterday at CES.

Taking a page directly from George Romero's classic gorefest *Dawn of the
Dead*, the majority of *Dead Rising*'s action takes place inside a large mall

PREMIERE

ON OVER 125
TOP TEN LISTS

VILLAGE VOICE          CHICAGO TRIBUNE

NEW YORK POST

PAN'S
LABYRINTH

○ Editorial Feedback
○ Product Support

FilePlanet
Daily Download



Battlestations
Midway Demo
Premiere!

Special Features



XO6 Coverage
News, previews,
videos and screens
from the big gig in
Barcelona.

○ TGS 2006
○ GCC 2006
○ E3 2006



Co-op
Add our expertise to
your Google web
searches.

Add GameSpy to Google

that's been overrun by the undead. The only thing we really know about the story is the fact that you play as Frank West, a war photojournalist who's trying to get the shot of a lifetime. What better way to do that than to take the zombies on by himself? After all, he's made it through war zones alive, how tough can it be?

As it turns out, the going gets pretty tough as soon as you step foot in the mall, and you'll need to use whatever's handy to beat back the hordes of zombies. Thanks to the power of the Xbox 360, the developers were able to fill the screen with dozens (if not hundreds) of undead enemies. Thankfully, there are plenty of ways to cut them down in their tracks, from 2x4s and lead pipes to shotguns and chainsaws. Since they're scattered about the levels, you find yourself switching back and forth frequently, depending on the situation. We're not sure exactly how the weapon inventory works, but it seems that you can hold onto smaller weapons, pulling them out when you need them, while a large weapon (like the chainsaw) must be exchanged for another.



The combat seems different for each one, too. You can swing the melee weapons using the X button, hack at enemies with the chainsaw with the left analog stick, and hold down the right trigger to aim the handgun. With all of these implements of destruction at hand, it's no surprise that this game isn't for the squeamish. The blood and gore flow freely in *Dead Rising*, spraying from the heads of your foes, as well as from your neck when you're getting chomped on.

Still, no matter how good you are with the weapons, you're going to get hurt a lot as you make your way through the levels. The zombies move quickly when you're nearby, taking off energy as they bite down on your neck. Thankfully, you'll be able to keep your health up by eating or drinking the food around the mall. There are a lot of different types of stores in the shopping center, each one offering different goods. So, you'll be much more likely to find food in a grocery store than you would in a sporting goods store, but the latter will offer more in the way of weapons. We can't wait to see what you can find in Victoria's Secret!

Although it was only one level (and a short one at that), *Dead Rising* looks like it will offer hours of gory entertainment. You'll be able to take on missions, as well, if you can find the survivors scattered about the levels. For instance, one man asked us to help find his wife, who had been abducted and taken into a butcher shop. All of the missions have a time limit, but there's no word on whether you can go back and try again if you fail the first time. Hopefully, this will keep the action from getting repetitive, since you can only kill so many zombies before you begin to get bored. Wait a minute, what am I saying? How could we ever get sick of

slaying the undead?

**Essential Links**
- o Preview: *Dead Rising* (02/17/06)

○ **Game Information**
- o *Dead Rising* (X360)

**Dead Rising (XB360)**

| Shop at | Price | Seller Rating |
|---|---|---|
| | $59.99 | 93 Reviews |
| | $59.99 | 6446 Reviews |
| Buy.com | $58.99 | 10225 Reviews |
| | $58.99 | 367 Reviews |

Compare Prices for All 20 Sellers ($35.47 - $73.47)

**Latest Previews**
- o *Two Worlds* (1/25/07)
- o *Bullet Witch* (1/25/07)
- o *Def Jam: Icon* (1/19/07)
- o *UEFA Champions League 2006-2007* (1/19/07)
- o *Command & Conquer 3 Tiberium Wars* (1/19/07)

**Around the Network**

Dead Rising at IGN
Dead Rising Cheats at IGN
Dead Rising Guide at IGN
Dead Rising at GameSpy
Dead Rising Trailer [I... at FilePlanet
Dead Rising at TeamXbox
Dead Rising at GameStats
Dead Rising Cheats at CCG
Dead Rising at AskMen

By continuing past this page, and by your continued use of this site, you agree to be bound by and abide by the use agreement.
Copyright 1996-2006, IGN Entertainment, Inc.

IGN's enterprise databases running Oracle, SQL and MySQL are professionally monitored and managed by



E3 2006: Dead Rising Updated Impressions (Xbox 360)                    Page 2 of 2



[1]

Sponsored Links

Join ElectronicTestPanel
Get a Free PS3 and Wii
with participation. Join Today.

Xbox 360 Video Games
Save On Video Games at MSN Shopping
Compare Products & Prices Online!

PlayStation 3 & PS4 News
Read all Next-Gen game news at N4G
- The social game news site.

Xbox 360 Skins - Next Gen
Huge Selection of Hot Designs.
Buy Now To Customize Your XBox!

Upcoming Action games:                    Available Action games:

Other Action Previews:

02/15/2008 -
02/01/2008 -
01/24/2008 -
01/22/2008 -
01/16/2008 -

Around The Network:

at IGN                    at TeamXbox
at IGN                    at GameStats
at IGN                    at CCG
at GameSpy                at AskMen

FilePlanet

View Comments (..) | Submit Comment

IGN.com | Gamespy | Comrade | Arena | FilePlanet | ModCenter | GameSpy Technology
TeamXbox | Planets | Vaults | VE3D | CheatCodesGuides | GameStats | 3D Gamers
AskMen.com | Rotten Tomatoes | GamerMetrics | Direct2Drive

By continuing past this page, and by your continued use of this site, you agree to be bound by and abide by the
About Us | Support | Advertise | Privacy Policy | User Agreement |
IGN's enterprise databases running Oracle, SQL and MySQL are professionally monitored and managed by Pythian Remote DBA.

Toe Human (Xbox 350)
Army of Two (Xbox 360)
Tom Clancy's Rainbow
Six Vegas 2 (Xbox 360)
Overlord (Xbox 360)
Race Driver: GRID (Xbox
360)



Home Xbox FAQ YTBoss Forums Gamer Previews Reviews Hour Cheats Games RSS ContactUs

INSIDER'S CHOICE FOR XBOX INFORMATION                              XBOX 360

○ The Web  ⦿ TeamXbox.com

NAVIGATION        PREVIEW

Content Sections

TeamXbox Home
Xbox News
Features
Editorials
Interviews
Xbox Events
Search TeamXbox
RSS Feeds

Xbox Games

Xbox Games
New Releases
Xbox Previews
Xbox Reviews
Editor's Choice
Reader Reviews
Xbox Cheats
Xbox Guides
Screenshots
Movies
Xbox Developers
Xbox Publishers

Xbox Hardware

Xbox Hardware
Xbox 360 FAQ
Xbox FAQ
Hardware Reviews
Hardware Articles
Screenshots
Manufacturers

Xbox Community

YTBoss
Xbox Forums
Xbox Chatroom
Reader Articles
TeamXbox Staff
Contact Us

Extras

Downloads

## Dead Rising Hands-On Impressions (Xbox 360)
By: Nate Ahearn - "RateDog"
July 12th, 2006

Dead Rising (Xbox 360)

ARTICLE    FEATURES    MOVIES    SCREENSHOTS    INTERVIEWS    CHEATS
GUIDE

Zombies: the quintessential Hollywood horror trademark that has been a part of our scary cinema for as long as silver nitrate has been a part of film. The thought of a brain dead human slowly prodding his way towards his prey, not stopping until either getting a heaping helping of brain or being popped in the head, was originally a seriously terrifying sight. Lately however, zombie movies have gone from cheesy to cheesier, taking a back seat to other horrifying tales until a few years ago when George A. Romero's original Dawn of the Dead was remade for present times. It was both satirical and horrifying, taking place in a world where zombies had overrun the rest of civilization, less a few survivors who took to the once safe haven of a shopping mall.

Replace the title of Dawn of the Dead with Dead Rising and you've basically got the premise for Capcom's first voyage onto the Xbox 360. As Frank West, an aspiring photojournalist looking for the scoop of a lifetime, you'll be choppered into the fictional city of Willamette, Colorado which has been entirely overrun by the aforementioned brainless wonders. How the zombies came to be, and why the government is doing nothing more than quarantining the city to tear itself apart is still a mystery to us at this point; hopefully that will change once we get our hands on a final build. What we were able to take away from our time with an extended version of the E3 demo that we saw a few months ago was that Dead Rising is going to be much more than you'd think at first glance.

GAME FACTS

Platform:
Xbox 360

Publisher:
Capcom

Developer:
Capcom

Genre:
Action

Release Date:
8/8/2006

Game Features:
Offline Players: 1
HDTV 720p Support
Widescreen 16:9







Sweepstakes
Scrapbook



Halo 3 720p HD Trailer
Watch the latest trailer for
Halo 3 in high-resolution.

COMMUNITY



Sound Off in the Forums
Share your thoughts and
ideas with everyone!

View Screenshots (20)



[1] 2    »

**Everything's on sale!**

It's made abundantly clear on your helicopter ride into town that things aren't quite as they should be in Williamette. In the streets, you'll be able to see hundreds of zombies tearing apart people's cars, gnawing on people's throats, and basically just causing overall pandemonium. Of course being a photojournalist, you'll have the option of taking snapshots of the beasts at anytime throughout the game. You're then given something called "PP" points, which can then be used to level up your character, though we weren't able to do so in our demo, it was clear that the framework had been laid to do so. From what we could tell Frank is able to upgrade everything from Frank's attack, speed, life, and number of items that he can hold at one time. The more total "PP" you get the closer you'll get to leveling up and thus improving on any of the aforementioned skills. You'll also get "PP" points for killing a certain number of zombies, for example we were slapped with one thousand big ones for taking out 50 zombies. It's nice to see that Capcom is allowing for more depth in the game than simply running around and stomping zombie heads, but that's still where *Dead Rising* shines the brightest.

The aspect of the game that will make it so appealing when it releases later this summer is that the number of weapons and attacks are apparently limitless. In our brief time with the game we were able to use everything from zombie appendages, to propane tanks mixed with handgun fire for the anticipated incendiary response and everything in between. By everything in between, we literally do mean EVERYTHING. Mannequins, park benches, baseball bats, cash registers, potted plants, if you see it sitting in the mall and there's a little 'B' button icon on top of it, chances are you've found yourself a new toy to bust some heads with.

Sponsored Links

XBOX 360 Game Rentals
Rent Xbox 360 Video Games.
Start Your Free Trial Today!

Free Xbox 360
Brand New Xbox 360 Console Free
Free Shipping Offer Expires Today!

Xbox Cheats
Great deals on Xbox Cheats
Shop on eBay and Save!

XFPS 360
use a keyboard & mouse on xbox 360
improve your aiming on any FPS

CONNECTIONS

Dead Rising (Xbox 360)

**Upcoming Action games:**

- ☐ Crackdown (Xbox 360)
- ☐ Saints Row (Xbox 360)
- ☐ 2 Days to Vegas (Xbox)
- ☐ Need For Speed Carbon (Xbox 360)
- ☐ Army of Two (Xbox 360)

**Available Action games:**

- ☐ Rogue Trooper (Xbox)
- ☐ Prey (Xbox 360)
- ☐ Boss Fit Ships Legacy Warfare (Xbox)
- ☐ Superman Returns: The Videogame (Xbox 360)
- ☐ Saints Org (Xbox 360)

### Other Action Previews:

- **01/24/2007** – Bullet Rich Hands-on Preview (Xbox 360)
- **01/23/2007** – Crackdown Demo Impressions (Xbox 360)
- **01/05/2007** – Lost Planet Hands-on Preview (Xbox 360)
- **12/21/2006** – Crackdown Updated Impressions (Xbox 360)
- **12/12/2006** – Theatre Wars Preview (Xbox 360)

### Around The Network:

- Dead Rising at IGN
- **Dead Rising Cheats at IGN**
- Dead Rising Guide at IGN
- Dead Rising at GameSpy
- Dead Rising Walkthrough Qirks at **FilePlanet**

- Dead Rising at TeamXbox
- Dead Rising at GameStats
- Dead Rising Cheats at CCG
- Dead Rising at AskMen

**View Comments (15) | Submit Comment**

☐ GamesSpy.com | News | Cheats | Forums • Planet Sites | Action | RPG | Sports | Strategy • FilePlanet | Arena • Direct2Drive | Compare Prices

SEARCH: ○ The Web  ◉ GameSpy [_____]  [SEARCH]

Home
PC
Xbox 360
Xbox
PlayStation 3
PlayStation 2
Wii
GameCube

Sony PSP
Nintendo DS
Game Boy Advance
Wireless

○ Game Bios
○ News
○ Reviews
○ Previews
○ Screenshots
○ Movies
○ Columns
○ Features
○ Cheats
○ Release Dates
○ Forums

○ Downloads
○ Arena Ladders
○ Play Games
○ Newsletter

Halo Planet
Planet Far Cry
Planet Gears of War
Planet Elder Scrolls
Planet Call of Duty
All Planet Sites

○ Download Games
○ Compare Prices

○ JOIN TODAY!
○ Disable Ads
○ Log In
○ Founders' Club

## / PREVIEWS          We've got a man on the inside.

### Dead Rising (X360)

Publisher: **Capcom**          Developer: **Capcom**
Genre: **Third-Person Action**    Release Date: **08/08/2006**
ESRB: **Mature**                  ○ **More Info on this Game**



By **Will Tuttle** | July 6, 2006
When there's no more room in hell, the dead will walk the earth. Their first stop? The mall, naturally.

**Spiffy**                        **Iffy**

Zombie-slaying has never been this fun; tons of weapons around the mall; gore, gore, and more gore.

Killing zombies might get repetitive; how will the storyline play out?

In 1978, a movie was released that changed my life forever. Granted, I didn't see it until I was old enough not to defecate in my trousers, but *Dawn of the Dead* was the first horror movie that actually made me think about something other than just the blood and guts splashing onto the screen. Sure, there was plenty of gore (Tom Savini's guts being eaten is my personal favorite scene), but the movie also took a satirical look at everything from the consumer culture permeating American society to racism to the skewed way the media covers disasters. The movie was unlike anything I had ever seen, and it still stands up as one of the (if not *the*) greatest zombie films ever made. Also, just for your information, *Day of the Dead* never happened. I will not argue this point.



I was a bit surprised, then, that Capcom would so obviously lift the setting for their latest zombiefest, called *Dead Rising*, from George Romero's masterpiece. Didn't they know that fans would cry foul? Apparently they didn't care, and gamers are better off for the decision. *Dead Rising* brings some much-needed levity to the zombie-slaying genre, eschewing the dark, dank mansions and abandoned industrial complexes of games like *Resident Evil* and *Alone in the Dark*. Instead, you'll spend your time exploring an expansive mall, using whatever you can get your hands on to kill as many of the undead as is humanly possible.

### GAME MEDIA



**View All 173 Screens**



**View All 43 Movies**

Sponsored Links

All The Cheats, All The Xbox Games Download The Xbox Cheat Code Guide

Find great deals and save! Compare products, prices & stores.

Send this ringtone to your phone right now!

Watch X-Play's New Video Review of Microsoft's Gears of War @ G4tv.com


START PLAYING NOW!
DOWNLOAD NOW
Direct2Drive!
VANGUARD
SAGA OF HEROES
DOWNLOAD NOW! Direct2Drive

o Editorial Feedback
o Product Support



FilePlanet
Daily Download



Battlestations
Midway Demo
Premiere!

Special Features



X06 Coverage
News, previews,
videos and screens
from the big gig in
Barcelona.

o TGS 2006
o GCC 2006
o E3 2006

Co-op
Add our expertise to
your Google web
searches.

Add GameSpy to Google

We had a chance to check out an extended version of the demo that was shown at E3, and the extra time really gave us a chance to delve deeper into what the game has to offer. The action kicks off in a helicopter that's flying over the fictional town of Willamette, Colorado, which has been blocked off from the rest of the world by what we can only assume is the government (aren't they always behind this stuff?). The chopper is bringing freelance photojournalist Frank West to get what he hopes will be "the scoop of a lifetime." After seeing some particularly nasty goings-on in the streets, Frank has the pilot take him to the local mall, which he believes will be a safe place to get settled.



Of course, we all know that this isn't the case, and it isn't long before the mall is being overrun by the undead horde. Once the game begins in earnest, you'll be given free reign to explore the mall at your leisure, especially if you consider smashing zombies' faces in with various implements of destruction to be a leisurely way to spend a day. While it's easy to just run around killing zombies until you're blue in the face, it's likely to get old fast. Instead, you're better off tracking down your fellow survivors scattered about the mall. They'll give you missions, many of which seem to fall into the "please help me find my wife/husband/baby/pet" category. There are also the Case Files, which will help Frank unravel the mystery behind the zombie epidemic, although it should be noted that we weren't able to dig up any real info.

While there are plenty of missions to keep you busy, this game is, at its heart, all about killing zombies in the goriest manner possible. To that end, you'll be able to pick up just about anything lying around the mall and wield it as a weapon. And when I say anything, I mean *anything*. Getting near an object will bring up a small icon (mapped to the B button) which indicates that it can be picked up by Frank. We killed zombies with everything from cash registers and sledge hammers to propane tanks and handguns. Oh, and coat hangers, mannequins, planters, boomerangs, and zombie limbs, too. There are a lot more deadly options lying around, but isn't it more fun to find out for yourself?

Even after playing through the 50-minute demo several times, it's still hard to get an idea of what to expect from *Dead Rising* when it releases next month. We had a blast just running around the mall and killing zombies, but will the story give us a good reason to make our way back to the chopper when it's time to leave? We certainly hope so, but we were also happy to hear that you can unlock an "unlimited time" mode that will allow you to wipe out the zombie horde at your leisure. Either way, it appears that *Dead Rising* is trying to bring something back to the survival-horror

genre that's been missing for far too long: pure, unadulterated fun.

Essential Links
  - Screenshots: *Dead Rising* (05/11/06)
  - Movie: *Dead Rising Videos* (05/10/06)
  - Preview: *Dead Rising* (04/14/06)

Game Information
  - *Dead Rising* (X360)

Dead Rising (XB360)

| Shop at | Price | Seller Rating |
|---|---|---|
| | $59.99 | 5574 Reviews |
| | $59.99 | 93 Reviews |
| Buy.com | $58.99 | 10227 Reviews |
| | $58.99 | 367 Reviews |

Compare Prices for All 18 Sellers ($35.03 - $73.47)

Latest Previews
  - *Unreal Tournament III* (1/27/07)
  - *Hour of Victory* (1/26/07)
  - *John Woo presents Stranglehold* (1/26/07)
  - *BlackSite: Area 51* (1/26/07)
  - *Two Worlds* (1/25/07)

Around the Network

Dead Rising at IGN
Dead Rising Cheats at IGN
Dead Rising Guide at IGN
Dead Rising at GameSpy
Dead Rising at TeamXbox
Dead Rising at GameStats
Dead Rising Cheats at CCG
Dead Rising at AskMen

By continuing past this page, and by your continued use of this site, you agree to be bound by and abide by the ___ ___ ___ .
Copyright 1996-2006, IGN Entertainment, Inc. ___ ___ ___ ___ ___ ___ ___

IGN's enterprise databases running Oracle, SQL and MySQL are professionally monitored and managed by ___ ___ ___ .

 GAMES

# Dead Rising

*Aug 10, 2006*

First, let us say: It's about time! With Dead Rising, Capcom has finally given zombies their due. If you're a fan of the genre George Romero formulated in Night of the Living Dead, this is the game for you. It's a gleeful gory free-form zombie killing romp and it's just what you've been waiting for.

Up to now, zombies in games have shuffled towards you singly, maybe in pairs or at best gaggles. They've tended to be filler between puzzles in Resident Evil games. For whatever reason -- most likely the limitations of the technology -- the point of zombies has been regularly missed: that they may be slow and stupid, but they are innumerable and relentless. Any zombie apocalypse worth its salt is all about the nearly unlimited quantity of the dead. They are an implacable force, like a wave, that will eventually wash over every place they reach. Kill a thousand of them if you want. It won't make any difference.

Dead Rising presents this better than any other game to date by cramming the screen with, quite literally at times, hundreds of zombies. The Xbox 360's hardware has never served it so well as it does here. A game like Ninety-Nine Nights might give you hundreds of identical stupid soldiers, but Dead Rising offers distinct creatures, all moving according to their own erratic mindless lurching. A zombie here isn't just an opponent. It's one bit of a writhing mass of undead and it's moving towards you.

You're a guy dropped into a small town's mall in search of a story. But never mind all that guff. The cutscenes and case files that gradually unfurl the half-baked B-movie plot are inconsequential. The important thing is that the storyline hits all the necessary beats. Beleaguered victims, mysterious origins, psychotic ne'er-do-wells, military complicity... you know the drill. So does Capcom.

As you play, there's a constant tension between free-form zombie killing and timed missions. You earn prestige points (the name "experience points" must have been taken) by rescuing survivors, lining up gory zombie slaughters, and taking pictures. Yes, taking pictures. You are, after all, a journalist in pursuit of a story. The photography is an amusing diversion that fits in nicely with the sometimes juvenile tone. Include some hot undead chick's cleavage in your photo and you get a bonus for erotic content.

When you earn enough prestige points, you'll level up. This improves your character with new stats and new combat moves, such as being able to walk over zombie crowds, flying jump kicks, and bare-handed disemboweling. Improved stats let you do things like carry more items, survive more damage, and run faster. This isn't an RPG, but it throws in just the right amount of character development to make you care enough to earn experience points. Err, prestige points.

Missions and side quests often involve escorting survivors to the rescue location. Sometimes you can get away with just running to your destination with an escort in tow, but you might have to finesse it. It helps to clear the way of zombies, but that's not always feasible. There's a simple system of escort commands, which include telling a survivor to follow you, sending him to a particular location, or giving him weapons to defend himself or food to heal himself. With the help of these simple tools, escort missions aren't nearly frustrating as, say, the boss fights. It's disappointing that Dead Rising shunts you through some scripted combat sequences with borderline puzzle solutions.

- o   Gadget
- o   Lifestyle
- o   Windows
- o   Microsoft Home
- o   Xbox Live

SEARCH »

About
SHINY MEDIA
**Shiny Media Sites**
Shiny Fashion
- o
- o
- o
- o
- o
- o
- o

Shiny Lifestyle
- o
- o
- o
- o
- o
- o
- o
- o
- o
- o
- o
- o
- o
- o

# EXHIBIT I

GameSpot | GameFAQs | MP3.com | TV.com | MovieTome

GAMESPOT news

E-mail:                Password:

Background:

home    pc    xbox 360    wii    ps3    ps2    psp    ds

forums   videos   cheat codes   features   downloads   news

Mario Kart Wii
Nintendo gives us a test
drive of its upcoming Wii
powered entry.

All News   PC News   Console News   Rumor Control   SIDEBAR

Print      E-mail      Comment      Tag      Facebook      Digg

**Featured Game**



Publisher:
Developer:
Genre:
Platform:
Release Date:

Add to My Games

At The GameSpot Country

# News Spots

# Capcom doubles Dead Rising TV ad push

**Publisher invests additional $3 million to get shambling undead more boob-tube screen time.**

By
Posted Sep 11, 2006 12:25 pm PT

Like an outbreak of unholy undead, Capcom's TV advertising push for the Xbox 360 action game Dead Rising is coming in waves and expanding quickly. The publisher today announced that it is doubling its efforts to get the vacant stares of the walking dead in front of the vacant stares of TV audiences nationwide, following up an initial $3 million worth of TV ads with $3 million more. The ads will air on cable networks like Comedy Central, Spike TV, MTV, and ESPN, as well as broadcast network Fox. Last month, Capcom announced that it had shipped                    of Dead Rising in the game's first two weeks of availability.



Print      E-mail      Comment      Tag      Facebook      Digg

**Latest News**

to post a comment on this story!

56 Comments                              Check comments

They have already announce they wont be fixing the text and if this game is called a survival/comedy whats so wrong with the save system? I rather have the one we have now (gta Style) then a halo style save system.

anyways good luck capcom.

Posted Sep 12, 2006 12:37 pm PT
to rate this comment
/       (+0)

**Latest Entertainment Headlines**

Music News

Latest music headlines from 

Marley doc, Gaye biopic on the way
Scorsese to direct documentary about the life of legendary reggae star; film starring Jesse L. Martin will begin shooting in April.

The Police to bring reunion back to US

# EXHIBIT J



January 10th, 2007

Press Release

3-1-3, Uchihiranomachi, Chuo-ku
Osaka, 540-0037, Japan
Capcom Co., Ltd.
Kenzo Tsujimoto, President and CEO
(Code No. 9697 Tokyo - Osaka Stock Exchange)

---

**Capcom¡Çs Dead Rising for the Xbox 360™
Rises its Way Past 1,000,000 Copies**

---

Capcom Co., Ltd. is pleased to announce that the Xbox 360™ title ¡ÈDead Rising,¡É released in August 2006, has shipped over 1 million copies worldwide (as of end of December, 2006).

"Dead Rising" stars a freelance journalist who must fend off hordes of zombies by any means necessary and uncover the truth behind the horrific incident that started the zombie outbreak. This action game was designed with the overseas market in mind and has been an overwhelming success since its release. The acclaim generated in North America and Europe has in turn helped to generate sales in Japan, leading this game to reach one million units in sales soon after release. This also makes Dead Rising Capcom's 41st game to reach the one million mark and proves once again that Capcom is a leading worldwide developer.

The success of Dead Rising and its million sales can be attributed in part to Capcom¡Çs early embracing of next-generation development with an emphasis on high quality that has become a Capcom trademark, along with internal reforms to facilitate Capcom¡Çs success in the global market. In addition, Capcom¡Çs use of an integrated development environment is one of the many methods being employed to improve efficiency and help take advantage of the cutting-edge functionality in next-generation systems.

As always, Capcom will continue to strive to produce exhilarating new gaming software in addition to the expansion of its many beloved franchises in order to widen its appeal to a broader audience across the globe.

[ Product Details ]

| 1. Title | DEAD RISING |
| --- | --- |
| 2. Genre | Zombie Action |
| 3. Platform | Xbox 360™ |
| 4. Scheduled Release Dates | North America: August 8, 2006<br>Europe: September 8, 2006<br>Japan: September 28, 2006 |
| 5. Award Winning | Spike TV Video Game Awards 2006: Best Action Game |

CAPCOM | Press Release 2006



* Xbox and Xbox 360™ are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. All rights reserved.

---

**Inquiries regarding the above information may be directed to:**

Capcom Co., Ltd.
Public Relations Office (Tamoto or Tamai)
(Email) ir@capcom.co.jp
(Address) 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan
(Tel)+81-6-6920-3623 (Fax) +81-6-6920-5108

---

Back to FY2006 Press Release Page

Close

# EXHIBIT K



The latest issue of EGM is imparting some          upon us. Perhaps most shocking is word that Capcom may be
, leaving the sequel in the hopefully-capable hands of a North American developer.

The rumor doesn't state which studio would be working on the followup, although it does suggest that the developer is based in Los Angeles -- ruling out our guess of Texas-based Gearbox Studios, who only          a "really big" project in pre-production.

Of course, they wouldn't call it a rumor if it were necessarily true. We'd like to see          remain involved with the *Dead Rising* franchise, but if it does in fact pass on to a western studio we can only hope it falls into the right hands.

Tags:          ,          ,          ,          ,

Related Stories

○          (15 days ago)
○          (5 days ago)
○          (7 days ago)

Reader Comments                    (Page 1)

### Sponsored Links

on this site.

### Twitter Updates

CG: Wow, Mirror's Edge ... I didn't expect that.

CG: Finally met THE Justin McElroy. He's better looking than I expected.

Ross and Chris have moved to the Electronic Arts DICE event.

Ross, Ludwig and Richard are liveblogging the Too Human event.

JRW: Grimm gallery fixed -- I swear! Next up: Emotiv's "Brain Control Interface" press conference...

### Joystiq Network Features

### Featured Galleries



University of Phoenix
Thinking ahead

- ONLINE PROGRAMS -

ASSOCIATE'S DEGREES
Associate of Arts in Accounting
Associate of Arts in Business
Associate of Arts in Health Care Administration
Associate of Arts in Information Technology

BACHELOR'S DEGREES
Bachelor of Science in Business/Management
Bachelor of Science in Criminal Justice Administration
Bachelor of Science in Information Technology
Bachelor of Science in Management

MASTER'S DEGREES
Master of Arts in Education
Master of Business Administration
Master of Arts in Education
Master of Information Systems

Atoms

Content Types

Shows and Events

If they make it like the original but fix the stupid save system then they have a +1 purchase from me.

That and I want ragdoll physics.

Feb 5th 2008

"If they make it like the original...then they have a +1 purchase from me."

It's thinking like that which threatens the existence of such gems like RE4. Sequels need to revolutionize the experience.

Feb 5th 2008

As long as they make it so the main character doesn't control like a rock. I thought I was playing the original Castlevania.

Feb 5th 2008

Isn't handing a sequel to a different development team almost always some kind of suicide... (Refer to COD3 as a point...)

Feb 5th 2008

Although COD3 wasn't any sort of evolutionary step forward for the franchise, I really don't get why the conventional wisdom is now that it was "bad". The game garnered generally good reviews, and sold well enough.

This isn't the first time I've heard people refer to COD3, as though it was a blight on the franchise. I just don't get it.

- Scott

Feb 5th 2008

Based on its own merit, CoD3 is a passable (if not derivative) FPS title. However, based in the context of the CoD franchise, 3 was a less-than-stellar outing.

See also: Ubi-Shanghai's 360 version of Splinter Cell: Double Agent.

Feb 5th 2008

Call of Duty 3 was terrible and glitchy, and I wasted a whole 5 quid renting it, only to put it back in its box a few levels in. (This was about a year ago, no influence of CoD4)

Feb 5th 2008

F

Joystiq Tags

Wiifanboy

More news from Wii Fanboy

Video Game Biz News from Game Daily

Most Commented On (7 days)

(2550)

(1002)

(233)

(172)

(157)

(156)

(154)



Also, just selling well and getting good reviews doesn't make a game good. Look at Halo 3, that was a rubbish game with crappy gameplay (but still better than CoD3), yet it still got rave reviews and sold way too much...

It is certainly a risky proposition at best. Heck, even all-star properties like Guitar Hero suffered a massive letdown when they switched dev shops.

Feb 5th 2008

Feb 5th 2008

Cal: The fact that Halo 3 is the most played game on XBOX Live tells me your opinion of both games is just that... an opinion.

I own both games, and found both to be enjoyable. I didn't think Halo 3 was the holy grail of gaming like most seemed to, but it was worth the money.

Likewise, COD3 didn't blow me away, but I enjoyed the SP campaign right to the end.

Out of curiosity though, what bugs and glitches did you encounter? I don't recall running into any in my experience.

· Scott

Eh, Metroid Prime, for example, got good reviews. Although I personally hated it.

Feb 5th 2008

And what are reviews? Glorified opinions which touch upon some more technical aspects too (and are often far too swayed by hype and first impressions).

Feb 5th 2008

As for the glitches (from what I can remember), visible enemy spawning, the house(s) of infinite spawning nazis, nazis having leaf penetrating bullets, while yours don't, invisible barriers stopping me shooting between certain types of cover and the enemy having the ability to make a (near?) impossible kill on you while you're well behind cover.

It's hard to ruin a franchise that is based around hitting something in the head with sharp objects. That's like, what, two check marks?

Feb 6th 2008

Good. Maybe the shooting controls won't fucking suck this time around. I mean, Jesus, did'y you guys make RE:4? Why not just ape that aiming system?

Recent Comments

on

on

on

on

on

Autos

Technology

Lifestyle

Gaming

Entertainment

Finance

Also on AOL

University of Phoenix
Thinking ahead.

Earn your degree.

Pursue your dreams.

LEARN MORE

EXHIBIT L

Video Game News, Video Game Coverage, Video Game Updates, PC Game News, PC G...    Page 1 of 3



## NPD: U.S. Video Game Industry Totals $17.94 Billion, Halo 3 Tops All

GameDaily BIZ

**The Wii, the DS and Halo dominated in 2007 as total industry sales approached $18 billion. December alone raked in almost $5 billion. We chat with NPD's Anita Frazier about these incredible results.**

*Posted by James Brightman on Thursday, January 17, 2008*

2007 was a magical year for the video game industry. The totals are in, and according to The NPD Group, as was expected the U.S. game industry posted sales of almost $18 billion ($17.94 billion to be exact) – please note that this does not include PC game revenues. This represented a 43 percent jump over 2006. 2007 was definitely fueled by the console war as console hardware sales soared 73 percent to $5.12 billion. Overall hardware sales rose 54 percent, while total video game software sales for the year climbed 34 percent to $8.64 billion. Even video game accessories saw a significant 52 percent increase to $2.25 billion.

Looking specifically at December, when so much of the industry generates huge sales, the total dollar sales were $4.82 billion, up 28 percent over Dec. '06. Video game software rose 36 percent to $2.37 billion while video game hardware increased 17 percent to $1.63 billion.

Nintendo's DS handheld was easily the top selling video game platform in December with 2.47 million units. The rest of the hardware sales were surprisingly far more balanced, although the PlayStation 3 did still lag behind somewhat with 797.6K units sold. Nintendo's Wii sold 1.35 million compared to Xbox 360's 1.26 million, the PS2's 1.1 million and the PSP's 1.06 million.

Here's how the 2007 annual hardware sales and life-to-date (in parentheses) installed bases stack up:

- DS: 8.50 million (17.55 million)
- Wii: 6.29 million (7.38 million)
- Xbox 360: 4.62 million (9.15 million)
- PS2: 3.97 million (41.12 million)
- PSP: 3.82 million (10.47 million)
- PS3: 2.58 million (3.25 million)

In terms of software, after edging out Super Mario Galaxy for the , Activision's Call of Duty 4: Modern Warfare once again grabbed first place over Mario with 1.47 million units sold on the Xbox 360 in December. Super Mario Galaxy was close behind with 1.40 million units sold. It was Microsoft's blockbuster Halo 3, however, that dominated all when looking at full-year sales. The game totaled 4.82 million units sold in 2007, outselling Nintendo's Wii Play by about 700,000 units.

Below you will find charts for the top 10 games of December and of 2007.

### Latest Stories

1
2
3
4
5

### Most Popular Features

1
Views: 145213

2
Views: 83323

3
Views: 35997

4
Views: 44920

5
Views: 1312

Video Game News, Video Game Coverage, Video Game Updates, PC Game News, PC G...   Page 2 of 3

**Top Selling Games Dec'07**

| | | | |
|---|---|---|---|
| 360 CALL OF DUTY 4: MODERN WARFARE | | | |
| ACTIVISION (CORP) | NOV 2007 | *1 | 1.47 million |
| WII SUPER MARIO GALAXY | | | |
| NINTENDO OF AMERICA | NOV 2007 | 2 | 1.40 million |
| PS2 GUITAR HERO III: LEGENDS OF ROCK | | | |
| ACTIVISION (CORP) | OCT 2007 | *3 | 1.25 million |
| WII PLAY W/ REMOTE | | | |
| NINTENDO OF AMERICA | FEB 2007 | 4 | 1.08 million |
| 360 ASSASSIN'S CREED | | | |
| UBISOFT | NOV 2007 | *5 | 893.7 K |
| 360 HALO 3 | | | |
| MICROSOFT (CORP) | SEP 2007 | *6 | 742.7 K |
| NDS BRAIN AGE 2: MORE TRAINING IN MINUTES A | NINTENDO OF AMERICA | 7 | 659.5 K |
| PS2 MADDEN NFL 08 | | | |
| ELECTRONIC ARTS | AUG 2007 | 8 | 655.2 K |
| 360 GUITAR HERO III: LEGENDS OF ROCK | | | |
| ACTIVISION (CORP) | OCT 2007 | 9 | 624.6 K |
| WII MARIO AND SONIC: OLYMPIC GAMES | | | |
| SEGA OF AMERICA | NOV 2007 | 10 | 613.0 K |

*Includes Collector's, Limited, Legendary, Bundles (Guitars) Editions

**Top Selling Games Annual 2007**

| | | | |
|---|---|---|---|
| 360 HALO 3 | | | |
| MICROSOFT (CORP) | SEP 2007 | *1 | 4.82 million |
| WII PLAY W/ REMOTE | | | |
| NINTENDO OF AMERICA | FEB 2007 | 2 | 4.12 million |
| 360 CALL OF DUTY 4: MODERN WARFARE | | | |
| ACTIVISION (CORP) | NOV 2007 | *3 | 3.04 million |
| PS2 GUITAR HERO III: LEGENDS OF ROCK | | | |
| ACTIVISION (CORP) | OCT 2007 | *4 | 2.72 million |
| WII SUPER MARIO GALAXY | | | |
| NINTENDO OF AMERICA | NOV 2007 | 5 | 2.52 million |
| NDS POKEMON DIAMOND VERSION | | | |
| NINTENDO OF AMERICA | APR 2007 | 6 | 2.48 million |
| PS2 MADDEN NFL 08 | | | |
| ELECTRONIC ARTS | AUG 2007 | 7 | 1.90 million |
| PS2 GUITAR HERO 2 | ACTIVISION | | |
| (CORP) | NOV 2006 | *8 | 1.89 million |
| 360 ASSASSIN'S CREED | | | |
| UBISOFT | NOV 2007 | *9 | 1.87 million |
| WII MARIO PARTY 8 | | | |
| NINTENDO OF AMERICA | MAY 2007 | 10 | 1.82 million |

*Includes Collector's, Limited, Legendary, Bundles (Guitars) Editions

*Next page: in-depth commentary from NPD's Anita Frazier*

Previous Page          Page 1 of 2          Next Page

RECOMMEND

Do you Recommend this Article?          (17 Votes)

Latest Article Comments (1)

cryptomegaz88 on 1/17/2008 6:19 pm

they sold more call of duty games in december for the 360 than they did the 360
itself haha

Page 1 of 1          < Previous   1   Next >

On Our Radar >>>

    

Video Game News, Video Game Coverage, Video Game Updates, PC Game News, PC G...    Page 1 of 2



Drive an ASTRA
and you'll see the road
in a whole new way

AOL    MY AOL    MAIL    MAKE AOL MY HOMEPAGE                    ENTERTAINMENT NEWS    AOL >~f~° ~    GAMEDAILY    MOVIES    MUSIC    RADIO    TELEVISION    TMZ

GameDaily

SEARCH

Consoles    MAIN    GAMES    DOWNLOADS    VIDEOS    IMAGES    CHEATS    REVIEWS    PREVIEWS    FEATURES    NEWS

## NPD: U.S. Video Game Industry Totals $17.94 Billion, Halo 3 Tops All

GameDaily BIZ

...Continued From Page 1



MAKE YOUR HARAJUKU DOLL.

WHAT DO YOU HAVE TO SAY?    hp
Advertisement

**GameDaily BIZ:** Considering that the 2007 total does not include any PC games or online PC revenue, how much more would that add?

**Anita Frazier:** Next week we will have some additional reporting on software sales including PC games, and we'll have some good information on how the face of the gaming consumer changed from 2006 as well.

**BIZ:** Did the $4.82 billion in December meet expectations?

**AF:** I guess it depends on whose expectations you're talking about. I've seen a variety of estimations in print and I don't track those. I can tell you that the year ended up in the range of where we thought it would when we started looking at year-to-date sales and historical seasonality. The seasonality trends are so consistent year after year it's pretty amazing, considering how different each year can be.

**BIZ:** What does it say about the PS3 that it still couldn't break a million units in December when every other platform did?

**AF:** Actually, of the next-gen systems it realized the greatest month-over-month increase at 76+% of November unit sales. Of the ongoing viable systems in the marketplace, its growth was only "bested" by its sibling, the PS2. The software slate for the PS3 is still ramping up, and that is what we know will truly drive those big sales increases.

**BIZ:** As well as the DS has done for Nintendo, it seems growth in the portable sector was dwarfed by the growth of console hardware and software. Did portable take a backseat at all last year?

**AF:** Not at all. The DS captured the top spot for hardware sales for the year, and the PSP has grown a lot this year as well. Keep in mind that portable systems and games, in aggregate and on average, are less expensive than console. So looking at unit sales rather than dollar sales, portable gaming comprised 53% of the market in 2007, and that's the highest proportion on record. My perception is just the opposite: that portable gaming has been taken to a new level and it's now firmly established with an older demographic in addition to its traditional user base.

**BIZ:** Considering that Madden was tops in 2006, was 2007 a disappointment for EA Sports' flagship franchise?

**AF:** Not at all. Madden had a great year. The franchise realized sales in line with what it has done the past several years, and at the title level (combining sales across platforms), it was the second best-selling title behind Guitar Hero III. I'd take that any day.

**BIZ:** With Rock Band finally having launched on the more mass market and huge installed base of PS2 I was surprised not to see it in the top 10 in December either. Where did it end up and what's your assessment of Rock Band in its battle with Guitar Hero?

**AF:** Yes, that is one drawback to listing sales by unit sales order. Rock Band had a great debut, particularly considering its price point. Despite only two months at retail, and having an average retail price of over $160, it brought in sales (across platforms) of over $180 million. It's in the top 30 title list for the year. This is exactly the kind of title that has great potential to continue to grow sales since it's a social experience. Once someone tries it out with their friends, they're more likely to want to go purchase it for themselves. It didn't unseat Guitar Hero, but it certainly held its own.

**BIZ:** Looking at the growth in 2007, what were the key trends that the industry should pay attention to?

**AF:** We already touched on the increased prominence of portable gaming which was definitely a trend to watch the last two years. Mass-market and family-friendly gaming got more respect this year, deservedly, because of the continued success

Latest Stories

1
2
3
4
5

Most Popular Features

1                    Views: 145224

2                    Views: 83328

3                    Views: 38006

4                    Views: 44025

5                    Views: 1314



Video Game News, Video Game Coverage, Video Game Updates, PC Game News, PC G...    Page 2 of 2



of the PS2 and as evidenced by the market embrace of the Wii, I think we'll look back on this year as the year that really pushed gaming over into the mainstream of entertainment.

BIZ: Can 2008 eclipse 2007? Care to make any guesstimate?

AF: I do think it will grow, but to a smaller extent than it did this year. 2007 was a year that should have normally (if history repeated itself) been largely about the console transition, yet portables did great and software sales flourished as well. Next year the focus will be even greater on software, and keeping the momentum up behind mass-market gaming and bringing more titles to market that will bolster the install base of the console systems. It's going to be another fun year to watch.

Previous Page          Page 2 of 2          Next Page

RECOMMEND

Do you Recommend this Article?                    (17 Votes)

Latest Article Comments (1)

crystormega80 on 1/17/2008 9:19 pm
they sold more call of duty games in december for the 360 than they did the 360 itself haha

Page 1 of 1                    < Previous   1   Next >

On Our Radar >>>

Search the Web          SEARCH

GameDaily Sections:

Most Popular Games:

Highest Rated Videos:

About GameDaily

© Copyright 2007 AOL, LLC All Rights Reserved

EXHIBIT M



# NEW LINE CINEMA

March 17, 2006

VIA FAX AND ELECTRONIC MAIL
Capcom U.S.A., Inc.
Attn: Shuichi Tanaka
475 Oakmead Parkway
Sunnyvale, CA 94085
Email: shuichit@capcom.com
Fax: 408-774-3994

RE:     UNAUTHORIZED USE OF THE MKR GROUP PROPERTY

Dear Mr. Tanaka:

We are writing to you on behalf of The MKR Group, Inc., the exclusive owner of the copyright, trademark, and other intellectual property rights in and to the motion picture "George A. Romero's Dawn of the Dead." Among other things, these rights include images, scenes and settings contained in the movie, and the rights are protected under both the United States Copyright Act and the Lanham Act.

We serve as the exclusive licensing and merchandising agent for the exploitation of these rights and recently learned that Capcom is developing a video game entitled "Dead Rising" that makes unauthorized and repeated use of the copyrighted and trademarked rights belonging to The MKR Group. In fact, recent public announcements for this game recognize the striking similarities between images, scenes and settings in the game and those in the movie. After looking at some of the images in the game side-by-side with images from the movie (two of several examples of which are attached), we understand that perception. Furthermore, we understand that a representative of Capcom, Tony Pereira, inquired about obtaining rights to Dawn of the Dead in April 2004 and was told that the rights were available for license but that Capcom did not secure any such rights.

If Capcom wishes to license these rights and resolve this issue amicably, please contact us before March 24, 2006. New Line diligently enforces its and The MKR Group's rights in all

NEW LINE CINEMA CORPORATION
888 SEVENTH AVENUE
NEW YORK, NEW YORK 10106
TELEPHONE (212) 649-4900, FAX (212) 649-4966

forms of media and we hope to resolve this matter without any legal action which we reserve the right to take if necessary.

Very truly yours,

David Imhoff
Senior Executive Vice President
Worldwide Licensing and Merchandising

cc:     Richard P. Rubinstein
        Keiji Inafune

 

Dawn of the Dead                    Dead Rising

EXHIBIT N



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0000033519
Search Results: Displaying 1 of 1 entries

[ previous ]  [ next ]

Labeled View

*Dawn of the dead / producer, Richard P. Rubinstein ; produced in...*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0000033519 / 1979-01-30
**Title:** Dawn of the dead / producer, Richard P. Rubinstein ; produced in association with Claudio Argento & Alfredo Cuomo ; director, George A. Romero.
**Imprint:** [s.l. : s.n.], c1978.
**Description:** 3 videocassettes (137 min.) : sd., col. ; 3/4 in.
**Notes:** Deposit includes synopsis (1 p.)
**Cast:** David Emge, Ken Foree, Scott H. Reiniger et al.
**Performer:** Presented by The Laurel Group.
**Credits:** Writer: George A. Romero; director of photography: Michael Gornick; editor: George A. Romero.
**Copyright Claimant:** Dawn Associates
**Date of Creation:** 1978
**Date of Publication:** 1978-04-17
**Authorship on Application:** Dawn Associates, employer for hire of George Romero.
**Previous Registration:** Screenplay prev. reg. 1978, PAu 4-683.
**Basis of Claim:** New Matter: motion picture.
**Names:** Rubinstein, Richard P.
Argento, Claudio
Cuomo, Alfredo
Romero, George A.
The Laurel Group, Inc.
Dawn Associates

[ previous ]  [ next ]



| Save, Print and Email (Help Page) |
| --- |
| Select Download Format [Full Record ▼]    Format for Print/Save |
| Enter your email address: [          ]    [ Email ] |



WebVoyage Record View 1                                             Page 2 of 2

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

EXHIBIT O

WebVoyage Record View 1                                                    Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001212817
Search Results: Displaying 1 of 1 entries

*Dawn of the dead / Universal Pictures present a Strike Entertainment, New...*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001212817 / 2004-04-21
**Title:** Dawn of the dead / Universal Pictures present a Strike Entertainment, New Amsterdam Entertainment production ; directed by Zack Snyder.
**Description:** 6 film reels ; 35 mm.
**Copyright Claimant:** Universal City Studios, LLLP (employer for hire)
**Date of Creation:** 2003
**Date of Publication:** 2004-03-07
**Previous Registration:** Screenplay prev. reg. 2003, PAu 2-798-073; music prev. pub.
**Basis of Claim:** New Matter: all other cinematographic material.
**Names:** Snyder, Zack
Universal Pictures
Strike Entertainment
New Amsterdam Entertainment
Universal City Studios, LLLP





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page