RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiffs CAPCOM CO., LTD. AND
CAPCOM ENTERTAINMENT, INC. and
Counterclaim-Defendant CAPCOM U.S.A., INC.

Mark Yuan (CSB NO. 246146)
myuan@kenyon.com
KENYON & KENYON LLP
River Park Towers
333 W. San Carlos St., Ste. 600
San Jose, CA 95110
Telephone:   (408) 975-7500
Facsimile:    (408) 975-7501

Attorneys for Defendant and Counterclaim-Plaintiff
THE MKR GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE MKR GROUP, INC.,<br><br>Defendant. | Case No.  CV-08-0904 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| THE MKR GROUP, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>CAPCOM CO., LTD., CAPCOM ENTERTAINMENT, INC., AND CAPCOM U.S.A., INC.<br><br>Counterclaim-Defendants. | |

JOINT STIP. AND [PROPOSED] ORDER
SELECTING ADR PROCESS

CASE NO. CV-08-0904

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: The parties agree to participate in Court-sponsored mediation. However, the parties do not agree on the timing of that mediation. Defendant and Counterclaim-Plaintiff The MKR Group, Inc.'s position is that mediation should occur within 60 days of the entry of this Order. Plaintiffs Capcom Co., Ltd. and Capcom Entertainment, Inc. and Counterclaim-Defendant Capcom U.S.A., Inc.'s (collectively, "Capcom") position is that mediation should not occur until after a ruling on the motion to dismiss MKR's counterclaims that Capcom intends to file on or before June 9, 2008. Capcom submits that mediation should occur within 60 days of entry of the order on such motion to dismiss.

Dated: May 15, 2008            FENWICK & WEST LLP

By:   /s/ Jennifer L. Kelly
              Jennifer L. Kelly

Attorneys for Plaintiffs CAPCOM CO., LTD., CAPCOM ENTERTAINMENT, INC. and Counterclaim-Defendant CAPCOM U.S.A., INC.

Dated: May 15, 2008            KENYON & KENYON LLP

By:   /s/ Mark Yuan
              Mark Yuan

Attorneys for Defendant and Counterclaim-Plaintiff THE MKR GROUP, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jennifer L. Kelly, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of May, 2008, at San Francisco, California.

Dated: May 15, 2008              FENWICK & WEST LLP

By:      /s/ Jennifer L. Kelly
         Jennifer L. Kelly

Attorneys for Plaintiffs CAPCOM CO., LTD., CAPCOM ENTERTAINMENT, INC. and Counterclaim-Defendant CAPCOM U.S.A., INC.

## [PROPOSED] ORDER

Pursuant to the above Stipulation, the captioned matter is hereby referred to Court-sponsored mediation. The deadline for completion of the mediation is: __60 days from the date the Court issues a ruling on the motion to dismiss which shall be filed by June 9, 2008.__.

**IT IS SO ORDERED**.

Dated: __May 15, 2008__, 2008        By: *Jeffrey S. White*
                                     The Honorable Jeffrey S. White
                                     United States District Court Judge

JOINT STIP. AND [~~PROPOSED~~] ORDER
SELECTING ADR PROCESS                    4                    CASE NO. CV-08-0904