1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, CA  94041
4  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
5
   JENNIFER L. KELLY (CSB NO. 193416)
6  jkelly@fenwick.com
   MARY E. MILIONIS (CSB NO. 238827)
7  mmilionis@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA  94104
9  Telephone:    (415) 875-2300
   Facsimile:    (415) 281-1350
10
   Attorneys for Plaintiffs CAPCOM CO., LTD. AND
11 CAPCOM ENTERTAINMENT, INC. and
   Counterclaim-Defendants CAPCOM U.S.A, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>THE MKR GROUP, INC.,<br><br>        Defendant. | Case No.  CV-08-0904 JSW<br><br>**ADR CERTIFICATION BY PLAINTIFFS, COUNTERCLAIM-DEFENDANTS AND THEIR COUNSEL** |
| THE MKR GROUP, INC.,<br>        Counterclaim-Plaintiff,<br>v.<br>CAPCOM CO., LTD., CAPCOM ENTERTAINMENT, INC., AND CAPCOM U.S.A., INC.<br>        Counterclaim-Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" from the Court's ADR Internet site;

(2) discussed the available dispute resolution options provided by the Court and private entities; and

(3) considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 19, 2008     CAPCOM CO., LTD.

By:     /s/ Liana Larson
        Liana Larson

Senior Counsel for Plaintiff CAPCOM CO., LTD.

Dated: May 19, 2008     CAPCOM ENTERTAINMENT, INC.

By:     /s/ Estela Lemus
        Estela Lemus

Corporate Counsel for Plaintiff CAPCOM ENTERTAINMENT, INC. and Counterclaim-Defendant CAPCOM U.S.A., INC.

Dated: May 19, 2008     FENWICK & WEST LLP

By:     /s/ Jennifer L. Kelly
        Jennifer L. Kelly

Attorneys for Plaintiffs CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC. and Counterclaim-Defendant CAPCOM U.S.A., INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jennifer L. Kelly, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of May, 2008, at San Francisco, California.

Dated: May 19, 2008                    FENWICK & WEST LLP

                                       By:    /s/ Jennifer L. Kelly
                                              Jennifer L. Kelly

                                       Attorneys for Plaintiffs CAPCOM CO., LTD. and
                                       CAPCOM ENTERTAINMENT, INC. and
                                       Counterclaim-Defendant CAPCOM U.S.A., INC.