| | |
|---|---|
| 1 | Mark Yuan (CSB NO. 246146) |
| | myuan@kenyon.com |
| 2 | KENYON & KENYON LLP |
| | River Park Towers |
| 3 | 333 W. San Carlos St., Ste. 600 |
| | San Jose, CA  95110 |
| 4 | Tel:  408.975.7500 |
| | Fax:  408.975.7501 |
| 5 | |
| 6 | Attorneys for Defendant |
| | THE MKR GROUP, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC., | Case No.  3:08-CV-00904 (JSW) |
| 13 | Plaintiffs, | **ADR CERTIFICATION BY DEFENDANT, COUNTERCLAIM-PLAINTIFF AND THIRD-PARTY PLAINTIFF THE MKR GROUP, INC. AND THEIR COUNSEL** |
| 14 | v. | |
| 15 | THE MKR GROUP, INC., | |
| 16 | Defendant. | |
| 17 | THE MKR GROUP, INC., | |
| 18 | Counterclaim-Plaintiff and Third-Party Plaintiff | |
| 19 | v. | |
| 20 | CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC., | |
| 21 | Counterclaim Defendants | |
| 22 | and | |
| 23 | CAPCOM U.S.A., INC. | |
| 24 | Third-Party Defendant | |

KENYON & KENYON LLP
NEW YORK

ADR CERTIFICATION BY DEFENDANT, COUNTERCLAIM-PLAINTIFF AND THIRD-PARTY PLAINTIFF THE MKR GROUP, INC.

CASE NO.  3:08-CV-00904 (JSW)

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)  Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site;

(2)  Discussed the available dispute resolution options provided by the Court and private entities; and

(3)  Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 20, 2008                    THE MKR GROUP, INC.,

                                        /s/ Richard Rubinstein

                                        President, THE MKR GROUP, INC.,

Dated: May 20, 2008                    KENYON & KENYON LLP

                                        /s/ Mark Yuan

                                        Attorneys for Defendant
                                        THE MKR GROUP, INC.

Of Counsel:
Jonathan D. Reichman
Mimi K. Rupp
KENYON & KENYON LLP
One Broadway
New York, New York 10004
Tel:   (212) 425-7200
Fax:   (212) 425-5288

KENYON & KENYON LLP
NEW YORK

ADR CERTIFICATION BY DEFENDANT, COUNTERCLAIM-PLAINTIFF AND THIRD-PARTY PLAINTIFF THE MKR GROUP, INC.

2

CASE NO. 3:08-CV-00904 (JSW)

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Mark Yuan, attest that concurrence in the filing of this document has been obtained from any signatories indicated by the "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day in San Jose, California.

Dated: May 20, 2008                                KENYON & KENYON LLP

                                                              /s/ Mark Yuan

                                                   Attorneys for Defendant
                                                   THE MKR GROUP, INC.

KENYON & KENYON LLP
NEW YORK

ADR CERTIFICATION BY DEFENDANT, COUNTERCLAIM-PLAINTIFF AND THIRD-PARTY PLAINTIFF THE MKR GROUP, INC.       3       CASE NO. 3:08-CV-00904 (JSW)