1   Mark Yuan (CSB NO. 246146)
    myuan@kenyon.com
2   KENYON & KENYON LLP
    River Park Towers
3   333 W. San Carlos St., Ste. 600
    San Jose, CA  95110
4   Tel:  408.975.7500
    Fax:  408.975.7501
5

6   Attorneys for Defendant
    THE MKR GROUP, INC.
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  CAPCOM CO., LTD. AND CAPCOM          Case No.  3:08-CV-00904 (JSW)
    ENTERTAINMENT, INC.,
13                                       **CERTIFICATION OF INTERESTED
    Plaintiffs,                          ENTITIES OR PERSONS BY
14                                       DEFENDANT, COUNTERCLAIM-
    v.                                   PLAINTIFF AND THIRD-PARTY
15                                       PLAINTIFF THE MKR GROUP, INC.**
    THE MKR GROUP, INC.,
16
    Defendant.
17

18  THE MKR GROUP, INC.,

19  Counterclaim-Plaintiff and Third-Party
    Plaintiff,
20
    v.
21
    CAPCOM CO., LTD. AND CAPCOM
22  ENTERTAINMENT, INC.,

23  Counterclaim-Defendants,

24  and

25  CAPCOM U.S.A., INC.

26  Third-Party Defendant.

27

28

KENYON & KENYON        CERTIFICATION OF INTERESTED ENTITIES BY
     LLP               DEFENDANT, COUNTERCLAIM-PLAINTIFF AND              CASE NO.  3:08-CV-00904 (JSW)
   NEW YORK            THIRD-PARTY PLAINTIFF THE MKR GROUP, INC.

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding:

6    1.    New Line Cinema Corporation – The MKR Group, Inc.'s merchandising agent for

7    its "GEORGE A. ROMERO'S DAWN OF THE DEAD" film franchise.

8    2.    Time Warner Inc. – parent of New Line Cinema Corporation.

9

10

11   Dated: May 23, 2008                    KENYON & KENYON LLP

12                                          _____/s/ Mark Yuan_____

13                                          Attorneys for Defendant
                                            THE MKR GROUP, INC.
14

15   Of Counsel:
     Jonathan D. Reichman
16   Mimi K. Rupp
     KENYON & KENYON LLP
17   One Broadway
     New York, New York 10004
18   Tel:    (212) 425-7200
     Fax:    (212) 425-5288
19

20

21

22

23

24

25

26

27

28

KENYON & KENYON
LLP
NEW YORK

CERTIFICATION OF INTERESTED ENTITIES BY
DEFENDANT, COUNTERCLAIM-PLAINTIFF AND                2                    CASE NO.  3:08-CV-00904 (JSW)
THIRD-PARTY PLAINTIFF THE MKR GROUP, INC.