Mark Yuan (CSB NO. 246146)
myuan@kenyon.com
KENYON & KENYON LLP
River Park Towers
333 W. San Carlos St., Ste. 600
San Jose, CA  95110
Tel:  408.975.7500
Fax:  408.975.7501

Attorneys for Defendant
THE MKR GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE MKR GROUP, INC.,<br><br>Defendant. | Case No.  3:08-CV-00904 (JSW)<br><br>REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE |
| THE MKR GROUP, INC.,<br><br>Counterclaim-Plaintiff and Third-Party Plaintiff<br><br>v.<br><br>CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC.,<br><br>Counterclaim Defendants<br><br>and<br><br>CAPCOM U.S.A., INC.<br><br>Third-Party Defendant | |

Pursuant to Local Rule 16-10(a), counsel for Defendant The MKR Group, Inc., Jonathan D. Reichman, having previously applied for *pro hac vice* admission to this Court, hereby requests permission from the Court to participate by telephone in the Initial Case Management Conference scheduled for May 30, 2008. Counsel for Defendant also will be physically present at the Initial Case Management Conference.

Dated: May 23, 2008                                         KENYON & KENYON LLP

By: _____/s/_____
Mark Yuan (CSB NO. 246146)
Attorneys for Defendant
THE MKR GROUP, INC.

Of Counsel:
Jonathan D. Reichman
Mimi K. Rupp
KENYON & KENYON LLP
One Broadway
New York, New York 10004
Tel:   (212) 425-7200
Fax:   (212) 425-5288

IT IS SO ORDERED:

_____          Date: _____
United States District Judge