RECEIVED
MAY 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE MKR GROUP, INC., <br><br> Defendants. | CASE NO. 08CV0904 (JSW) <br><br> [~~Proposed~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

JONATHAN D. REICHMAN, an active member in good standing of the bars of the State of New York, U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the Central District of California, U.S. District Court for the Eastern District of New York and U.S. District Court for the Southern District of New York, whose business address and telephone number is Kenyon & Kenyon LLP, One Broadway, New York, NY 10007-1004, telephone: 212.425.7200, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing THE MKR GROUP, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: MAY 2 7 2008

Hon. Jeffrey S. White
United States District Judge

Proposed Order Granting Application for Admission of Attorney *pro hac vice*   08CV0904(JSW)