1  Mark Yuan (CSB NO. 246146)
   myuan@kenyon.com
2  KENYON & KENYON LLP
   River Park Towers
3  333 W. San Carlos St., Ste. 600
   San Jose, CA  95110
4  Tel:  408.975.7500
   Fax:  408.975.7501
5

6  Attorneys for Defendant
   THE MKR GROUP, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC., | Case No. 3:08-CV-00904 (JSW) |
| 13  Plaintiffs, | REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE |
| 14  v. | |
| 15  THE MKR GROUP, INC., | |
| 16         Defendant. | |
| 17  THE MKR GROUP, INC., | |
| 18  Counterclaim-Plaintiff and Third-Party Plaintiff | |
| 19  v. | |
| 20  CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC., | |
| 21  Counterclaim Defendants | |
| 22  and | |
| 23  CAPCOM U.S.A., INC. | |
| 24  Third-Party Defendant | |

26

27

28

Pursuant to Local Rule 16-10(a), counsel for Defendant The MKR Group, Inc., Jonathan D. Reichman, having previously applied for *pro hac vice* admission to this Court, hereby requests permission from the Court to participate by telephone in the Initial Case Management Conference scheduled for May 30, 2008. Counsel for Defendant also will be physically present at the Initial Case Management Conference.

Dated: May 23, 2008                    KENYON & KENYON LLP

By: _____/s/_____
Mark Yuan (CSB NO. 246146)
Attorneys for Defendant
THE MKR GROUP, INC.

Of Counsel:
Jonathan D. Reichman
Mimi K. Rupp
KENYON & KENYON LLP
One Broadway
New York, New York 10004
Tel: (212) 425-7200
Fax: (212) 425-5288

The request to appear by telephone is HEREBY DENIED.

IT IS SO ORDERED:

_____Jeffrey S. White_____          Date: May 27, 2008
United States District Judge