Allen J. Baden (CSB No. 255805)
abaden@kenyon.com
Mark Yuan (CSB No. 246146)
myuan@kenyon.com
KENYON & KENYON LLP
River Park Towers
333 W. San Carlos St., Ste. 600
San Jose, CA  95110
Tel:   408.975.7500
Fax:  408.975.7501

Attorneys for Defendant
THE MKR GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC.,<br><br>Plaintiffs,<br>v.<br><br>THE MKR GROUP, INC.,<br><br>Defendant. | Case No.  3:08-CV-00904 (JSW)<br><br>**NOTICE OF APPEARANCE** |
| THE MKR GROUP, INC.,<br><br>Counterclaim-Plaintiff and Third-Party Plaintiff<br><br>v.<br><br>CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC.,<br><br>Counterclaim Defendants<br><br>and<br><br>CAPCOM U.S.A., INC.<br><br>Third-Party Defendant | |

1

### *NOTICE OF APPEARANCE*

2

3      To the Clerk of this court and all parties of record:

4      Enter my appearance as counsel in this case for:

5      Defendant, Counterclaim-Plaintiff and Third-Party Plaintiff THE MKR GROUP, INC.,

6

7      Allen J. Baden (CSB No. 255805)

8      Kenyon & Kenyon LLP

9      River Park Towers

10     333 W. San Carlos St., Ste. 600

11     San Jose, CA  95110

12

13

14     Dated: May 29, 2008                          KENYON & KENYON LLP

15

16                                                  By:  _____/s/_____
                                                   Allen J. Baden
17                                                 Attorneys for Defendant
                                                   THE MKR GROUP, INC.
18

19

20     Of Counsel:
       Jonathan D. Reichman
21     Mimi K. Rupp
       KENYON & KENYON LLP
22     One Broadway
       New York, New York 10004
23     Tel:    (212) 425-7200
       Fax:    (212) 425-5288
24

25

26

27

28

Kenyon & Kenyon
LLP
New York

NOTICE OF APPEARANCE              - 2 -          CASE NO.  3:08-CV-00904 (JSW)