# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**:  May 30, 2008          **Court Reporter**:  Kathy Powell

**CASE NO. C- 08-904 JSW**

**TITLE:**  CAPCOM Company, Ltd., v. The MKR Group, Inc.,

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

Rodger Cole          Allen Baden
Jennifer Kelly          Mark Yuen

**PROCEEDINGS:**   Initial Case Management Conference

**RESULTS:**   **Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by June 6, 2008.**

**Last day to file Motion to Dismiss:  6-9-08.**
**Hearing on Motion to Dismiss:  8-8-08 at 9:00 a.m.**
**Further Case Management Conference:  8-8-08 at 9:00 a.m.**
**Supplemental joint case management statement due:  8-1-08**

**Close of fact discovery:  12-30-08**

**Close of Expert discovery:  4-1-09**

**Hearing on dispositive motions (if any):  5-22-09 at 9:00 a.m.**

**Pretrial Conference:  8-3-09 at 2:00 p.m.**

**Jury Trial: 8-24-09 at 8:30 a.m.  (7 - 10 day est.)**