1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  JENNIFER L. KELLY (CSB NO. 193416)
   jkelly@fenwick.com
3  MARY E. MILIONIS (CSB NO. 238827)
   mmilionis@fenwick.com
4  FENWICK & WEST LLP
   801 California Street
5  Mountain View, CA  94041
   Telephone:  (650) 988-8500
6  Facsimile:    (650) 938-5200

   ALLEN J. BADEN (CSB NO. 255805)
   abaden@kenyon.com
   MARK YUAN (CSB NO. 246146)
   myuan@kenyon.com
   KENYON & KENYON LLP
   River Park Towers
   333 W. San Carlos Street, Suite 600
   San Jose, CA  95110
   Telephone:  (408) 975-7500
   Facsimile:    (408) 975-7501

7  Attorneys for Plaintiffs-Counterclaim
   Defendants CAPCOM CO., LTD. and
8  CAPCOM ENTERTAINMENT, INC. and
   Third-Party Defendant, CAPCOM U.S.A.,
9  INC.

   Attorneys for Defendant, Counterclaim-
   Plaintiff and Third-Party Plaintiff, THE
   MKR GROUP, INC.

10

11                          UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                            SAN FRANCISCO DIVISION

14

15  CAPCOM CO., LTD. and CAPCOM
    ENTERTAINMENT, INC.,
16
                    Plaintiffs,
17
         v.
18
    THE MKR GROUP, INC.,
19
                    Defendant.
20
    THE MKR GROUP, INC.,
21
                    Counterclaim-Plaintiff
22                  and Third-Party Plaintiff,

         v.
23
    CAPCOM CO., LTD. and CAPCOM
24  ENTERTAINMENT, INC.,

                    Counterclaim-Defendants,
25
         and
26
    CAPCOM U.S.A., INC.,
27
                    Third-Party Defendant.

Case No.  3:08-CV-00904 (JSW)

**STIPULATION AND [PROPOSED] ORDER
CONSENTING TO THE REASSIGNMENT
OF THIS ACTION TO MAGISTRATE
JUDGE RICHARD SEEBORG**

[28 U.S.C. § 636(c); Civ. L.R. 73-1(b)]

Complaint Filed:  February 12, 2008

28

1  WHEREAS, on May 30, 2008, counsel for Plaintiffs and Counterclaim-Defendants

2  Capcom Co., Ltd. and Capcom Entertainment, Inc. and Third Party Defendant Capcom U.S.A.,

3  Inc. (collectively, "Capcom") and counsel for Defendant and Counterclaim-Plaintiff The MKR

4  Group, Inc. ("MKR") appeared before the Honorable Jeffrey S. White for the initial Case

5  Management Conference ("CMC") in the above-captioned action (the "Action");

6  WHEREAS, during the CMC Judge White ordered counsel to review the Court's manual

7  titled "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California" (the

8  "Manual") and to confer with their respective clients to determine whether or not they would

9  consent to reassignment of the Action to a Magistrate Judge for all purposes;

10  WHEREAS, Judge White further indicated that if the parties were to stipulate to a specific

11  Magistrate Judge, the Court would honor that stipulation and the action would be reassigned for

12  all purposes to the Magistrate Judge of their choice;

13  WHEREAS, on June 2, 2008, the Court issued a Civil Minute Order, Docket No. 28,

14  further ordering counsel to confer with their clients regarding reassignment to a Magistrate Judge

15  and requiring that a consent or declination of consent to reassignment for all purposes be on file

16  by June 6, 2008.

17  WHEREAS, counsel report that they have now reviewed the Manual, conferred with their

18  respective clients regarding reassignment to a Magistrate Judge and further report that all parties

19  consent to the reassignment of this Action to Magistrate Judge Richard Seeborg for all purposes.

20  ACCORDINGLY, Capcom and MKR, by and through their counsel of record, hereby

21  stipulate and agree as follows:

22  1.    The parties hereby agree to the reassignment of the Action to Magistrate Judge

23  Richard Seeborg for all purposes including, but not limited to, all further proceedings in the case,

24  including trial, and for the entry of a final judgment.

25  //

26  //

27  //

28  //

STIP & [PROPOSED] ORDER CONSENTING TO
REASSIGNMENT TO MAG. JUDGE SEEBORG     - 2 -          CASE NO.  3:08-CV-00904 (JSW)

2.      Appeal from any judgment entered by Judge Seeborg shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:      June 6, 2008                    FENWICK & WEST LLP


By:_____/s/ Jennifer L. Kelly_____
                    Jennifer L. Kelly

Attorneys for Plaintiffs CAPCOM CO., LTD., CAPCOM ENTERTAINMENT, INC. and Counterclaim-Defendant CAPCOM U.S.A., INC.

Dated:      June 6, 2008                    KENYON & KENYON LLP


By:_____/s/ Allen J. Baden_____
                    Allen J. Baden

Attorneys for Defendant and Counterclaim-Plaintiff THE MKR GROUP, INC.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Jennifer L. Kelly, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6th day of June 2008, at San Francisco, California.


Dated: June 6, 2008                    FENWICK & WEST LLP


By:_____/s/ Jennifer L. Kelly_____
                    Jennifer L. Kelly

Attorneys for Plaintiffs CAPCOM CO., LTD., CAPCOM ENTERTAINMENT, INC. and Counterclaim-Defendant CAPCOM U.S.A., INC.

1

## [PROPOSED] ORDER

2          Pursuant to the above Stipulation, the above captioned matter is hereby reassigned to

3    Magistrate Judge Richard Seeborg for all purposes.

4

5          **IT IS SO ORDERED**.

6

Dated: _____, 2008          By: _____

7                                                The Honorable Jeffrey S. White
                                                United States District Court Judge
8

9

10

11          .

25750/00401/LIT/1286445.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28