| | |
|---|---|
| RODGER R. COLE (CSB NO. 178865)<br>rcole@fenwick.com<br>JENNIFER L. KELLY (CSB NO. 193416)<br>jkelly@fenwick.com<br>MARY E. MILIONIS (CSB NO. 238827)<br>mmilionis@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:   (650) 988-8500<br>Facsimile:    (650) 938-5200 | ALLEN J. BADEN (CSB NO. 255805)<br>abaden@kenyon.com<br>MARK YUAN (CSB NO. 246146)<br>myuan@kenyon.com<br>KENYON & KENYON LLP<br>River Park Towers<br>333 W. San Carlos Street, Suite 600<br>San Jose, CA  95110<br>Telephone:   (408) 975-7500<br>Facsimile:    (408) 975-7501 |
| Attorneys for Plaintiffs-Counterclaim Defendants CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC. and Third-Party Defendant, CAPCOM U.S.A., INC. | Attorneys for Defendant, Counterclaim-Plaintiff and Third-Party Plaintiff, THE MKR GROUP, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC.,<br>       Plaintiffs,<br>   v.<br>THE MKR GROUP, INC.,<br>       Defendant.<br><br>THE MKR GROUP, INC.,<br>       Counterclaim-Plaintiff<br>       and Third-Party Plaintiff,<br>   v.<br>CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC.,<br>       Counterclaim-Defendants,<br>   and<br>CAPCOM U.S.A., INC.,<br>       Third-Party Defendant. | Case No.  3:08-CV-00904 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER CONSENTING TO THE REASSIGNMENT OF THIS ACTION TO MAGISTRATE JUDGE RICHARD SEEBORG**<br><br>[28 U.S.C. § 636(c); Civ. L.R. 73-1(b)]<br><br>Complaint Filed:  February 12, 2008 |

WHEREAS, on May 30, 2008, counsel for Plaintiffs and Counterclaim-Defendants Capcom Co., Ltd. and Capcom Entertainment, Inc. and Third Party Defendant Capcom U.S.A., Inc. (collectively, "Capcom") and counsel for Defendant and Counterclaim-Plaintiff The MKR Group, Inc. ("MKR") appeared before the Honorable Jeffrey S. White for the initial Case Management Conference ("CMC") in the above-captioned action (the "Action");

WHEREAS, during the CMC Judge White ordered counsel to review the Court's manual titled "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California" (the "Manual") and to confer with their respective clients to determine whether or not they would consent to reassignment of the Action to a Magistrate Judge for all purposes;

WHEREAS, Judge White further indicated that if the parties were to stipulate to a specific Magistrate Judge, the Court would honor that stipulation and the action would be reassigned for all purposes to the Magistrate Judge of their choice;

WHEREAS, on June 2, 2008, the Court issued a Civil Minute Order, Docket No. 28, further ordering counsel to confer with their clients regarding reassignment to a Magistrate Judge and requiring that a consent or declination of consent to reassignment for all purposes be on file by June 6, 2008.

WHEREAS, counsel report that they have now reviewed the Manual, conferred with their respective clients regarding reassignment to a Magistrate Judge and further report that all parties consent to the reassignment of this Action to Magistrate Judge Richard Seeborg for all purposes.

ACCORDINGLY, Capcom and MKR, by and through their counsel of record, hereby stipulate and agree as follows:

1. The parties hereby agree to the reassignment of the Action to Magistrate Judge Richard Seeborg for all purposes including, but not limited to, all further proceedings in the case, including trial, and for the entry of a final judgment.

//
//
//
//

2. Appeal from any judgment entered by Judge Seeborg shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 6, 2008                    FENWICK & WEST LLP

                                       By:    /s/ Jennifer L. Kelly
                                              Jennifer L. Kelly

                                       Attorneys for Plaintiffs CAPCOM CO., LTD.,
                                       CAPCOM ENTERTAINMENT, INC. and
                                       Counterclaim-Defendant CAPCOM U.S.A.,
                                       INC.

Dated: June 6, 2008                    KENYON & KENYON LLP

                                       By:    /s/ Allen J. Baden
                                              Allen J. Baden

                                       Attorneys for Defendant and Counterclaim-
                                       Plaintiff THE MKR GROUP, INC.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Jennifer L. Kelly, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of June 2008, at San Francisco, California.

Dated: June 6, 2008                    FENWICK & WEST LLP

                                       By:    /s/ Jennifer L. Kelly
                                              Jennifer L. Kelly

                                       Attorneys for Plaintiffs CAPCOM CO., LTD.,
                                       CAPCOM ENTERTAINMENT, INC. and
                                       Counterclaim-Defendant CAPCOM U.S.A., INC.

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, the above captioned matter is hereby reassigned to Magistrate Judge Richard Seeborg for all purposes.

**IT IS SO ORDERED**.

Dated: __June 9_____, 2008        By: _/s/ Jeffrey S. White_____
                                            The Honorable Jeffrey S. White
                                            United States District Court Judge

.

25750/00401/LIT/1286445.1