**\*E-FILED\***
**June 11, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPCOM CO., LTD., et al. | No. 08-00904 RS |
| Plaintiffs, | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| v. | [Reassigned Case] |
| THE MKR GROUP, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Richard Seeborg for trial and all further proceedings,

IT IS HEREBY ORDERED, pursuant to Fed.R.Civ.P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on **June 25, 2008 at 2:30 p.m.** in Courtroom 4, 5th Floor, U.S. District Court, 280 South First Street, San Jose, California.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. In view of the recent filing of a joint case management statement, no additional case management statement need be filed.

All documents filed in this matter shall list the civil case number followed only by the initials "**RS**."

Dated:  June 11, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Allen J. Baden   abaden@kenyon.com, ascott@kenyon.com, cwagner@kenyon.com, mkotsubo@kenyon.com

Rodger R. Cole   rcole@fenwick.com, vpieretti@fenwick.com

Jennifer Lloyd Kelly   jkelly@fenwick.com, edelacruz@fenwick.com

Mary Elizabeth Milionis   MMilionis@Fenwick.com, dgarrett@fenwick.com

Jonathan David Reichman   jreichman@kenyon.com

Mark Delun Yuan   myuan@kenyon.com, ascott@kenyon.com, cwagner@kenyon.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: June 11, 2008

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

3