1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, CA 94041
4  Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
5
   JENNIFER L. KELLY (CSB NO. 193416)
6  jkelly@fenwick.com
   MARY E. MILIONIS (CSB NO. 238827)
7  mmilionis@fenwick.com
   FENWICK & WEST LLP
8  555 California Street - 12th Floor
   San Francisco, CA 94104
9  Telephone:   (415) 875-2300
   Facsimile:   (415) 281-1350

10 Attorneys for Plaintiffs and Counterclaim-
   defendants Capcom Co., Ltd. and Capcom
11 Entertainment, Inc., and Third Party Defendant
   Capcom U.S.A., Inc.

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

16 | CAPCOM CO., LTD. AND CAPCOM | Case No. CV-08-0904 RS
    ENTERTAINMENT, INC.,        |
17                              | **DECLARATION OF KOICHI NIIDA IN
           Plaintiffs,          | SUPPORT OF PLAINTIFFS' AND THIRD
18                              | PARTY DEFENDANT'S MOTION TO
    v.                          | DISMISS AMENDED COUNTERCLAIMS
19                              | AND THIRD PARTY COMPLAINT**
    THE MKR GROUP, INC.,        |
20                              | Date: August 6, 2008
           Defendant.           | Time: 9:30 a.m.
21  THE MKR GROUP, INC.,        | Courtroom: 4, 5th Floor
                                | Judge: Hon. Richard Seeborg
22         Counterclaim-Plaintiff and
           Third-Party Plaintiff,
23
    v.
24  CAPCOM CO., LTD. AND CAPCOM
    ENTERTAINMENT, INC.,
25
           Counterclaim-Defendants
26  and
    CAPCOM U.S.A, INC.
27
           Third-Party Defendant.
28

---

DECLARATION OF KOICHI NIIDA                                    CASE NO. CV-08-0904

I, Koichi Niida, declare:

1. I am the General Manager of the Intellectual Property Management Department at Capcom Co., Ltd. ("Capcom"). In that capacity, I have familiarity with the content of all video games published by Capcom, including *Dead Rising*, which was released in North America on August 8, 2006. I submit this declaration in support of Plaintiffs' and Third Party Defendant's Motion to Dismiss Amended Answer, Counterclaims and Third Party Complaint. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2. Attached as **Exhibit 5** to the concurrently filed Request for Judicial Notice in Support of Plaintiffs' and Third Party Defendant's Motion to Dismiss Amended Answer, Counterclaims and Third Party Complaint is a true and correct copy of a document authored by Capcom entitled "DEAD RISING Scenario" (the "Script"). The Script accurately describes, in detail, the scenes and settings of the *Dead Rising* video game, in the same order in which they appear during gameplay, and includes the scripted dialogue spoken by the game's characters during each of these scenes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed at Osaka, Japan, on June 10, 2008.

_K. [signature]_
Koichi Niida

DECLARATION OF KOICHI NIIDA                                    CASE NO. CV-08-0904