1   RODGER R. COLE (CSB NO. 178865)
    rcole@fenwick.com
2   FENWICK & WEST LLP
    Silicon Valley Center
3   801 California Street
    Mountain View, CA  94041
4   Telephone:     (650) 988-8500
    Facsimile:      (650) 938-5200
5
    JENNIFER L. KELLY (CSB NO. 193416)
6   jkelly@fenwick.com
    MARY E. MILIONIS (CSB NO. 238827)
7   mmilionis@fenwick.com
    FENWICK & WEST LLP
8   555 California Street - 12th Floor
    San Francisco, CA  94104
9   Telephone:     (415) 875-2300
    Facsimile:      (415) 281-1350
10  Attorneys for Plaintiffs and Counterclaim-
    defendants Capcom Co., Ltd. and Capcom
11  Entertainment, Inc., and Third Party Defendant
    Capcom U.S.A., Inc.
12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN JOSE DIVISION
15

16  CAPCOM CO., LTD. AND CAPCOM          Case No.  CV-08-0904 RS
    ENTERTAINMENT, INC.,
17                                        REQUEST FOR JUDICIAL NOTICE IN
                 Plaintiffs,              SUPPORT OF PLAINTIFFS' AND THIRD-
18                                        PARTY DEFENDANT'S MOTION TO
    v.                                    DISMISS AMENDED COUNTERCLAIMS
19                                        AND THIRD PARTY COMPLAINT
    THE MKR GROUP, INC.,
20                                        [Fed. R. Evid. 201]
                 Defendant.
21  _____  Date:  August 6, 2008
                                          Time:  9:30 a.m.
22  THE MKR GROUP, INC.,                  Courtroom:  4, 5th Floor
                                          Judge:  Hon. Richard Seeborg
23             Counterclaim-Plaintiff and
               Third-Party Plaintiff,
24  v.

25  CAPCOM CO., LTD. AND CAPCOM
    ENTERTAINMENT, INC.,
26
               Counterclaim-Defendants
27  and

28  CAPCOM U.S.A, INC.,

               Third-Party Defendant.

REQUEST FOR JUDICIAL NOTICE                              CASE NO.  CV-08-0904 RS

1

**<u>INTRODUCTION</u>**

2      Pursuant to Rule 201 of the Federal Rule of Evidence, Plaintiffs and Counterclaim-

3   Defendants Capcom Co., Ltd. and Capcom Entertainment, Inc. and Third Party Defendant

4   Capcom U.S.A., Inc. (collectively, "Capcom") hereby request that, in connection with Capcom's

5   accompanying Motion to Dismiss Counterclaim-Plaintiff The MKR Group, Inc.'s ("MKR")

6   Amended Counterclaims and Third-Party Complaint (the "Motion to Dismiss"), the Court take

7   judicial notice of the following:  (1) the contents of the creative works at issue in this litigation,

8   namely, MKR's 1979 film *George A. Romero's Dawn of the Dead* and Capcom's 2006 video

9   game *Dead Rising*; (2) numerous publicly available zombie-themed films and video games; and

10  (3) that certain ideas and elements are common and prevalent in zombie-themed films and video

11  games in general and are not original to MKR.

12     Capcom respectfully seeks judicial notice of these creative works, and of these facts not

13  reasonably in dispute, from publicly available sources, which clearly demonstrate that the

14  allegedly similar elements between *George A. Romero's Dawn of the Dead* (hereinafter,

15  "DOTD") and *Dead Rising* about which MKR complains are all generic (and unoriginal)

16  elements that have appeared in many other publicly available works.  In particular, that the

17  following elements of zombie-themed films and video games are unoriginal, generic elements,

18  commonly featured in such works:  (a) an outbreak of flesh-eating zombies; (b) humans taking

19  refuge in structures containing food, supplies, and weapons, like shopping malls; (c) blood,

20  violence, and gore; and (d) accessing or escaping areas of zombie infestation via helicopter.  The

21  fact that these concepts and elements are common to publicly available zombie-themed films and

22  video games is not subject to reasonable dispute, and their prevalent use is generally known

23  within the territorial jurisdiction of the Court.  Thus, judicial notice is appropriate here.

24

**<u>AUTHORITY FOR JUDICIAL NOTICE</u>**

25     Federal Rules of Evidence Rule 201 permits courts to take judicial notice of any fact that

26  is "not subject to reasonable dispute in that it is either (1) generally known within the territorial

27  jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to

28  sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  Here, when

REQUEST FOR JUDICIAL NOTICE                                    CASE NO.  CV-08-0904 RS

1 deciding the Motion to Dismiss, the Court can take judicial notice of or otherwise consider on a

2 motion under Rule 12(b)(6) each of the following:  (1) documents and things specifically referred

3 to, described, and relied upon by MKR in its Amended Answer, Counterclaim, and Third Party

4 Complaint and the Exhibits attached thereto (the "Counterclaim"); (2) official records and reports

5 of government offices, including the U.S. Copyright Office; (3) publicly available zombie-themed

6 films and video games that demonstrate the generic elements of creative works within the zombie

7 genre; and (4) the generic elements that are prevalent in zombie-themed films and video games.

8 **I.     THE COURT CAN CONSIDER THE CONTENTS OF THE WORKS AT ISSUE—**
**_GEORGE A. ROMERO'S DAWN OF THE DEAD AND DEAD RISING_**
9

10 In ruling on a 12(b)(6) motion to dismiss, the Court may consider not only exhibits

11 attached to the complaint, but other documents referenced therein, in whole or in part, "'whose

12 authenticity no party questions,'" even if not physically attached.  *Thomas v. Walt Disney Co.*,

13 No. C-07-4392 CW, 2008 U.S. Dist. LEXIS 14643, at*5 n.1 (N.D. Cal. February 14, 2008)

14 (Wilkin, J.); *see also Knieval v. ESPN*, 393 F.3d 1068, 1076-77 (9th Cir. 2005); *Steckman v. Hart*

15 *Brewing, Inc*., 143 F.3d 1293, 1295-96 (9th Cir. 1998); *Branch v. Tunnell*, 14 F.3d 449, 454 ((9th

16 Cir. 1994) (not error for district court to consider deposition testimony and affidavit in ruling on

17 motion to dismiss because both documents were mentioned in the amended complaint and neither

18 side questioned their authenticity) (overruled on other grounds by *Galbraith v. County of Santa*

19 *Clara*, 307 F.3d 1119, 1124 (9th Cir. 2002).  A court may consider the full text of such

20 documents, even when the complaint relies on only selected portions.  *See Fecht v. Price Co*., 70

21 F.3d 1078, 1080 n.1 (9th Cir. Cal. 1995).

22 Thus, in copyright cases, the Court may properly consider—and compare—the plaintiff's

23 alleged copyrighted work and the defendant's allegedly infringing work—*even if copies of the*

24 *works are not attached to the complaint*—for purposes of determining whether those works are

25 "substantially similar" within the meaning of the Copyright Act. *Zella v. E.W. Scripps Co.*, 529

26 F. Supp. 2d 1124, 1128-1129 (C.D. Cal. 2007) (taking judicial notice of contents of allegedly

27 infringing episodes of the *Rachael Ray* television show on motion to dismiss for purposes of

28 determining whether show was substantially similar to plaintiff's synopsis and script for a

1    television show, *Showbiz Chefs*); *Thomas*, 2008 U.S. Dist. LEXIS 14643, at *5 n.1 (taking

2    judicial notice of contents of plaintiff's literary work *Squisher the Fish* and of defendant's

3    allegedly infringing film *Finding Nemo* on motion to dismiss for purposes of determining whether

4    the works were substantially similar).

5         Moreover, in determining substantial similarity on a motion to dismiss, the content of the

6    works "'supersede and control contrary allegations and conclusions, or descriptions of the works

7    as contained in the pleadings.'"  *Boyle v. Stephens, Inc.*, 1998 WL 80175, *4 (S.D.N.Y. Feb. 25,

8    1998) (quoting *Walker v. Time Life Films, Inc.*, 615 F. Supp. 430, 434 (S.D.N.Y. 1985)); *see also*

9    *Zella*, 529 F. Supp. 2d at 1131 (citing *Boyle* with approval).

10        For the same reason, the Court may also take judicial notice of copyright deposits filed

11   with the United States Copyright Office in connection with the registration of the allegedly

12   infringed or allegedly infringing work.  Judicial notice of such materials is appropriate for the

13   further, independent reason that such deposit materials are official records of a governmental

14   agency, and thus, are "capable of accurate and ready determination by resort to sources whose

15   accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  *See also Thomas*, 2008 U.S.

16   Dist. LEXIS 14643, at *5 n.1 (judicially noticing plaintiff's copyright deposit for her literary

17   work); *Idema v. Dreamworks, Inc.*, 90 Fed. Appx. 496, 498 (9th Cir. 2003) (judicially noticing

18   copyright registrations); *Island Software & Computer Serv. v. Microsoft Corp.*, 413 F.3d 257, 261

19   (2d Cir. 2005) (same); *Oroamerica Inc. v. D & W Jewelry Co, Inc.*, 10 Fed. Appx. 516, 517 n.4

20   (9th Cir. 2001) (same): *Duluth News-Tribune v. Mesabi Publ'g Co.*, 84 F.3d 1093, 1096 n.2 (8th

21   Cir. 1996) (judicially noticing trademark registrations published in Patent and Trademark Office's

22   registry); s*ee also Interstate Natural Gas Co. v. Southern California Gas Co.*, 209 F.2d 380, 385

23   (9th Cir. 1953) (court "may take judicial notice of records and reports of administrative bodies");

24   *U.S. ex. rel. Dingle v. BioPort Corp.*, 270 F. Supp. 2d 968, 972 (W.D. Mich. 2003), *aff'd*, 388

25   F.3d 209 (6th Cir. 2004) ("Public records and government documents are generally considered

26   'not to be subject to reasonable dispute.' This includes public records and government documents

27   available from reliable sources").

28        Furthermore, when reviewing an audiovisual work for purposes of determining whether it

1  is substantially similar to another work, the Court may consider the work's underlying script.

2  *Litchfield v. Spielberg*, 736 F.2d 1352, 1356 (9th Cir. 1984) (in determining whether the film *E.T.*

3  was substantially similar to plaintiff's theatrical play, *Lokey from Maldemar*, it was appropriate

4  for the court to review the film's continuity script[1]); *See v. Durang*, 711 F.2d 141, 142 (9th Cir.

5  1983) (concluding there was no error in district court's sole reliance on the script of plaintiff's

6  play, rather than viewing a production of the play, in determining whether defendant's play

7  infringed plaintiff's play); *Grosso v. Miramax Film Corp*., No. CV 99-10930, 2001 U.S. Dist.

8  LEXIS 26199, *32-39 (C.D. Cal. Nov. 5, 2001) (in determining whether the film *Rounders* was

9  substantially similar to plaintiff's screenplay *The Shell Game*, court considered *Rounders'* script),

10  *aff'd in part, rev'd in part by, remanded by*, *Grosso v. Miramax Films Corp.*, No. 01-57255, 2004

11  U.S. App. LEXIS 6833 (9th Cir. 2004).

12         Under the foregoing authorities, the Court can and should take judicial notice of the

13  contents of the following documents and things on the basis that both DOTD and *Dead Rising* are

14  referred to throughout the Counterclaim, are central to all of MKR's claims, and are authentic.

15  Each of these documents and things is attached hereto and authenticated by the accompanying

16  Declaration of Jennifer L. Kelly in Support of Plaintiffs' and Third Party Defendant's Motion to

17  Dismiss Amended Answer, Counterclaims and Third Party Complaint (the "Kelly Declaration"),

18  with the exception of Exhibit 5, which is authenticated by the accompanying Declaration of

19  Koichi Niida in Support of Plaintiffs' and Third Party Defendant's Motion to Dismiss Amended

20  Answer, Counterclaims and Third Party Complaint (the "Niida Declaration"):

21         1.     A DVD copy of the film DOTD is attached hereto as **Exhibit 1** and authenticated

22  by the Kelly Declaration.  *See* Kelly Declaration ¶ 2.

23         2.     The synopsis of DOTD filed with the U.S. Copyright Office attached hereto as

24  **Exhibit 2** and authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 3.

25         3.     The certified script of DOTD filed with the U.S. Copyright Office attached hereto

26

27  [1] A continuity script describes in detail the content of a film shot by shot.  In *Litchfield*, the Ninth Circuit, which affirmed the district court's conclusion of no substantial similarity, noted that the district court's review of *E.T.* included both watching the film *and* reading the continuity script.

28  On appeal, the Ninth Circuit found it sufficient to review only the continuity script.  736 F.2d at 1356.

-4-

1  as **Exhibit 3** and authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 4.

2          4.          The copy of the video game *Dead Rising* attached hereto as **Exhibit 4** and

3  authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 5.

4          5.          The script of *Dead Rising* attached hereto as **Exhibit 5** and authenticated by the

5  Niida Declaration.  *See* Niida Declaration ¶ 2.

6  **II.      THE COURT CAN JUDICIALLY NOTICE NUMEROUS OTHER PUBLICLY**
   **AVAILABLE ZOMBIE-THEMED FILMS AND VIDEO GAMES, THE**
7  **MAJORITY OF WHICH CONTAIN THE ALLEGEDLY SIMILAR ELEMENTS**
   **ABOUT WHICH MKR COMPLAINS HERE.**
8

9          The Court may take judicial notice of publicly available zombie-themed films and video

10 games and their contents on the basis that the existence and content of such works is not subject

11 to reasonable dispute because such works are generally known within the territorial jurisdiction of

12 the court.  Fed. R. Evid. 201(b)(1).  Indeed, courts frequently take judicial notice of publicly

13 available creative works in copyright infringement actions, including for purposes of determining

14 the generic elements of such works.  *See*, *e.g*., *Twentieth Century Fox Film Corp v. Marvel Ents*.,

15 155 F. Supp. 2d 1, 41 n.71 (S.D.N.Y. 2001) (judicially noticing *Star Wars* as a representation of

16 the generic storyline of a mentor-mentee relationship in the science fiction genre); *Gal v. Viacom*

17 *Int'l, Inc.*, 518 F. Supp. 2d 526, 546-547 (S.D.N.Y. 2007) (taking judicial notice of third parties'

18 novels in the thriller genre, as well as the defendant's own previous novels in that genre, for

19 purposes of determining if alleged similarities between plaintiff's screenplay and defendant's

20 novel were stock elements of the thriller genre or of defendant's own prior works); *see also*

21 *Sobhani v. @Radical.Media, Inc.*, 257 F.Supp. 2d 1234, 1235-36 n.1 (C.D. Cal. 2003) (judicially

22 noticing the film *Cast Away* and the general characteristics of Jack-in-the-Box commercials).

23         Under the foregoing authorities, the Court can and should take judicial notice of the

24 following publicly available zombie-themed films and video games and their content:

25         1.      *White Zombie*

26         *White Zombie* is a 1932 horror film starring Béla Lugosi.  The plot focuses on a couple

27 visiting an acquaintance in Haiti.  The acquaintance invites the couple to his plantation to be

28 married but then attempts to seduce the bride.  When his advances fail, he turns to the Voodoo

1    master played by Lugosi to turn the bride into a zombie and declare her dead so that her fiancée

2    will leave the island.  In the end, the bride is rescued by her fiancée.

3         A true and correct DVD copy of *White Zombie* is attached hereto as **Exhibit 6** and

4    authenticated by the Kelly Declaration.  *See* Kelly Decl. ¶ 6.  A Wikipedia reference providing

5    more information about *White Zombie* is attached hereto as **Exhibit 7** and authenticated by the

6    Kelly Declaration.  *See* Kelly Declaration ¶ 6.

7         2.    *I Walked With A Zombie*

8         *I Walked With a Zombie* is a 1936 film about Caribbean Voodoo practices and zombiism.

9    The wife of a plantation owner is put under a curse by her mother-in-law that makes the wife

10   nearly comatose and unable to think for herself.  A true and correct DVD copy of *I Walked With*

11   *A Zombie* is attached hereto as **Exhibit 8** and authenticated by the Kelly Declaration.  *See* Kelly

12   Declaration ¶ 7.  A Wikipedia reference providing more information about *I Walked With a*

13   *Zombie* is attached hereto as **Exhibit 9** and authenticated by the Kelly Declaration.  *See* Kelly

14   Declaration ¶ 7.

15        3.    *Plan 9 From Outer Space*

16        *Plan 9 From Outer Space*  was directed by Ed Wood and released in 1956. Aliens, in an

17   attempt to force human acknowledgment of their existence, implement "Plan 9" by causing an

18   outbreak of flesh-eating zombies. The dead soon begin to crawl out of graves and chaos ensues.

19        A true and correct DVD copy of *Plan 9 From Outer Space* is attached hereto as **Exhibit**

20   **10** and authenticated by the Kelly Declaration. *See* Kelly Declaration ¶ 8.  A Wikipedia reference

21   providing more information about *Plan 9 From Outer Space* is attached hereto as **Exhibit 11** and

22   authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 8.

23        4.    *The Last Man on Earth*

24        Starring Vincent Price, *The Last Man on Earth* was released in 1964 and is based on

25   Richard Matheson's novel *I Am Legend*.  Price plays Dr. Robert Morgan who appears to be the

26   last normal human alive after a rampaging infection kills most of humanity and turns the

27   remainder into monsters that crave fresh blood.  During the day Dr. Morgan scavenges for

28   supplies and at night he hunts and kills the monsters.  Unbeknownst to him he has been killing off

-6-

members of a group of the infected who have found away to keep the disease somewhat at bay. Eventually he realizes that the infected view him as the true monster and they might be the only true future for humanity.

A true and correct DVD copy of *The Last Man on Earth* is attached hereto as **Exhibit 12** and authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 9.  A Wikipedia reference providing more information about *The Last Man on Earth* is attached hereto as **Exhibit 13** and authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 9.

      5.     *Night of the Living Dead*

Written and directed by George A. Romero, *Night of the Living Dead* was released in 1968.  Mysteriously the recently dead reanimate as flesh-eating zombies.  A group of survivors barricade themselves into a farmhouse and try to survive the night as zombies surround the house. Although the cause of the epidemic is not known, news broadcasts hypothesize that radiation from a returning Venus space probe is the cause of the massive zombie outbreak.  During the course of the night, the survivors learn that the only way to "kill" the zombies is through a direct blow to the head.  The survivors scavenge the house and basement for weapons, supplies, and objects to barricade the house.  While scavenging, Ben, the main protagonist, exclaims: "This is hell on earth. This is pure hell on earth."

A power struggle over whether to flee the farmhouse or wait for rescue soon erupts and in the resulting confusion, the zombies invade.  A young girl hiding in the house who was previously bitten by a zombie dies, reanimates as a zombie, and kills her parents.  Everyone except Ben, who hid in the basement, is killed off.  The next day, with some semblance of order restored, a militia sets out to kill all the zombies around the farmhouse.  Its efforts are recorded by reporters arriving via helicopter.  Ben, hearing the human voices, emerges from his hiding spot and is shot.

A true and correct DVD copy of *Night of the Living Dead* is attached hereto as **Exhibit 14** and authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 10.  A Wikipedia reference providing more information about *Night of the Living Dead* is attached hereto as **Exhibit 15** and a copy of the film's script enclosed with the DVD is attached hereto as **Exhibit 16.**  Both Exhibit

                                              

15 and Exhibit 16 are authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 10.

6.      *Day of the Dead*

Written and directed by George A. Romero, *Day of the Dead* is the third installment of the *Living Dead* series of films and was released in 1985.  The story picks up sometime after the massive zombie outbreak featured in *Night of the Living Dead* and the first few months chronicled in *Dawn of the Dead*.  Three groups of survivors take refuge in an underground secure warehouse: scientists, soldiers, and a few civilians.  Zombies eventually invade the complex and some survivors escape via helicopter.  Other survivors are bitten by zombies and then turn into zombies themselves.

A true and correct DVD copy of *Day of the Dead* is attached hereto as **Exhibit 17** and authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 11.  A Wikipedia reference providing more information about *Day of the Dead* is attached hereto as **Exhibit 18** and authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 11.

7.      *Land of the Dead*

The fourth of George Romero's zombie films, *Land of the Dead* was released in 2005.  Taking place years after the massive zombie outbreak first featured in *Night of the Living Dead*, a large group of humans have taken refuge in Pittsburgh, Pennsylvania.  Surrounded by rivers and an impenetrable electric fence, the humans live in relative safety from the zombies.  The survivors send an armored tank into the wider world to scavenge for food, weapons, and other supplies.

A true and correct DVD copy of *Land of the Dead* is attached hereto as **Exhibit 19** and authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 12.  A Wikipedia reference providing more information about *Land of the Dead* is attached hereto as **Exhibit 20** and authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 12.

8.      *Night of the Comet*

Released in 1984, the film follows two sisters who evade radioactive emissions released when the earth passed through the tail of a comet.  People directly exposed to the emissions immediately turn into red dust, but those only partially exposed turn into flesh-eating zombies slowly dying of radiation poisoning.  Without anyone to stop them, the sisters loot a local mall

1  and are attacked by zombies while there.

2       A true and correct DVD copy of *Night of the Comet* is attached hereto as **Exhibit 21** and

3  authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 13.  A Wikipedia reference

4  providing more information about *Night of the Comet* is attached hereto as **Exhibit 22** and

5  authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 13.

6       9.    *Shaun of the Dead*

7       The comedy-horror film *Shaun of the Dead* was released in 2004.  During an unexplained

8  outbreak of flesh-eating zombies, a group of friends take refuge in the local pub. One by one,

9  most of the group is picked off in a variety of gory but comedic ways, with those bitten by

10  zombies turning into zombies themselves.

11       A true and correct DVD copy of *Shaun of the Dead* is attached hereto as **Exhibit 23** and

12  authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 14.  A Wikipedia reference

13  providing more information about *Shaun of the Dead* is attached hereto as **Exhibit 24** and

14  authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 14.

15       10.    *Planet Terror*

16       *Planet Terror* was released in 2007.  An experimental bio-nerve gas released in a small

17  town causes most of its residents to turn into flesh-eating zombies.  Several survivors seek refuge

18  in a local restaurant, and try to survive the zombies and a group of soldiers who want to take them

19  hostage.  Later, some of the survivors use a helicopter to kill zombies.

20       A true and correct DVD copy of *Planet Terror* is attached hereto as **Exhibit 25** and

21  authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 15.  A Wikipedia reference

22  providing more information about *Planet Terror* is attached hereto as **Exhibit 26** and

23  authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 15.

24       11.    *28 Days Later*

25       In the 2002 film *28 Days Later*, a "rage virus" has infected most of Britain's population

26  turning them into flesh-eating zombies.  If a human is bitten by a zombie, that person

27  immediately turns into a zombie.  Twenty-eight days after the initial outbreak, a small group of

28  survivors flee London looking for help.  During their travels they break into an abandoned

-9-

1    grocery store to stock up on food and other supplies.  They then meet up with a paramilitary

2    group who has taken refuge in an abandoned mansion.

3        A true and correct DVD copy of *28 Days Later* is attached hereto as **Exhibit 27** and

4    authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 16.  A Wikipedia reference

5    providing more information about *28 Days Later* is attached hereto as **Exhibit 28** and

6    authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 16.

7        12.    *28 Weeks Later*

8        *28 Weeks Later*, a sequel to *28 Days Later*, was released in 2007 and picks up roughly

9    seven months after the initial infection outbreak.  With the rage virus apparently under control,

10   survivors are kept in a highly fortified section of London.  The infection is again unleashed inside

11   the quarantined zone turning the residents into flesh-eating zombies.  The few survivors escape

12   the zombies via a helicopter.

13       A true and correct DVD copy of *28 Weeks Later* is attached hereto as **Exhibit 29** and

14   authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 17.  A Wikipedia reference

15   providing more information about *28 Weeks Later* is attached hereto as **Exhibit 30** and

16   authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 17.

17       13.    *Resident Evil*

18       *Resident Evil*, released in 2002, is based on Capcom's series of zombie-themed video

19   games of the same name.  A deadly virus has been released inside the underground headquarters

20   of the Umbrella Corporation turning the employees into flesh-eating zombies.  A group of

21   survivors attempt to escape, but many are bitten by zombies and turn into zombies themselves.

22       A true and correct DVD copy of *Resident Evil* is attached hereto as **Exhibit 31** and

23   authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 18.  A Wikipedia reference

24   providing more information about *Resident Evil* is attached hereto as **Exhibit 32** and

25   authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 18.

26       14.    *Resident Evil:  Apocalypse*

27       *Resident Evil: Apocalypse,* released in 2004, is the sequel to *Resident Evil* and picks up

28   where that film left off.  Flesh-eating zombies escape the Umbrella Corporations' headquarters

and invade Raccoon City.  To cover up the outbreak, the Umbrella Corporation plans to set off a nuclear weapon in the city.  A group of survivors escapes via a helicopter.

A true and correct DVD copy of *Resident Evil: Apocalypse* is attached hereto as **Exhibit 31** and authenticated by the Kelly Declaration.[2]  *See* Kelly Declaration ¶ 18.  A Wikipedia reference providing more information about *Resident Evil: Apocalypse* is attached hereto as **Exhibit 34** and authenticated by the Kelly Declaration.[3]  *See* Kelly Declaration ¶ 19.

15.     *Resident Evil: Extinction*

The most recent edition of the Resident Evil films, *Resident Evil: Extinction* was released in 2007 and picks up five years after *Resident Evil: Apocalypse*.  In this film, flesh-eating zombies have spread worldwide, turning most humans into zombies through zombie bites.  One group of humans has taken refuge in the Umbrella Corporation's underground bunker.  A group of survivors from Raccoon City first travel to Los Angeles to scavenge for food, weapons, and other supplies.  They then try to break into the underground bunker for more supplies.

A true and correct DVD copy of *Resident Evil: Extinction* is attached hereto as **Exhibit 35** and authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 20.  A Wikipedia reference providing more information about *Resident Evil: Extinction* is attached hereto as **Exhibit 36** and authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 20.

16.     *Resident Evil* (1996, 2002) and *Resident Evil: The Deadly Silence*

Originally released in 1996 for the Sony PlayStation®, Capcom remade the original version in 2002 for the Nintendo GameCube™ platform.  In 2006, the original version was ported to the Nintendo DS™ portable game player and titled *Resident Evil: The Deadly Silence.*  The games take place in and around a mansion in Raccoon City, a secluded mountain town, which has been completely overrun by flesh-eating zombies and mutant beasts.  The mission is to investigate the ominous mansion at the heart of the zombie outbreak.  The player solves mysteries and discovers the secrets of the Umbrella Corporation.  Supplies must be collected along the way from different areas of the mansion.  As it moves through the mansion, the player faces horrific

---

[2] The DVD attached as Exhibit 31 contains both *Resident Evil* and *Resident Evil: Apocalypse.*
[3] Exhibit 33 is intentionally omitted.

1  and gruesome battles with zombies and other monsters.  In the 2002 version, if the player fails to

2  behead or incinerate a "dead" zombie, it reanimates as a super zombie.  Although there are

3  numerous endings depending on how the game is played, several involve the protagonist fleeing

4  in a helicopter moments before the mansion explodes.

5  A true and correct copy of *Resident Evil* (2002) is attached hereto as **Exhibit 37** and

6  authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 21.  A true and correct copy of

7  *Resident Evil: The Deadly Silence* is attached hereto as **Exhibit 38** and authenticated by the Kelly

8  Declaration**.**  *See* Kelly Declaration ¶ 22.

9  17.  *Resident Evil: Code Veronica*

10  In this 2001 title for Sony PlayStation® 2, a commando tries to infiltrate an island

11  controlled by the Umbrella Corporation to find her missing brother.  Once there, she must try to

12  survive before the island is completely overrun by flesh-eating zombies while simultaneously

13  trying to shut down the Umbrella Corporation.

14  A true and correct copy of *Resident Evil:  Code Veronica* is attached hereto as **Exhibit 39**

15  and authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 23.

16  18.  *Resident Evil: Outbreak*

17  *Resident Evil: Outbreak* was released in 2004 for Sony's PlayStation® 2.  In *Outbreak*,

18  players can choose between eight ordinary residents of Raccoon City as they battle the initial

19  outbreak of flesh-eating zombies.  Five different scenarios are played in a bar, research facility,

20  an overrun hospital, and a burning hotel.  As players work through different levels, either in

21  offline mode or an online four-player mode, they must scavenge for essential resources like guns,

22  healing herbs and health sprays, and everyday items like pipes that can be used as weapons.

23  A true and correct copy of *Resident Evil: Outbreak* is attached hereto as **Exhibit 40** and

24  authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 24.

25  19.  *Resident Evil: The Umbrella Chronicles*

26  Capcom released *Resident Evil: The Umbrella Chronicles* for the Nintendo Wii™

27  platform in 2007.  It combines various scenarios from earlier *Resident Evil* games allowing the

28  player to fully explore the mysterious Umbrella Corporation, the company responsible for

-12-

1   unleashing the virus that turns people into flesh-eating zombies.  During the game, players search

2   for weapons and other supplies.

3       A true and correct copy of *Resident Evil:  The Umbrella Chronicles* is attached hereto as

4   **Exhibit 41** and authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 25.

5       20.     *Urban Dead*

6       *Urban Dead* is a multi-player role-playing web-based video game.  The game can be

7   played in two locations, either the fictional city of Malton or in Monroeville, Pennsylvania.  The

8   game, which has a "zombie apocalypse" theme, deals with the aftermath of a massive outbreak of

9   flesh-eating zombies.  Players enter the game either as a human survivor or a zombie.  Gameplay

10  involves zombies breaking into "resource buildings" and attacking the inhabitants, and survivors

11  trying to defend the houses by barricading them and killing any zombies present.  "Resource

12  buildings" are typically buildings where supplies and weapons can be found, such as hospitals,

13  police stations and shopping malls, including a shopping mall called "Monroeville Mall."

14      A true and correct copy of screen shots from the Urban Dead website, located on the

15  Internet at www.urbandead.com (where the game can be played), is attached hereto as **Exhibit 42**

16  and authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 26.   A Wikipedia reference

17  providing more information about *Urban Dead* is attached hereto as **Exhibit 43** and attached as

18  **Exhibit 44** hereto is the Urban Dead Wiki entry for the game's Monroeville Mall found at

19  http://wiki.urbandead.com/index.php/Monroeville_Mall.  Both Exhibit 43 and Exhibit 44 are

20  authenticated by the Kelly Declaration.  *See* Kelly Declaration ¶ 26.

21  **III.     THE COURT CAN JUDICIALLY NOTICE GENERIC OR STOCK ELEMENTS
             THAT ARE PREVALENT IN ZOMBIE-THEMED FILMS AND VIDEO GAMES.**
22

23      Finally, it is well established that in copyright cases, courts may take judicial notice of

24  generic or "stock" elements that are prevalent in works within the genre at issue.  *See Zella*, 529

25  F. Supp. 2d at 1131 (taking judicial notice that the elements of a host, guest celebrities, an

26  interview and a cooking segment are "common and prevalent" in publicly available television

27  shows); *Gal*, 518 F. Supp. 2d at 546-547 (taking judicial notice that shared elements of the works

28  such as a young female journalistic protagonist, the development of a miracle drug, a murder, and

-13-

1    a love affair were either stock elements of the thriller genre or of defendants' own prior works, or

2    flowed naturally from the work's shared plot of "corporate greed surrounding the development of

3    a miracle drug"); *Walker*, 615 F. Supp. at 438 (taking judicial notice that "members of the New

4    York Police Department are often portrayed as Irish, smokers, drinkers, and third or fourth

5    generation police officers"); *Willis v. Home Box Office*, No. CV 2500 JSM, 2001 U.S. Dist.

6    LEXIS 17887, at *5 (S.D.N.Y. Nov. 5, 2001) ("It does not strain the concept of judicial notice to

7    observe that books, movies, and television series are full of such unethical men and women in a

8    variety of businesses and…this is a not uncommon perception of talent agents"); *Twentieth*

9    *Century Fox Film Corp.*, 155 F. Supp. 2d at 41 n.71 (judicially noticing that *Star Wars*

10   exemplified a "generalized plot scenario" of a mentor nurturing a young and gifted hero which is

11   "common to fiction in general and science fiction works in particular").

12       Capcom therefore respectfully requests that the Court take judicial notice of the fact that

13   the following alleged similarities between DOTD and *Dead Rising* about which MKR complains

14   are unoriginal, generic elements, common and prevalent in zombie-themed films and video

15   games: (a) an outbreak of flesh-eating zombies; (b) humans taking refuge in structures containing

16   food, supplies, and weapons, like shopping malls; (c) blood, violence, and gore; and (d) accessing

17   or escaping areas of zombie infestation via helicopter.

18   **IV.    CONCLUSION**

19       For all of the foregoing reasons, Capcom respectfully requests that the Court grant its

20   request for judicial notice.

21   Dated: June 11, 2008                    FENWICK & WEST LLP

22

23                                           By:_____/s/ Jennifer L. Kelly_____
                                                         Jennifer L. Kelly
24

25                                           Attorneys for Plaintiffs and Counterclaim
                                             Defendants Capcom Co., Ltd., Capcom
26                                           Entertainment, Inc., and Third Party Defendant
                                             Capcom U.S.A., Inc.
27   25750/00401/LIT/1286646.4

28

REQUEST FOR JUDICIAL NOTICE                                      CASE NO.  CV-08-0904 RS