**FENWICK & WEST LLP**

SILICON VALLEY CENTER   801 CALIFORNIA STREET   MOUNTAIN VIEW, CA 94041
TEL 650.988.8500   FAX 650.938.5200   WWW.FENWICK.COM

June 11, 2008

RODGER R. COLE

EMAIL RCOLE@FENWICK.COM
DIRECT DIAL (650) 335-7603

## VIA ECF

Honorable Judge Richard Seeborg
USDC Northern District
San Jose Division
280 South First Street, Room 2112
San Jose, CA 95113

    Re:    *Capcom Co., Ltd. v. The MKR Group, Inc.*,
            USDC ND CA Case No. CV 08-00904 RS

Dear Judge Seeborg:

    The above-referenced action has been reassigned to Your Honor from the Honorable Jeffrey S. White. The dispute between Capcom and The MKR Group ("MKR") centers on MKR's claim that Capcom's video game *Dead Rising* infringes the copyright, trademark, and other intellectual property rights allegedly held by MKR in the 1979 film *George A. Romero's Dawn of the Dead*.

    Capcom Co., Ltd. and Capcom Entertainment, Inc. commenced this action on February 12, 2008, seeking a judicial declaration that their video game *Dead Rising* does not infringe any copyright, trademark, or other intellectual property rights allegedly held by MKR in the 1979 film or its 2004 remake. On May 12, 2008, MKR filed its Answer and Counterclaims, and on May 15, 2008, filed its Amended Answer, Counterclaims and Third Party Complaint ("the Counterclaim"), joining Capcom U.S.A., Inc. as a third party defendant (all three Capcom entities are collectively referred to herein as "Capcom").

    Today, Capcom filed a motion to dismiss the Counterclaim, in its entirety, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the basis, *inter alia*, that the works are not substantially similar (the "Motion to Dismiss"). The Motion to Dismiss is noticed for August 6, 2008 at 9:30 a.m. The parties have agreed to a briefing schedule whereby MKR will serve and file its opposition papers to the Motion to Dismiss by July 2, 2008 and Capcom will serve and file its reply papers by July 16, 2008.

    In connection with the Motion to Dismiss, it is appropriate for the Court to review and compare the works at issue, namely, *Dead Rising* and *George A. Romero's Dawn of the Dead*. See, e.g., Christianson v. West Pub. Co., 149 F.2d 202, 203 (9th Cir. 1945); *Thomas v. Disney*, 2008 U.S. Dist. LEXIS 14643, *5 fn. 1 (N.D. Cal. February 14, 2008) (Wilkin, J.); *Zella v. Scripps*, 529 F. Supp. 2d 1124, 1128-1129 (C.D. Cal. 2007). The Court's review of *Dead Rising*

Honorable Judge Richard Seeborg
June 11, 2008
Page 2

and *George A. Romero's Dawn of the Dead* may include not only the video game and film themselves, but the works' corresponding scripts. *See Litchfield v. Spielberg*, 736 F.2d 1352, 1356 (9th Cir. 1984); *See v. Durang*, 711 F.2d 141, 142 (9th Cir. 1983); *Grosso v. Miramax Film Corp.*, 2001 U.S. Dist. LEXIS 26199, *32-39 (C.D. Cal. November 6, 2001) (Collins, J.), *aff'd in part, rev'd in part by, remanded by, Grosso v. Miramax Films Corp.*, 2004 U.S. App. LEXIS 6833 (9th Cir. Cal. 2004).

One issue in the Court's review of the works in dispute is that *Dead Rising* was designed exclusively for, and therefore can only be played on, the Microsoft Xbox 360 platform, thus making the availability of an Xbox 360 essential to the Court's review of the *Dead Rising* video game. At the Initial Case Management Conference before Judge White, Capcom raised the issue and offered to provide an Xbox 360 for the Court's use in evaluating the works at issue. Judge White instructed Capcom to submit a [Proposed] Order allowing Capcom to lodge an Xbox with the Court. A copy of Capcom's [Proposed] Order is enclosed. Once the Court enters the Order, Capcom will deliver an Xbox to Your Honor's Chambers.

Very truly yours,

FENWICK & WEST LLP

Rodger R. Cole

RRC:vp

Enclosure

cc:   Jonathan D. Reichman, Esq. (via ECF)
      Allen J. Baden, Esq. (via ECF)
      Counsel for MKR

25750/00401/LIT/1286642.1

1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, CA 94041
4  Telephone:  (650) 988-8500

5  Facsimile:  (650) 938-5200

   JENNIFER L. KELLY (CSB NO. 193416)
6  jkelly@fenwick.com
   MARY E. MILIONIS (CSB NO. 238827)
7  mmilionis@fenwick.com
   FENWICK & WEST LLP
8  555 California Street - 12th Floor
   San Francisco, CA 94104
9  Telephone:  (415) 875-2300
   Facsimile:  (415) 281-1350
10
   Attorneys for Plaintiffs and Counterclaim-
11 defendants Capcom Co., Ltd. and Capcom
   Entertainment, Inc., and Third Party Defendant
12 Capcom U.S.A., Inc.

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                           SAN JOSE DIVISION

16 | CAPCOM CO., LTD. AND CAPCOM              | Case No. CV-08-0904 RS
   | ENTERTAINMENT, INC.,                     |
17 |                                          | **[PROPOSED] ORDER PERMITTING
   |        Plaintiffs,                       | DELIVERY AND USE OF XBOX IN
18 | v.                                       | CONNECTION WITH PLAINTIFFS'
   |                                          | AND THIRD PARTY DEFENDANT'S
19 | THE MKR GROUP, INC.,                     | MOTION TO DISMISS AMENDED
   |                                          | COUNTERCLAIMS AND THIRD
20 |        Defendant.                        | PARTY COMPLAINT**

21 | THE MKR GROUP, INC.,                     | Courtroom: 4, 5th Floor
   |                                          | Judge: Hon. Richard Seeborg
22 |     Counterclaim-Plaintiff and
   |     Third-Party Plaintiff,
23 | v.
24 | CAPCOM CO., LTD. AND CAPCOM
   | ENTERTAINMENT, INC.,
25 |     Counterclaim-Defendants
26 | and
27 | CAPCOM U.S.A, INC.
   |     Third-Party Defendant.
28

[PROPOSED] ORDER RE XBOX 360                                    CASE NO. CV-08-0904

1   WHEREAS, Capcom Co., Ltd. and Capcom Entertainment, Inc. commenced this action
2   on February 12, 2008, seeking a judicial declaration that their video game *Dead Rising* does not
3   infringe any copyright, trademark, or other intellectual property rights allegedly held by The
4   MKR Group, Inc. ("MKR") in the 1979 film *George A. Romero's Dawn of the Dead* or its 2004
5   remake;

6   WHEREAS, on May 12, 2008, MKR filed its Answer and Counterclaims, and on May 15,
7   2008, filed its Amended Answer, Counterclaims and Third Party Complaint ("the
8   Counterclaim"), joining Capcom U.S.A., Inc. as a third party defendant (hereinafter, all three
9   Capcom entities are referred to collectively as "Capcom");

10  WHEREAS, the Counterclaim asserts various federal and state law claims against
11  Capcom, including claims for copyright infringement based on MKR's assertion that *Dead Rising*
12  is "substantially similar" to *George A. Romero's Dawn of the Dead*, and those elements of its
13  2004 remake that are original to MKR, within the meaning of the Copyright Act;

14  WHEREAS, on June 9, 2008, Capcom will file a motion to dismiss the Counterclaim, in
15  its entirety, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the basis, *inter*
16  *alia*, that the works are not substantially similar (the "Motion to Dismiss") which, pursuant to this
17  Court's Civil Minute Order dated May 30, 2008, will be heard in this Court on August 8, 2008 at
18  9:00 a.m.;

19  WHEREAS, in connection with the Motion to Dismiss, it is appropriate for the Court to
20  review and compare the works at issue, namely, *Dead Rising* and *George A. Romero's Dawn of*
21  *the Dead* (*Christianson v. West Pub. Co.*, 149 F.2d 202, 203 (9th Cir. 1945); *Thomas v. Disney*,
22  2008 U.S. Dist. LEXIS 14643, *5 fn. 1 (N.D. Cal. February 14, 2008) (Wilkin, J.); *Zella v.*
23  *Scripps*, 2007 U.S. Dist. LEXIS 95181, *10 (C.D. Cal. December 18, 2007) (Collins, J.));

24  WHEREAS, *Dead Rising* was designed exclusively for, and therefore can only be played
25  on, the Xbox 360 platform, thus making the availability of an Xbox 360 essential to Court's
26  review of the *Dead Rising* video game.

27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Dated: June 11, 2008

FENWICK & WEST LLP

By: /s/ Rodger R. Cole
Rodger R. Cole

Attorneys for Plaintiffs CAPCOM CO., LTD., CAPCOM ENTERTAINMENT, INC. and Counterclaim-Defendant CAPCOM U.S.A., INC.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. Capcom may deliver an Xbox 360 to the Court (directly to this Courtroom), for the Court's use in reviewing *Dead Rising* in connection with the Motion to Dismiss;

2. The Court may, in its discretion, use the Xbox 360 to:

    (a) Play *Dead Rising* (a copy of which will be submitted by Capcom along with its Motion to Dismiss); and/or

    (b) view the scenes of *Dead Rising* which require little to no user interaction, including the opening scenes, and supplement its review of *Dead Rising* by reading its written script (a copy of which will be submitted by Capcom along with its Motion to Dismiss).

**IT IS SO ORDERED**.

Dated: _____, 2008

By: _____
The Honorable Richard Seeborg
United States District Court Judge