1   RODGER R. COLE (CSB NO. 178865)
    rcole@fenwick.com
2   FENWICK & WEST LLP
    Silicon Valley Center
3   801 California Street
    Mountain View, CA  94041
4   Telephone:     (650) 988-8500
    Facsimile:     (650) 938-5200
5
    JENNIFER L. KELLY (CSB NO. 193416)
6   jkelly@fenwick.com
    MARY E. MILIONIS (CSB NO. 238827)
7   mmilionis@fenwick.com
    FENWICK & WEST LLP
8   555 California Street - 12th Floor
    San Francisco, CA  94104
9   Telephone:     (415) 875-2300
    Facsimile:     (415) 281-1350

10  Attorneys for Plaintiffs and Counterclaim-
    defendants Capcom Co., Ltd. and Capcom
11  Entertainment, Inc., and Third Party Defendant
    Capcom U.S.A., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE MKR GROUP, INC., <br><br> Defendant. <br><br> THE MKR GROUP, INC., <br><br> Counterclaim-Plaintiff and Third-Party Plaintiff, <br><br> v. <br><br> CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC., <br><br> Counterclaim-Defendants <br><br> and <br><br> CAPCOM U.S.A, INC. <br><br> Third-Party Defendant. | Case No.  CV-08-0904 RS <br><br> **CERTIFICATE OF SERVICE** <br><br> Date: August 6, 2008 <br> Time: 9:30 a.m. <br> Courtroom:  4, 5th Floor <br> Judge:  Hon. Richard Seeborg |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

CERTIFICATE OF SERVICE                                                      CASE NO. CV-08-0904

# CERTIFICATE OF SERVICE

I, Evelyn P. Dela Cruz, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is: 555 California Street, San Francisco, California 94104.  On June 11, 2008, I served the within documents as noted below:

**EXHIBITS 1-44 TO THE REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' AND THIRD PARTY DEFENDANT'S MOTION TO DISMISS AMENDED COUNTERCLAIMS AND THIRD PARTY COMPLAINT**

☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date

☐ by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices.  I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☒ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☒ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by causing to be transmitted via e-mail courtesy copies of the document(s) listed above to person(s) set forth below

| | |
|---|---|
| Allen J. Baden<br>Mark Yuan<br>Kenyon & Kenyon LLP<br>River Park Towers<br>333 W. San Carlos Street, Suite 600<br>San Jose, CA  95110<br>**(by hand delivery)** | Jonathan David Reichman<br>Mimi K. Rupp<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, NY  10004<br>**(by overnight delivery)** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 11, 2008 , at San Francisco, California.

                                           /s/ Evelyn P. Dela Cruz
                                           EVELYN P. DELA CRUZ