RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
555 California Street - 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiffs and Counterclaim-
defendants Capcom Co., Ltd. and Capcom
Entertainment, Inc., and Third Party Defendant
Capcom U.S.A., Inc.

*E-FILED 6/12/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE MKR GROUP, INC.,<br><br>　　　　Defendant. | Case No. CV-08-0904 RS<br><br>**[~~PROPOSED~~] ORDER PERMITTING DELIVERY AND USE OF XBOX IN CONNECTION WITH PLAINTIFFS' AND THIRD PARTY DEFENDANT'S MOTION TO DISMISS AMENDED COUNTERCLAIMS AND THIRD PARTY COMPLAINT**<br><br>Courtroom: 4, 5th Floor<br>Judge: Hon. Richard Seeborg |
| THE MKR GROUP, INC.,<br><br>　　　　Counterclaim-Plaintiff and<br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC.,<br><br>　　　　Counterclaim-Defendants<br><br>and<br><br>CAPCOM U.S.A, INC.<br><br>　　　　Third-Party Defendant. | |

1  WHEREAS, Capcom Co., Ltd. and Capcom Entertainment, Inc. commenced this action
2  on February 12, 2008, seeking a judicial declaration that their video game *Dead Rising* does not
3  infringe any copyright, trademark, or other intellectual property rights allegedly held by The
4  MKR Group, Inc. ("MKR") in the 1979 film *George A. Romero's Dawn of the Dead* or its 2004
5  remake;

6  WHEREAS, on May 12, 2008, MKR filed its Answer and Counterclaims, and on May 15,
7  2008, filed its Amended Answer, Counterclaims and Third Party Complaint ("the
8  Counterclaim"), joining Capcom U.S.A., Inc. as a third party defendant (hereinafter, all three
9  Capcom entities are referred to collectively as "Capcom");

10  WHEREAS, the Counterclaim asserts various federal and state law claims against
11  Capcom, including claims for copyright infringement based on MKR's assertion that *Dead Rising*
12  is "substantially similar" to *George A. Romero's Dawn of the Dead*, and those elements of its
13  2004 remake that are original to MKR, within the meaning of the Copyright Act;

14  WHEREAS, on June 9, 2008, Capcom will file a motion to dismiss the Counterclaim, in
15  its entirety, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the basis, *inter
16  alia*, that the works are not substantially similar (the "Motion to Dismiss") which, pursuant to this
17  Court's Civil Minute Order dated May 30, 2008, will be heard in this Court on August 8, 2008 at
18  9:00 a.m.;

19  WHEREAS, in connection with the Motion to Dismiss, it is appropriate for the Court to
20  review and compare the works at issue, namely, *Dead Rising* and *George A. Romero's Dawn of
21  the Dead* (*Christianson v. West Pub. Co.*, 149 F.2d 202, 203 (9th Cir. 1945); *Thomas v. Disney*,
22  2008 U.S. Dist. LEXIS 14643, *5 fn. 1 (N.D. Cal. February 14, 2008) (Wilkin, J.); *Zella v.
23  Scripps*, 2007 U.S. Dist. LEXIS 95181, *10 (C.D. Cal. December 18, 2007) (Collins, J.));

24  WHEREAS, *Dead Rising* was designed exclusively for, and therefore can only be played
25  on, the Xbox 360 platform, thus making the availability of an Xbox 360 essential to Court's
26  review of the *Dead Rising* video game.

27
28

Dated: June 11, 2008                        FENWICK & WEST LLP

By:  /s/ Rodger R. Cole
     Rodger R. Cole

Attorneys for Plaintiffs CAPCOM CO., LTD., CAPCOM ENTERTAINMENT, INC. and Counterclaim-Defendant CAPCOM U.S.A., INC.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. Capcom may deliver an Xbox 360 to the Court (directly to this Courtroom), for the Court's use in reviewing *Dead Rising* in connection with the Motion to Dismiss;

2. The Court may, in its discretion, use the Xbox 360 to:

    (a) Play *Dead Rising* (a copy of which will be submitted by Capcom along with its Motion to Dismiss); and/or

    (b) view the scenes of *Dead Rising* which require little to no user interaction, including the opening scenes, and supplement its review of *Dead Rising* by reading its written script (a copy of which will be submitted by Capcom along with its Motion to Dismiss).

**IT IS SO ORDERED**.

Dated: June 12, 2008                        By: [signature]
     The Honorable Richard Seeborg
     United States District Court Judge