UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time: 10 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__  DATE: __6/25/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
CASE #: __C 008-00904RS__

CASE TITLE: __CAPCOM COMPANY__  VS. __THE MKR GROUP, INC.__

**Appearances for Plaintiff(s)**  **Appearances for Defendant(s)**

__RODGER R. COLE__  __ALLEN J. BADEN__

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X}  CMC   { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }    { }    { }    1.
{ }    { }    { }    2.
{ }    { }    { }    3.
{ }    { }    { }    4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**   { } Cont'd to:          @          For

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments:

CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER

HOURS IN SETTLEMENT:           Copies to: