RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

ALLEN J. BADEN (CSB NO. 255805)
abaden@kenyon.com
MARK YUAN (CSB NO. 246146)
myuan@kenyon.com
KENYON & KENYON LLP
River Park Towers
333 W. San Carlos Street, Suite 600
San Jose, CA  95110
Telephone:   (408) 975-7500
Facsimile:    (408) 975-7501

Attorneys for Plaintiffs-Counterclaim
Defendants CAPCOM CO., LTD. and
CAPCOM ENTERTAINMENT, INC. and
Third-Party Defendant, CAPCOM U.S.A.,
INC.

Attorneys for Defendant, Counterclaim-
Plaintiff and Third-Party Plaintiff, THE
MKR GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC.,<br><br>                Plaintiffs,<br><br>        v.<br><br>THE MKR GROUP, INC.,<br><br>                Defendant. | Case No.  3:08-CV-00904 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON, AND MODIFYING THE BRIEFING SCHEDULE RELATED TO, CAPCOM'S MOTION TO DISMISS MKR'S AMENDED COUNTERCLAIMS AND THIRD PARTY COMPLAINT**<br><br>Complaint Filed:  February 12, 2008 |
| THE MKR GROUP, INC.,<br><br>                Counterclaim-Plaintiff<br>                and Third-Party Plaintiff,<br><br>        v.<br><br>CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC.,<br><br>                Counterclaim-Defendants,<br><br>        and<br><br>CAPCOM U.S.A., INC.,<br><br>                Third-Party Defendant. | |

1    WHEREAS, as on June 3, 2008, the Honorable Jeffrey S. White issued an Order

2 Scheduling Trial and Pretrial Matters requiring that the last date for a hearing on a motion to

3 dismiss be August 8, 2008 (*see* Docket No. 29);

4    WHEREAS, the above captioned action was ordered reassigned to the Honorable Richard

5 Seeborg, for all purposes including trial, on June 9, 2008 (*see* Docket No. 31);

6    WHEREAS, on June 11, 2008, Plaintiffs and Counterclaim-Defendants Capcom Co., Ltd.

7 and Capcom Entertainment, Inc. and Third Party Defendant Capcom U.S.A., Inc. (collectively,

8 "Capcom") filed its Notice of Motion and Motion to Dismiss Defendant and Counterclaim-

9 Plaintiff The MKR Group, Inc.'s ("MKR") Amended Counterclaims and Third Party Complaint

10 (*see* Docket No. 34) (the "Motion to Dismiss");

11    WHEREAS, the Motion to Dismiss was originally set to be heard on August 6, 2008, at

12 9:30 a.m., in the Courtroom of Magistrate Judge Seeborg;

13    WHEREAS, Capcom and MKR (collectively, the "Parties") agree to continue the hearing

14 until September 3, 2008, at 9:30 a.m.;

15    WHEREAS, the Parties further agree that the deadline for MKR to file its papers opposing

16 the Motion to Dismiss, currently set for July 2, 2008, be continued until July 23, 2008, and that

17 Capcom's response to MKR's opposition, currently set for July 16, 2008, be continued until

18 August 13, 2008; and,

19    WHEREAS, on June 25, 2008, counsel for the Parties appeared before Magistrate Judge

20 Seeborg for a Case Management Conference during which Magistrate Judge Seeborg indicated

21 his approval of the revised briefing and hearing schedule for the Motion to Dismiss as described

22 above.

23    ACCORDINGLY, Capcom and MKR, by and through their counsel of record, hereby

24 stipulate and agree as follows:

25    1.    That Capcom's Motion to Dismiss should now be heard on September 3, 2008, at

26        9:30 a.m.

27    2.    That MKR's deadline to file its papers in opposition to the Motion to Dismiss

28        should be continued until July 23, 2008.

1    3.    That Capcom's deadline to file its reply papers in support of its Motion to Dismiss

2         should be continued until August 13, 2008.

3    Dated:    June 30, 2008             FENWICK & WEST LLP

4

5                                        By:_____/s/ Mary E. Milionis_____
                                                Mary E. Milionis

6                                        Attorneys for Plaintiffs CAPCOM CO., LTD.,
                                         CAPCOM ENTERTAINMENT, INC. and
7                                        Counterclaim-Defendant CAPCOM U.S.A., INC.

8    Dated:    June 30, 2008             KENYON & KENYON LLP

9

10                                       By:_____/s/ Allen J. Baden_____
                                                Allen J. Baden

11                                       Attorneys for Defendant and Counterclaim-
                                         Plaintiff THE MKR GROUP, INC.
12

13               **ATTESTATION PURSUANT TO GENERAL ORDER 45**

14

15         I, Mary E. Milionis, attest that concurrence in the filing of this document has been

16   obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed

17   document.

18         I declare under penalty of perjury under the laws of the United States of America that the

19   foregoing is true and correct.  Executed this 30th day of June 2008, at San Francisco, California.

20   Dated: June 30, 2008                FENWICK & WEST LLP

21

22                                       By:_____/s/ Mary E. Milionis_____
                                                Mary E. Milionis

23                                       Attorneys for Plaintiffs CAPCOM CO., LTD.,
                                         CAPCOM ENTERTAINMENT, INC. and
24                                       Counterclaim-Defendant CAPCOM U.S.A., INC.

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### [PROPOSED] ORDER

Pursuant to the above Stipulation, the hearing on Capcom's Motion to Dismiss is hereby continued until September 3, 2008 at 9:30 a.m.  The deadline for MKR to file its papers in opposition to the Motion to Dismiss is July 23, 2008, and Capcom's deadline to file its reply papers in support of the Motion to Dismiss is August 13, 2008.

**IT IS SO ORDERED**.

Dated: _____, 2008          By:_____

                                        The Honorable Richard Seeborg
                                        United States District Court Magistrate Judge

25750/00401/LIT/1287524.2