| | |
|---|---|
| RODGER R. COLE (CSB NO. 178865)<br>rcole@fenwick.com<br>JENNIFER L. KELLY (CSB NO. 193416)<br>jkelly@fenwick.com<br>MARY E. MILIONIS (CSB NO. 238827)<br>mmilionis@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200 | ALLEN J. BADEN (CSB NO. 255805)<br>abaden@kenyon.com<br>MARK YUAN (CSB NO. 246146)<br>myuan@kenyon.com<br>KENYON & KENYON LLP<br>River Park Towers<br>333 W. San Carlos Street, Suite 600<br>San Jose, CA 95110<br>Telephone: (408) 975-7500<br>Facsimile: (408) 975-7501 |
| Attorneys for Plaintiffs-Counterclaim Defendants CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC. and Third-Party Defendant, CAPCOM U.S.A., INC. | Attorneys for Defendant, Counterclaim-Plaintiff and Third-Party Plaintiff, THE MKR GROUP, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED 6/30/08*

| | |
|---|---|
| CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE MKR GROUP, INC.,<br><br>　　　　Defendant.<br><br>THE MKR GROUP, INC.,<br><br>　　　　Counterclaim-Plaintiff<br>　　　　and Third-Party Plaintiff,<br><br>　　v.<br><br>CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC.,<br><br>　　　　Counterclaim-Defendants,<br>　　and<br>CAPCOM U.S.A., INC.,<br><br>　　　　Third-Party Defendant. | Case No. 3:08-CV-00904 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON, AND MODIFYING THE BRIEFING SCHEDULE RELATED TO, CAPCOM'S MOTION TO DISMISS MKR'S AMENDED COUNTERCLAIMS AND THIRD PARTY COMPLAINT**<br><br>Complaint Filed: February 12, 2008 |

STIP & [PROPOSED] ORDER CONTINUING
THE HEARING ON CAPCOM'S MTD

CASE NO. 3:08-CV-00904 RS

1  WHEREAS, as on June 3, 2008, the Honorable Jeffrey S. White issued an Order Scheduling Trial and Pretrial Matters requiring that the last date for a hearing on a motion to dismiss be August 8, 2008 (*see* Docket No. 29);

  WHEREAS, the above captioned action was ordered reassigned to the Honorable Richard Seeborg, for all purposes including trial, on June 9, 2008 (*see* Docket No. 31);

  WHEREAS, on June 11, 2008, Plaintiffs and Counterclaim-Defendants Capcom Co., Ltd. and Capcom Entertainment, Inc. and Third Party Defendant Capcom U.S.A., Inc. (collectively, "Capcom") filed its Notice of Motion and Motion to Dismiss Defendant and Counterclaim-Plaintiff The MKR Group, Inc.'s ("MKR") Amended Counterclaims and Third Party Complaint (*see* Docket No. 34) (the "Motion to Dismiss");

  WHEREAS, the Motion to Dismiss was originally set to be heard on August 6, 2008, at 9:30 a.m., in the Courtroom of Magistrate Judge Seeborg;

  WHEREAS, Capcom and MKR (collectively, the "Parties") agree to continue the hearing until September 3, 2008, at 9:30 a.m.;

  WHEREAS, the Parties further agree that the deadline for MKR to file its papers opposing the Motion to Dismiss, currently set for July 2, 2008, be continued until July 23, 2008, and that Capcom's response to MKR's opposition, currently set for July 16, 2008, be continued until August 13, 2008; and,

  WHEREAS, on June 25, 2008, counsel for the Parties appeared before Magistrate Judge Seeborg for a Case Management Conference during which Magistrate Judge Seeborg indicated his approval of the revised briefing and hearing schedule for the Motion to Dismiss as described above.

  ACCORDINGLY, Capcom and MKR, by and through their counsel of record, hereby stipulate and agree as follows:

  1. That Capcom's Motion to Dismiss should now be heard on September 3, 2008, at 9:30 a.m.

  2. That MKR's deadline to file its papers in opposition to the Motion to Dismiss should be continued until July 23, 2008.

3. That Capcom's deadline to file its reply papers in support of its Motion to Dismiss should be continued until August 13, 2008.

Dated:     June 30, 2008         FENWICK & WEST LLP

                                 By:    /s/ Mary E. Milionis
                                        Mary E. Milionis

                                 Attorneys for Plaintiffs CAPCOM CO., LTD.,
                                 CAPCOM ENTERTAINMENT, INC. and
                                 Counterclaim-Defendant CAPCOM U.S.A., INC.

Dated:     June 30, 2008         KENYON & KENYON LLP

                                 By:    /s/ Allen J. Baden
                                        Allen J. Baden

                                 Attorneys for Defendant and Counterclaim-
                                 Plaintiff THE MKR GROUP, INC.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Mary E. Milionis, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of June 2008, at San Francisco, California.

Dated: June 30, 2008             FENWICK & WEST LLP

                                 By:    /s/ Mary E. Milionis
                                        Mary E. Milionis

                                 Attorneys for Plaintiffs CAPCOM CO., LTD.,
                                 CAPCOM ENTERTAINMENT, INC. and
                                 Counterclaim-Defendant CAPCOM U.S.A., INC.

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, the hearing on Capcom's Motion to Dismiss is hereby continued until September 3, 2008 at 9:30 a.m. The deadline for MKR to file its papers in opposition to the Motion to Dismiss is July 23, 2008, and Capcom's deadline to file its reply papers in support of the Motion to Dismiss is August 13, 2008.

**IT IS SO ORDERED**.

Dated: ___June 30___, 2008        By: _____
                                    The Honorable Richard Seeborg
                                    United States District Court Magistrate Judge

25750/00401/LIT/1287524.2