# M. Scott Donahey

July 16, 2008

Roger R. Cole
Fenwick & West LLP
801 California Street
Mountain View, CA  94041

Jennifer Lloyd Kelly
Mary Elizabeth Milionis
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA  94104

Allen J. Baden
Mark Delun Yuan
Kenyon & Kenyon LLP
333 W. San Carlos St.
Suite 600
San Jose, CA  95110

Jonathon David Reichman
Mimi K. Rupp
Kenyon & Kenyon LLP
One Broadway
New York, NY  10004

Re:    <u>Capcom Co. LTD v. The MKR Group, Inc., C 08-00904 RS MED</u>

Dear Counsel:

     As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program.  Please be sure to review carefully ADR L.R. 6 which governs the mediation program.  I have attached a resume describing my professional experience.

     Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

     1) the procedures to be followed;

2) the nature of the case;
3) appropriate dates for the mediation and anticipated length of the session;
4) ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
5) requirements for your written mediation statements; and
6) any questions you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour. The conference call will be held on July 23, 2008.  Telephone call-in information will follow by email.  As I understand that a mediation date will not be set until after the court rules on the motion to dismiss, dates for the mediation will not be discussed during our call.

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §4555 (a) and (b), and I am not aware of any other circumstances that would compromise my impartiality of the appearance of impartiality.

I look forward to assisting you on this case.

Sincerely,



M. Scott Donahey



Cc:  Alice M. Fiel – ADR Unit (via email)

3790 El Camino Real
Suite 171
Palo Alto, CA 94306

adr@scottdonahey.com
(650) 823-0338 Voice
(650) 941-4262 Fax