Allen J. Baden (CSB NO. 255805)
abaden@kenyon.com
Mark Yuan (CSB NO. 246146)
myuan@kenyon.com
Jonathan D. Reichman (*Pro Hac Vice*)
jreichman@kenyon.com
Mimi Rupp (*Pro Hac Vice*)
mrupp@kenyon.com
KENYON & KENYON LLP
River Park Towers
333 W. San Carlos St., Ste. 600
San Jose, CA 95110
Tel: 408.975.7500
Fax: 408.975.7501

Attorneys for Defendant, Counterclaim-Plaintiff and
Third-Party Plaintiff
THE MKR GROUP, INC.



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE MKR GROUP, INC.,<br><br>Defendant.<br><br>THE MKR GROUP, INC.,<br><br>Counterclaim-Plaintiff and Third-Party Plaintiff,<br><br>v.<br><br>CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC.,<br><br>Counterclaim-Defendants,<br><br>and<br><br>CAPCOM U.S.A., INC.,<br><br>Third-Party Defendant. | Case No. 3:08-CV-00904 (RS) (MED)<br><br>Hearing Date: September 3, 2008<br>Time: 9:30 a.m.<br>Honorable Richard Seeborg<br><br>**NOTICE OF MANUAL FILING**<br><br>FILED<br>2 4 20<br>W. WIEKING<br>DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

1   Regarding: Exhibit A to the Declaration of Mimi Rupp in Opposition to Capcom's Motion
2   to Dismiss MKR's Amended Counterclaims and Third Party Complaint.
3   This filing is in paper or physical form only, and is being maintained in the case
4   file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-
5   copy shortly. For information on retrieving this filing directly from the court, please see the
6   court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
7   This filing was not efiled for the following reason(s):
8   [_] Voluminous Document (PDF file size larger than the efiling system allows)
9   [_] Unable to Scan Documents
10  [_] Physical Object (description): _____
11  _____
12  [X_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
13  [_] Item Under Seal
14  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
15  [_] Other (description): _____
16  _____
17
18
19  Dated: July 23, 2008                    KENYON & KENYON LLP
20
21                                          By: _____
22                                          Allen J. Baden (CSB NO. 255805)
                                            Mark Yuan (CSB NO. 246146)
23                                          Jonathan D. Reichman (*Pro Hac Vice*)
                                            Mimi Rupp (*Pro Hac Vice*)
24                                          Attorneys for Defendant, Counterclaim-
                                            Plaintiff and Third-Party Plaintiff
25                                          THE MKR GROUP, INC.
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of NOTICE OF MANUAL FILING along with said Exhibit A upon the following counsel by first class mail and on July 23, 2008.

| Rodger R. Cole, Esq. (rcole@fenwick.com)<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, California 94041<br>(excluding DVD) | Jennifer L. Kelly, Esq. (jkelly@fenwick.com)<br>Mary E. Milionis, Esq.<br>(mmilionis@fenwick.com)<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, California 94104<br>**includes the DVD** |
|---|---|

Cindy Wagner