RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiffs and Counterclaim-defendants
Capcom Co., Ltd. and Capcom Entertainment, Inc.,
and Third Party Defendant Capcom U.S.A., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE MKR GROUP, INC.,<br><br>Defendant.<br><br>THE MKR GROUP, INC.,<br><br>    Counterclaim-Plaintiff and Third-Party Plaintiff,<br><br>v.<br><br>CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC.,<br><br>    Counterclaim-Defendants,<br><br>and<br><br>CAPCOM U.S.A, INC.,<br><br>    Third-Party Defendant. | Case No. CV-08-0904 RS<br><br>**PLAINTIFFS' AND THIRD PARTY DEFENDANT'S OBJECTION TO EXHIBITS ATTACHED TO THE DECLARATION OF MIMI RUPP IN OPPOSITION TO CAPCOM'S MOTION TO DISMISS MKR'S COUNTERCLAIMS AND THIRD PARTY COMPLAINT**<br><br>**[Fed. R. Civ. Proc. 12(b)(6)]**<br><br>Date: September 3, 2008<br>Time: 9:30 a.m.<br>Courtroom: 4, 5th Floor<br>Judge: The Hon. Richard Seeborg |

CAPCOM'S OBJECTION TO THE RUPP DECLARATION      CASE NO. CV-08-0904 RS

1  Plaintiff and Counterclaim Defendants' Capcom Co., Ltd. and Capcom Entertainment, Inc.
2 and Third-Party Defendant Capcom U.S.A., Inc. (collectively "Capcom") hereby object to Exhibits
3 A, E, H, K and L to the Declaration of Mimi Rupp in Opposition to Capcom's Motion to Dismiss
4 MKR's Amended Counterclaims and Third Party Complaint ("Rupp Declaration") (Dkt. No. 49)
5 on the grounds that MKR admits that it does not hold the copyright to the 2004 film entitled *Dawn*
6 *of the Dead* (the "Remake"). *See* MKR's Amended Counterclaims and Third Party Complaint
7 ("Counterclaim"), Ex. O (copyright registration showing Universal City Studios LLLC as
8 copyright claimant as an employer for hire). Exhibit A is a DVD copy of the Remake. Exhibits E,
9 H, K and L compare screen stills from the Remake to ones taken from Capcom's video game *Dead*
10 *Rising*.

11  MKR's copyrights extend only to the original 1979 version of *George A. Romero's Dawn*
12 *of the Dead* ("DOTD"). *See* Counterclaim, Ex. N (MKR's copyright registration in DOTD).
13 Without a copyright interest in the Remake, MKR has no standing to assert copyright infringement
14 claims based on alleged similarities between *Dead* Rising and the Remake. *Kouf v. Walt Disney*
15 *Pictures & Television*, 16 F.3d 1042, 1144 n.2 (9th Cir. 1994) ("To establish copyright
16 infringement [the plaintiff] must show that he owns a valid copyright in" the work at issue).
17 Furthermore, MKR's copyright in DOTD does not confer standing to allege any purported
18 infringement of the Remake. *See Murray Hill Publications, Inc. v. ABC Communications, Inc.*,
19 264 F.3d 622, 631 (6th Cir. 2001) (derivative works must be separately registered to confer
20 standing); *Dalton-Ross Homes, Inc. v. Williams*, 2007 U.S. Dist. LEXIS 64135, at *8-11 (D. Ariz.
21 Aug. 29, 2007) (same; noting that in any event the owner of the original work is required to show
22 substantial similarity between the original and its derivative).

23  MKR's lack of copyright ownership renders any assertion that *Dead Rising* somehow
24 infringes the Remake irrelevant to the present action. Although Capcom does not object to the
25 Court's review of the Remake or its related images—indeed, they demonstrate that even a licensed
26 derivative of DOTD can express the idea of zombies in a mall in a vastly different way—the
27 Remake cannot support its allegations that *Dead Rising* infringes DOTD.
28  ///

-1-

CAPCOM'S OBJECTION TO THE RUPP DECLARATION  
CASE NO. CV-08-0904 RS

1 | Accordingly, Capcom respectfully objects to Exhibits A, E, H, K and L to the Rupp
2 | Declaration.

3 | Dated:  August 13, 2008        FENWICK & WEST LLP

5 |                                By:       /s/ Jennifer L. Kelly
                                             Jennifer L. Kelly

7 | Attorneys for Plaintiffs and Counterclaim Defendants
    Capcom Co., Ltd., Capcom Entertainment, Inc., and
    Third Party Defendant Capcom U.S.A., Inc.

9 | 25750/00401/LIT/1290024.1

-2-

CAPCOM'S OBJECTION TO THE RUPP
DECLARATION                                         CASE NO. CV-08-0904 RS