Philip J. McCabe (CSB No. 201092)
pmccabe@kenyon.com
Mark Yuan (CSB No. 246146)
myuan@kenyon.com
KENYON & KENYON LLP
River Park Towers
333 W. San Carlos St., Ste. 600
San Jose, CA  95110
Tel:   408.975.7500
Fax:  408.975.7501

Attorneys for Defendant
THE MKR GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC.,<br><br>Plaintiffs,<br>v.<br><br>THE MKR GROUP, INC.,<br><br>          Defendant. | Case No.  3:08-CV-00904 (RS) (MED)<br><br>**NOTICE OF APPEARANCE** |
| THE MKR GROUP, INC.,<br><br>Counterclaim-Plaintiff and Third-Party Plaintiff<br><br>v.<br><br>CAPCOM CO., LTD. AND CAPCOM ENTERTAINMENT, INC.,<br><br>Counterclaim Defendants<br><br>and<br><br>CAPCOM U.S.A., INC.<br><br>Third-Party Defendant | |

## ***NOTICE OF APPEARANCE***

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Counterclaim-Plaintiff and Third-Party Plaintiff THE MKR GROUP, INC.,

Philip J. McCabe (CSB No. 201092)

Kenyon & Kenyon LLP

River Park Towers

333 W. San Carlos St., Ste. 600

San Jose, CA  95110

Dated: August 14, 2008                                    KENYON & KENYON LLP

By: _____/s/_____
Philip J. McCabe
Attorneys for Defendant
THE MKR GROUP, INC.

Of Counsel:
Jonathan D. Reichman
Mimi K. Rupp
KENYON & KENYON LLP
One Broadway
New York, New York 10004
Tel:   (212) 425-7200
Fax:  (212) 425-5288

San Jose

NOTICE OF APPEARANCE                    - 2 -                    CASE NO. 3:08-CV-00904 (RS)(MED)