| | |
|---|---|
| 1 | Philip J. McCabe (CSB NO. 201092) |
|   | pmccabe@kenyon.com |
| 2 | Mark Yuan (CSB NO. 246146) |
|   | myuan@kenyon.com |
| 3 | Jonathan D. Reichman (*Pro Hac Vice*) |
|   | jreichman@kenyon.com |
| 4 | Mimi Rupp (*Pro Hac Vice*) |
|   | mrupp@kenyon.com |
| 5 | KENYON & KENYON LLP |
|   | River Park Towers |
| 6 | 333 W. San Carlos St., Ste. 600 |
|   | San Jose, CA  95110 |
| 7 | Tel:  408.975.7500 |
|   | Fax: 408.975.7501 |

Attorneys for Defendant, Counterclaim-Plaintiff and
Third-Party Plaintiff
THE MKR GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC., | Case No.  3:08-CV-00904 (RS) (MED) |
| Plaintiffs, | |
| v. | |
| THE MKR GROUP, INC., | |
| Defendant. | |
| THE MKR GROUP, INC., | **MOTION TO WITHDRAW ALLEN J. BADEN AS COUNSEL OF RECORD** |
| Counterclaim-Plaintiff and Third-Party Plaintiff, | |
| v. | |
| CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC., | |
| Counterclaim-Defendants, | |
| and | |
| CAPCOM U.S.A., INC., | |
| Third-Party Defendant. | |

1  The MKR Group, Inc. ("MKR"), defendant in the above-entitled and numbered civil action, moves to withdraw Allen J. Baden as counsel of record. In support, the defendant will show the following.

Allen J. Baden submitted a Notice to Appear for MKR on May 29, 2008, while he was working for Kenyon & Kenyon LLP. Mr. Baden is no longer an attorney at Kenyon & Kenyon, LLP. As such, defendant MKR requests that Mr. Baden no longer appear as counsel of record.

Philip J. McCabe and the remaining counsel of record from Kenyon & Kenyon LLP will remain counsel of record for defendant MKR.

Defendant MKR respectfully requests the Clerk to terminate Mr. Baden from the docket and delete him from the CM/ECF notice list.

WHEREFORE, PREMISES CONSIDERED, the defendant prays that this motion be granted.

Dated: August 18, 2008                    KENYON & KENYON LLP

By:     /s/
Philip J. McCabe (CSB NO. 201092)
Mark Yuan (CSB NO. 246146)
Jonathan D. Reichman (*Pro Hac Vice*)
Mimi Rupp (*Pro Hac Vice*)
Attorneys for Defendant, Counterclaim-Plaintiff and Third-Party Plaintiff
THE MKR GROUP, INC.