Philip J. McCabe (CSB NO. 201092)
pmccabe@kenyon.com
Mark Yuan (CSB NO. 246146)
myuan@kenyon.com
Jonathan D. Reichman (*Pro Hac Vice*)
jreichman@kenyon.com
Mimi Rupp (*Pro Hac Vice*)
mrupp@kenyon.com
KENYON & KENYON LLP
River Park Towers
333 W. San Carlos St., Ste. 600
San Jose, CA  95110
Tel:   408.975.7500
Fax:  408.975.7501

Attorneys for Defendant, Counterclaim-Plaintiff and
Third-Party Plaintiff
THE MKR GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE MKR GROUP, INC.,<br><br>Defendant. | Case No.  3:08-CV-00904 (RS) (MED) |
| THE MKR GROUP, INC.,<br><br>Counterclaim-Plaintiff and Third-Party Plaintiff,<br><br>v.<br><br>CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC.,<br><br>Counterclaim-Defendants,<br><br>and<br><br>CAPCOM U.S.A., INC.,<br><br>Third-Party Defendant. | **PROPOSED ORDER GRANTING MOTION TO WITHDRAW ALLEN J. BADEN AS COUNSEL OF RECORD** |

1  The Motion to Withdraw Allen J. Baden as counsel of record for defendant The MKR

2  Group, Inc. in the above entitled and numbered civil action shall be, and is hereby, GRANTED.

3

4  Signed: the ____ day of August, 2008

5

6  _____

7  HONORABLE RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28