1   Philip J. McCabe (CSB NO. 201092)
    pmccabe@kenyon.com                              *E-FILED 8/19/08*
2   Mark Yuan (CSB NO. 246146)
    myuan@kenyon.com
3   Jonathan D. Reichman (*Pro Hac Vice*)
    jreichman@kenyon.com
4   Mimi Rupp (*Pro Hac Vice*)
    mrupp@kenyon.com
5   KENYON & KENYON LLP
    River Park Towers
6   333 W. San Carlos St., Ste. 600
    San Jose, CA  95110
7   Tel:  408.975.7500
    Fax:  408.975.7501
8

9   Attorneys for Defendant, Counterclaim-Plaintiff and
    Third-Party Plaintiff
    THE MKR GROUP, INC.
10
                        UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                             SAN JOSE DIVISION
13

14

15  CAPCOM CO., LTD. and CAPCOM          Case No.  3:08-CV-00904 (RS) (MED)
    ENTERTAINMENT, INC.,
16
    Plaintiffs,
17
    v.
18
    THE MKR GROUP, INC.,
19
    Defendant.
20  THE MKR GROUP, INC.,                 ~~PROPOSED~~ **ORDER GRANTING**
                                         **MOTION TO WITHDRAW ALLEN J.**
21  Counterclaim-Plaintiff and Third-Party  **BADEN AS COUNSEL OF RECORD**
    Plaintiff,
22
    v.
23
    CAPCOM CO., LTD. and CAPCOM
24  ENTERTAINMENT, INC.,

    Counterclaim-Defendants,
25
    and
26
    CAPCOM U.S.A., INC.,
27
    Third-Party Defendant.
28

KENYON & KENYON
LLP
SAN JOSE

PROPOSED ORDER GRANTING MOTION TO
WITHDRAW ALLEN J. BADEN AS COUNSEL
OF RECORD                                    CASE NO.  3:08-CV-00904 (RS)(MED)

1    The Motion to Withdraw Allen J. Baden as counsel of record for defendant The MKR

2 Group, Inc. in the above entitled and numbered civil action shall be, and is hereby, GRANTED.

3

4    Signed: the __19__ day of August, 2008

5

6    _____

7    HONORABLE RICHARD SEEBORG
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KENYON & KENYON
LLP
SAN JOSE

PROPOSED ORDER GRANTING MOTION TO
WITHDRAW ALLEN J. BADEN AS COUNSEL          - 2 -          CASE NO. 3:08-CV-00904 (RS)(MED)
OF RECORD