# M. Scott Donahey

November 13, 2008

Rodger R. Cole
Jennifer L. Kelly
Mary E. Milonis
Fenwick & West LLP
801 California Street
Mountain View, CA  94041

Allen J. Baden
Mark Yuan
Kenyon & Kenyon LLP
River Park Towers
333 W. San Carlos Street, Suite 600
San Jose, CA  95110

Jonathan David Reichman
Mimi K. Rupp
Kenyon & Kenyon
One Broadway
New York, NY  10004

Re:    Capcom Co., Ltd., et al. vs. The MKR Group, Case No. 3:08 CV-00904 (JSW)

Dear Counsel:

      This will confirm that we have scheduled the mediation in this case for Thursday, November 13, 2008.  We will meet at the offices of Fenwick & West, 801 California Street, Mountain View, California, beginning at 9:30 a.m.

      I would like each party to serve and file a mediation statement of no more than five pages in length by Wednesday, November 5, 2008.  Please include any key documents that you think I should read.  Each party has the option to file a confidential mediation statement of no more than three pages, relating to me information that the party believes will assist me in conducting a successful mediation.  This should not be served on opposing counsel, and I will not reveal any of the contents of the statement without the express permission of the disclosing counsel.

3790 El Camino Real
Suite 171
Palo Alto, CA 94306

adr@scottdonahey.com
(650) 823-0338 Voice
(650) 941-4262 Fax

Also, please remember to arrange for your clients' attendance. Please prepare for the mediation by discussing each of the following items with your clients:

1) clients' interests, not just positions, and how these interests could be met;
2) other side's interests, and how these could be met;
3) best and worst alternatives to a negotiated settlement;
4) strengths and weaknesses of case; and
5) estimated budget to litigate the case through trial.

I will donate my preparation time and the time to conduct the mediation.

I look forward to assisting you on this case.

Sincerely,



M. Scott Donahey



cc:  Alice M. Fiel, ADR Case Administrator (via email)

3790 El Camino Real
Suite 171
Palo Alto, CA 94306

adr@scottdonahey.com
(650) 823-0338 Voice
(650) 941-4262 Fax

3790 El Camino Real
Suite 171
Palo Alto, CA 94306

adr@scottdonahey.com
(650) 823-0338 Voice
(650) 941-4262 Fax