UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: __1h34m__

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __FTR__                                                 DATE: __9/3/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__

CASE #: __C 08-00904RS__

CASE TITLE: __CAPCOM COMPANY, ET AL__ VS. __THE MKR GROUP INC__

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

__RODGER R. COLE__                               __PHILIP J. MCCABE__

__JENNIFER LLOYD KELLY__                    __DEBORAH COLEMAN__

__MARYBETH MILIONIS__

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{X}    { }     { }      1. TO DISMISS AMENDED COUNTERCLAIMS AND THIRD PARTY COMPLAINT
{ }    { }     { }      2.
{ }    { }     { }      3.
{ }    { }     { }      4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED      [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED         [ ] DENIED         [ ] SUBMITTED         [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to            @            For

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: MOTION IS ARGUED BY COUNSEL. THE COURT WILL ISSUE A WRITTEN ORDER.