*10/20/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE MKR GROUP, INC.,<br><br>Defendant. | Case No. 5:08-CV-00904 (RS) (MED)<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE MEDIATION DEADLINE**<br><br>FILED ELECTRONICALLY |
| THE MKR GROUP, INC.,<br><br>Counterclaim-Plaintiff and Third-Party Plaintiff,<br><br>v.<br><br>CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC.,<br><br>Counterclaim-Defendants,<br><br>and<br><br>CAPCOM U.S.A., INC.,<br><br>Third-Party Defendant. | |

**WHEREAS**, on February 12, 2008, Capcom Co., Ltd. and Capcom Entertainment, Inc. (collectively, "Capcom") filed their Complaint for Declaratory Relief and the case was assigned to the Hon. Jeffrey S. White;

**WHEREAS**, on May 15, 2008, MKR filed its Amended Answer, Counterclaims and

STIPULATION TO CONTINUE
MEDIATION                                                                                          CASE NO. 3:08-CV-00904 (RS)(MED)

1  Third Party Complaint;

2  **WHEREAS**, on May 15, 2008, the parties filed a Stipulation selecting court sponsored
3  mediation as the preferred ADR alternative pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The
4  parties did not agree on the timing of the mediation; MKR desired mediation within 60 days and
5  Capcom proposed mediation 60 days after the entry of an order on its then-planned motion to
6  dismiss;

7  **WHEREAS**, on May 15, 2008, Judge White entered an Order requiring the parties to
8  participate in court sponsored mediation, and setting the deadline for the completion of the
9  mediation to be 60 days from the date the Court ruled on Capcom's then-planned motion to
10 dismiss;

11 **WHEREAS**, on June 10, 2008, the matter was reassigned from Judge White to the Hon.
12 Richard Seeborg;

13 **WHEREAS**, on June 25, 2008, the Hon. Richard Seeborg held an Initial Case
14 Management Conference, and in an Order dated July 25 and e-filed on July 26, 2008, ordered the
15 parties to complete mediation "within one hundred twenty (120) days, if possible";

16 **WHEREAS**, the current deadline to complete mediation is October 23, 2008, "if
17 possible";

18 **WHEREAS**, on September 3, 2008, the Court heard argument on Capcom's Motion to
19 Dismiss and took the matter under submission;

20 **WHEREAS**, the Court appointed M. Scott Donahey as the court appointed mediator in
21 this matter;

22 **WHEREAS**, prior to the hearing on Capcom's Motion to Dismiss, the parties and Mr.
23 Donahey originally agreed to schedule the mediation for November 12, 2008;

24 **WHEREAS**, MKR's principal representative for the mediation, MKR's president,
25 Richard P. Rubinstein, subsequently learned that he needed to be out of the country on
26 November 12, 2008 due to business obligations;

27 WHEREAS, the parties and Mr. Donahey have agreed to reschedule the mediation to
28 November 18, 2008; and

STIPULATION TO CONTINUE MEDIATION - 2 - CASE NO. 3:08-CV-00904 (RS)(MED)

**WHEREAS**, the parties seek an extension of the deadline to complete mediation such that the parties are not in violation of this Court's Case Management Scheduling Order.

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO** by and between the parties that the deadline to complete mediation in this action is extended to November 18, 2008. M. Scott Donahey, the Court-appointed mediator, has consented to this continuance.

Dated: October 20, 2008

SO STIPULATED AND AGREED:

FENWICK & WEST LLP                          KENYON & KENYON LLP

By: **/s/ Rodger R. Cole**                  By: **/s/ Philip J. McCabe**
    Rodger R. Cole (CSB NO. 178865)             Philip J. McCabe (CSB NO. 201092)
                                                Mark Yuan (CSB NO. 246146)
Attorneys for Plaintiffs and Counterclaim-      Jonathan D. Reichman (Pro Hac Vice)
defendants Capcom Co., Ltd. and Capcom          Mimi K. Rupp (Pro Hac Vice)
Entertainment, Inc., and Third-Party Defendant  Attorneys for Defendant, Counterclaim-
Capcom U.S.A., Inc.                             Plaintiff and Third-Party Plaintiff
                                                THE MKR GROUP, INC

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Philip J. McCabe, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of October, 2008 at San Jose, California.

KENYON & KENYON, LLP

By: **/s/ Philip J. McCabe**
    Philip J. McCabe
    Attorneys for THE MKR GROUP

STIPULATION TO CONTINUE MEDIATION                - 3 -                CASE NO. 3:08-CV-00904 (RS)(MED)

**(PROPOSED) ORDER**

Pursuant to the above Stipulation, the deadline to complete mediation in this action is extended to November 18, 2008.

SO ORDERED:

*/s/ Richard Seeborg*

Judge Richard Seeborg
United States Magistrate Judge

25750/00401/LIT/1292348.2

STIPULATION TO CONTINUE MEDIATION - 4 - CASE NO. 3:08-CV-00904 (RS)(MED)