*E-FILED 10/29/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE MKR GROUP, INC.,<br><br>Defendant. | Case No. 5:08-CV-00904 (RS) (MED)<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND STATEMENT DEADLINE**<br>MODIFIED BY THE COURT<br>FILED ELECTRONICALLY |
| THE MKR GROUP, INC.,<br><br>Counterclaim-Plaintiff and Third-Party Plaintiff,<br><br>v.<br><br>CAPCOM CO., LTD. and CAPCOM ENTERTAINMENT, INC.,<br><br>Counterclaim-Defendants,<br><br>and<br><br>CAPCOM U.S.A., INC.,<br><br>Third-Party Defendant. | |

**WHEREAS**, on February 12, 2008, Capcom Co., Ltd. and Capcom Entertainment, Inc. (collectively, "Capcom") filed their Complaint for Declaratory Relief and the case was assigned to the Hon. Jeffrey S. White;

**WHEREAS**, on May 15, 2008, MKR filed its Amended Answer, Counterclaims and

1  Third Party Complaint;

2  **WHEREAS**, on June 10, 2008, the matter was reassigned from Judge White to the Hon.
3  Richard Seeborg;

4  **WHEREAS**, on June 25, 2008, the Hon. Richard Seeborg held an Initial Case
5  Management Conference, and in an Order dated June 25 and e-filed on June 26, 2008, ordered a
6  further case management conference to be held on November 5, 2008 at 2:30 p.m.

7  **WHEREAS**, on October 20, 2008, the Court posted its Order dated October 10, 2008,
8  granting Capcom's Motion to Dismiss MKR's Counterclaims with prejudice;

9  **WHEREAS**, counsel for the parties are currently in discussions with their respective
10 clients regarding the impact of the Court's Order and the litigation, and would like additional time
11 to continue those discussions before counsel can adequately report to the Court on the status of
12 the case at a Case Management Conference;

13 **WHEREAS**, the current deadline to file an updated joint case management is October 29,
14 2008 and the Case Management Conference is currently scheduled for November 5, 2008; and;

15 **IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO** by and between
16 the parties that the deadline to submit an updated joint case management conference statement is
17 December 3, 2008 and a further case management conference shall be held on December 10,
18 2008.

19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE AND        - 2 -        CASE NO. 5:08-CV-00904 (RS)(MED)
STATEMENT DEADLINE

1  Dated: October 29, 2008

2  SO STIPULATED AND AGREED:

4  FENWICK & WEST LLP                              KENYON & KENYON LLP

7  By:  **/s/ Rodger R. Cole**                    By:  **/s/ Philip J. McCabe**
         Rodger R. Cole (CSB NO. 178865)                Philip J. McCabe (CSB NO. 201092)
                                                       Mark Yuan (CSB NO. 246146)
   Attorneys for Plaintiffs and Counterclaim-          Jonathan D. Reichman (Pro Hac Vice)
   defendants Capcom Co., Ltd. and Capcom              Mimi K. Rupp (Pro Hac Vice)
   Entertainment, Inc., and Third-Party Defendant      Attorneys for Defendant, Counterclaim-
   Capcom U.S.A., Inc.                                 Plaintiff and Third-Party Plaintiff
                                                       THE MKR GROUP, INC

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Philip J. McCabe, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of October, 2008 at San Jose, California.

KENYON & KENYON, LLP

By: **/s/ Philip J. McCabe**
    Philip J. McCabe
    Attorneys for THE MKR GROUP

1

**(PROPOSED) ORDER**

Pursuant to the above Stipulation, the deadline to submit an updated joint case management conference statement is extended to December 31, 2008 and a further case management conference shall be held on January 7, 2009 at 2:30 p.m.

SO ORDERED:

_____
Judge Richard Seeborg
United States Magistrate Judge

STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE AND        - 4 -        CASE NO. 5:08-CV-00904 (RS)(MED)
STATEMENT DEADLINE