**United States District Court**
For the Northern District of California

**\*E-FILED 11/12/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPCOM CO. LTD, et al. | No. C 08-00904 RS |
| Plaintiffs, | |
| v. | **ORDER VACATING REFERRAL TO MEDIATION** |
| THE MKR GROUP, INC., | |
| Defendant. | |

At the request of the parties and good cause appearing,

IT IS HEREBY ORDERED that the referral to mediation in the above-captioned action is vacated.

Dated: November 12, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Jennifer Lloyd Kelly     jkelly@fenwick.com, ecf@fenwick.com, gdunlap@fenwick.com

Jonathan David Reichman     jreichman@kenyon.com

Mark Delun Yuan     myuan@kenyon.com, ascott@kenyon.com, cwagner@kenyon.com

Mary Elizabeth Milionis     MMilionis@Fenwick.com, dgarrett@fenwick.com

Mimi K Rupp     mrupp@kenyon.com

Philip Joseph McCabe     pmccabe@kenyon.com, ascott@kenyon.com, cwagner@kenyon.com

Rodger R. Cole     rcole@fenwick.com, vpieretti@fenwick.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: November 12, 2008

                                          /s/ BAK
                                          Chambers of Magistrate Judge Richard Seeborg